B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Southern District of Indiana | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Kentuckiana Medical Center LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**26-3640904** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**4601 Medical Plaza Highway**<br>**Clarksville, IN**     ZIP Code **47129** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Clark** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

■ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(4/10)                                                                                                                  Page 2

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Kentuckiana Medical Center LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)          (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(4/10)                                                                               **Page 3**

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**Kentuckiana Medical Center LLC**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

**X /s/ David M Cantor & Neil C Bordy**
Signature of Attorney for Debtor(s)

**David M Cantor & Neil C Bordy**
Printed Name of Attorney for Debtor(s)

**Seiller Waterman LLC**
Firm Name

**22nd Floor - Meidinger Tower**
**462 S 4th Street**
**Louisville, KY 40202**
Address

**502-584-7400  Fax: 502-583-2100**
Telephone Number

**September 19, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X /s/ Christodulos S Stavens**
Signature of Authorized Individual

**Christodulos S Stavens**
Printed Name of Authorized Individual

**CEO**
Title of Authorized Individual

**September 19, 2010**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrtpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# MINUTES OF SPECIAL BOARD OF
# MANAGERS MEETING
# OF
# KENTUCKIANA MEDICAL CENTER, LLC

A special meeting of the Board of Managers of Kentuckiana Medical Center, LLC was held at the hospital and by teleconference on September 17, 2010 at 4:30 p.m. The special meeting was called and all 6 members of the board waived notice by virtue of their presence pursuant to the company operating agreement. Present either personally or by telephone were Chris Stavens, Eli Hallal, Renato LaRocca, Badr Idbeis, David Phillips, Derrick Idbeis. Derrick Idbeis served as secretary.

Dr. Stavens informed the board that the company has been unable to achieve a mutually satisfactory agreement with First Tennessee Bank, and that filing for Chapter 11 bankruptcy protection would be in the best interests of the company and its creditors. Upon motion duly made, and seconded, and unanimously carried, with none abstaining, the board adopted the following resolutions:

> RESOLVED, that, if necessary, to preserve the value of the company and to reorganize its indebtedness, the company file a voluntary petition for relief pursuant to Chapter 11 of 11 U.S.C. and that Chris Stavens, MD is authorized to sign any and all documents and take whatever action is necessary to effectuate this resolution.

> BE IT FURTHER RESOLVED that the company retain the services of Seiller Waterman, LLC for representing it in the Chapter 11 proceedings.

_____
Chris Stavens, MD

Date: 9/17/10

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Indiana

In re    **Kentuckiana Medical Center LLC**

Case No. _____

_____
                                    Debtor(s)

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **3M**<br>**2807 Paysherer Cir**<br>**Chicago, IL 60674** | **3M**<br>**2807 Paysherer Cir**<br>**Chicago, IL 60674** | | | **59,067.39** |
| **Aesculap Inc**<br>**POB 512451**<br>**Philadelphia, PA 19172-2451** | **Aesculap Inc**<br>**POB 512451**<br>**Philadelphia, PA 19172-2451** | | | **155,107.00** |
| **Aramark Uniform Services**<br>**24434 Network Place**<br>**Chicago, IL 60673** | **Aramark Uniform Services**<br>**24434 Network Place**<br>**Chicago, IL 60673** | | | **72,148.80** |
| **Beach Building**<br>**attn: William Beach**<br>**7503 Skyline Dr**<br>**Floyds Knobs, IN 47119** | **Beach Building**<br>**attn: William Beach**<br>**7503 Skyline Dr**<br>**Floyds Knobs, IN 47119** | | | **100,000.00** |
| **Biotronik Inc**<br>**6024 Jean Rd**<br>**Lake Oswego, OR 97035** | **Biotronik Inc**<br>**6024 Jean Rd**<br>**Lake Oswego, OR 97035** | | | **315,599.00** |
| **Boston Scientific Corp**<br>**POB 951653**<br>**Dallas, TX 75395** | **Boston Scientific Corp**<br>**POB 951653**<br>**Dallas, TX 75395** | | | **174,590.56** |
| **Cardinal Health Pharm**<br>**5042 Collection Ct D**<br>**Chicago, IL 60693** | **Cardinal Health Pharm**<br>**5042 Collection Ct D**<br>**Chicago, IL 60693** | | | **61,345.52** |
| **Cardiovascular Hospitals of America**<br>**c/o David L Phillips Esq**<br>**9350 E 35th St North Ste 104**<br>**Wichita, KS 67226** | **Cardiovascular Hospitals of America**<br>**c/o David L Phillips Esq**<br>**9350 E 35th St North Ste 104**<br>**Wichita, KS 67226** | | | **1,800,000.00** |
| **Cerner Corporation**<br>**POB 712702**<br>**Kansas City, MO 64141** | **Cerner Corporation**<br>**POB 712702**<br>**Kansas City, MO 64141** | | | **896,588.35** |
| **Endologix Inc**<br>**11 Studebaker**<br>**Irvine, CA 92618** | **Endologix Inc**<br>**11 Studebaker**<br>**Irvine, CA 92618** | | | **99,644.10** |
| **Heme Management**<br>**8625 Oakmont Dr**<br>**Lincoln, NE 68526** | **Heme Management**<br>**8625 Oakmont Dr**<br>**Lincoln, NE 68526** | | | **293,357.71** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Kentuckiana Medical Center LLC**                                      Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Intec Building Services<br>POB 18706<br>Louisville, KY 40261 | Intec Building Services<br>POB 18706<br>Louisville, KY 40261 | | | 70,854.00 |
| KMC Real Estate Investors LLC<br>250 E Liberty St Ste 101<br>Louisville, KY 40202 | KMC Real Estate Investors LLC<br>250 E Liberty St Ste 101<br>Louisville, KY 40202 | | | 2,700,000.00 |
| Laboratory Corp of America Holdings<br>POB 12140<br>Burlington, NC 27216-2140 | Laboratory Corp of America Holdings<br>POB 12140<br>Burlington, NC 27216-2140 | | | 59,798.23 |
| Medtronic USA Inc<br>4642 Collection Ctr<br>Chicago, IL 60693 | Medtronic USA Inc<br>4642 Collection Ctr<br>Chicago, IL 60693 | | | 101,702.09 |
| Mustaque Junega MD<br>200 E Chestnut St<br>Louisville, KY 40202 | Mustaque Junega MD<br>200 E Chestnut St<br>Louisville, KY 40202 | | | 500,000.00 |
| Quest Diagnostics<br>POB 740709<br>Atlanta, GA 30374 | Quest Diagnostics<br>POB 740709<br>Atlanta, GA 30374 | | | 117,487.70 |
| Seneca Medical Inc<br>POB 636696<br>Cincinnati, OH 45263 | Seneca Medical Inc<br>POB 636696<br>Cincinnati, OH 45263 | | | 425,233.67 |
| Siemens Medical Solutions USA Inc<br>POB 7777 W3580<br>Philadelphia, PA 19175 | Siemens Medical Solutions USA Inc<br>POB 7777 W3580<br>Philadelphia, PA 19175 | | | 63,118.58 |
| St Jude Medical Inc<br>22400 Network Place<br>Chicago, IL 60673 | St Jude Medical Inc<br>22400 Network Place<br>Chicago, IL 60673 | | | 381,390.28 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **September 19, 2010**                  Signature   **/s/ Christodulos S Stavens**

**Christodulos S Stavens**
**CEO**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

.

3M
2807 PAYSHERER CIR
CHICAGO, IL 60674


A-TECH MECHANICAL LLC
910 ULRICH DR
LOUISVILLE, KY 40219


ABBOTT VASCULAR DEVICES
75 REMITTANCE DR ST 1138
CHICAGO, IL 60675


ABDUL G BURIDI
9815 WHITE BLOSSOM BLVD
LOUISVILLE, KY 40241


ACF SERVICES
11206 AMPERE CT
LOUISVILLE, KY 40299


ACTON LASER SERVICES LLC
5520 FEATHERLINGILL RD
GREENVILLE, IN 47124


AESCULAP INC
POB 512451
PHILADELPHIA, PA 19172-2451

AIR ADVANTAGE
405 GREENBRIAR RD
EADS, TN 38028


AIRGAS MID AMERICA
POB 802615
CHICAGO, IL 60680


ALEXANDER G DIGENIS
4100 BUTTONBUSH MEADOW CT
LOUISVILLE, KY 40241


ALIGNED MEDICAL SOLUTIONS
201 PIERCE ST STE 205
SIOUX CITY, IA 51101


ALIMED INC
POB 9135
DEDHAM, MA 02026


AMERICAN ICE MACHINES
4510 W HARRY ST
POB 771256
WICHITA, KS 67209


AMERICAN RED CROSS
POB 73013
CHICAGO, IL 60673

```
AMERICAN SOLUTIONS
NW7794
POB 1450
MINNEAPOLIS, MN 55485



AMY HALLAL HENDERSON
1210 KNOB AVE
NEW ALBANY, IN 47150



ANGIODYNAMICS
POB 1549
ALBANY, NY 12201-1549



ANGIOTECH
3600 SW 47TH AVE
GAINESVILLE, FL 32608



ANIL K SHARMA
7610 BEECH SPRING FARM BLVD
LOUISVILLE, KY 40241



ARAMARK
POB 0903
CAROL STREAM, IL 60132



ARAMARK REFRESHMENT SVCS
3600 CHAMERLAIN LN #202
LOUISVILLE, KY 40241
```

ARAMARK UNIFORM SERVICES
24434 NETWORK PLACE
CHICAGO, IL 60673


ARROW INTL INC
POB 60519
CHARLOTTE, NC 28260


ARROW SERVICES
POB 36215
LOUISVILLE, KY 40233


ASD HEALTHCARE
POB 848104
DALLAS, TX 75284-8104


ASSOCIATED PURCH SVCS
7015 COLLEGE BLVD STE 150
LEAWOOD, KS 66211


BEACH BUILDING
ATTN: WILLIAM BEACH
7503 SKYLINE DR
FLOYDS KNOBS, IN 47119


BEACONMEDAES
POB 601452
CHARLOTTE, NC 28260

BECK REED RIDEN LLP
ATTN: RUSSELL BECK
99 SUMMER STREET STE 1600
BOSTON, MA 02110


BIO RAD LABORATORIES
CLINICAL DIAG GROUP
DEPT 9740
LOS ANGELES, CA 90084


BIOTRONIK INC
6024 JEAN RD
LAKE OSWEGO, OR 97035


BLACK DIAMOND PEST CONTROL
3715 CHARLESTOWN RD
NEW ALBANY, IN 47150


BMA LOUISVILLE
POB 101518
ATLANTA, GA 30392


BOSTON SCIENTIFIC CORP
POB 951653
DALLAS, TX 75395


BRACCO DIAGNOSTICS
107 COLLEDGE RD E
PRINCETON, NJ 08540

BRANCH BANK & TRUST CO
ATTN: MICHELLE HOLWERDA
2600 EASTPOINTE PKWY STE 103
LOUISVILLE, KY 40223


BRIAN J PARADOWSKI
3001 OLD TAY BRIDGE
JEFFERSONVILLE, IN 47130


BRIAN THORTON
640 S 2ND ST #3
LOUISVILLE, KY 40202


BRYAN CORPORATION
4 PLYMPTON ST
WOBURN, MA 01801-2996


BULTER COUNTY PRINTING
118 W PINE
POB 103
EL DORADO, KS 67042


BUSINESS HEALTH PLUS
1615 BLACKISTON VIEW DR
CLARKSVILLE, IN 47129


BYTESPEED LLC
POB 2278
FARGO, ND 58108

C&G TECHNOLOGIES INC
6209 GHEEN MILL RD
JEFFERSONVILLE, IN 47130


CARDINAL HEALTH
ATTN: DENENE BYRD
7000 CARDINAL PLACE
DUBLIN, OH 43017


CARDINAL HEALTH PHARM
5042 COLLECTION CT D
CHICAGO, IL 60693


CARDINAL HEALTH TECH
100 E CHESTNUT AVE
WESTMONT, IL 60559


CARDINAL UNIFORMS & SCRUBS
149 QUARTERMASTER CT
JEFFERSONVILLE, IN 47130


CARDIOVASCULAR HOSPITALS OF AMERICA
C/O DAVID L PHILLIPS ESQ
9350 E 35TH ST NORTH STE 104
WICHITA, KS 67226


CARDIOVASCULAR SYSTEMS
651 CAMPUS DR
SAINT PAUL, MN 55112

CAREFUSION SOLUTIONS LLC
LOCKBOX #771952
1952 SOLUTIONS CTR
CHICAGO, IL 60677-1009


CARSTENS
POB 99110
IL 60683


CERNER CORPORATION
POB 712702
KANSAS CITY, MO 64141


CHARLES OATES
220 CHOCTAW RD
LOUISVILLE, KY 40207


CHECK-MED SYSTEMS
200 GRANDVIEW AVE
CAMP HILL, PA 17011


CHRISTODULOS STAVENS
12355 FOREST SCHOOL RD
LOUISVILLE, KY 40223


CITIZENS UNION BANK OF SHELBYVILLE INC
C/O JOHN R TARTER ESQ
815 W MARKET ST STE 500
LOUISVILLE, KY 40202

COMMONWEALTH X-RAY INC
104 EISENHOWER CT
POB 0825
NICHOLASVILLE, KY 40340

COMMUNITY HOME MEDICAL
POB 355
JEFFERSONVILLE, IN 47131

COMPREHENSIVE
POB 3171
SOUTH HACKENSACK, NJ 07606

CONWAY MACKENZIE INC
ATTN: JOSEPH M GERAGUTY
109 N MAIN ST 500 PERFORMANCE PLACE
DAYTON, OH 45402

COOK MEDICAL INC
22988 NETWORK PLACE
CHICAGO, IL 60673

CR BARD ACCESS SYSTEMS
POB 75767
CHARLOTTE, NC 28275

CR BARD DAVOL
POB 75767
CHARLOTTE, NC 28275

CT CORPORATION
POB 4349
CAROL STREAM, IL 60197

CULLIGAN WATER SYSTEMS
490 N CLARK BLVD
CLARKSVILLE, IN 47129

DARLING INTL INC
POB 671401
DALLAS, TX 75267

DATA INNOVATIONS INC
120 KIMBALL AVE STE 100
SOUTH BURLINGTON, VT 05403

DATCARD SYSTEMS
7 GOODYEAR
IRVINE, CA 92618

DAVES & KELLY INC
POB 14748
LOUISVILLE, KY 40214

DAVID BERRY
6001 O'POSSUM TROT RD
CHARLESTOWN, IN 47111

DAVID BRITT
4533 SOUTHERN PKWY
LOUISVILLE, KY 40214


DENIS P RALIEGH
3711 NORBOURNE BLVD
LOUISVILLE, KY 40207


DIETARY CONSULTANTS INC
229 CHURCHILL DR
RICHMOND, KY 40475


DIVERSIFIED LENDERS INC
ATTN: JEFF HORN
6625 W 19TH ST STE 114
LUBBOCK, TX 79407


DOOR EQUIPMENT CO INC
2518 DATA DR
LOUISVILLE, KY 40299


DOVE DATA PRODUCTS
1819 RANGE WAY
FLORENCE, SC 29502


DRAGER MEDICAL INC
3135 QUARRY RD
TELFORD, PA 18969

ECOLAB FOOD SAFETY
SPECIALTIES
24198 NETWORK PLACE
CHICAGO, IL 60673


EDWARDS LIFESCIENCES
23146 NETWORK PLACE
CHICAGO, IL 60673


EKOS CORPORATION
11911 N CREEK PKWY S
BOTHELL, WA 98011


ELI R HALLAL
109 BRAND WYNNE LN
NEW ALBANY, IN 47150


ENDOLOGIX INC
11 STUDEABAKER
IRVINE, CA 92618


EUGENE GILES
8400 SPRUCE HILL RD
PROSPECT, KY 40059


EV3 INC
1475 PAYSHERE CIRCLE
CHICAGO, IL 60674

```
FEDEX
POB 94515
PALATINE, IL 60094




FINE SIGNS GRAPHICS
3099 BLACKISTON MILL RD
NEW ALBANY, IN 47150




FIRST TENNESSEE BANK NA
C/O MARK J SANDLIN ESQ
9301 DAYFLOWER ST
PROSPECT, KY 40059




FIRST TENNESSEE BANK NA
301 N MAIN ST STE 2010
WINSTON SALEM, NC 27101




FLOYD MEMORIAL HOSPITAL
AND HEALTH SERVICES
1850 STATE ST
NEW ALBANY, IN 47150




FRESENIUS MEDICAL CARE
BMA LOUISVILLE
POB 101518
ATLANTA, GA 30392-1518




GE HEALTHCARE
POB 640200
PITTSBURGH, PA 15264-0200
```

GENESEE BIOMEDICAL INC
1308 S JASON ST
DENVER, CO 80223

GEORGE L ALCORN
730 W MAIN ST
MADISON, IN 47250

GRAINGER
DEPT 876753955
PALATINE, IL 60038

GREATER LOU MEDICAL SOCIETY
101 W CHESTNUT ST
LOUISVILLE, KY 40202

HEALTH CARE INFO SYSTEMS
5010 S 118TH ST STE 240
OMAHA, NE 68137

HEALTH CARE LOGISTICS INC
POB 25
CIRCLEVILLE, OH 43113-0400

HEALTHCARE PRACTICE CONSULTANTS LLC
ATTN: PAULITA KEITH
3220 OFFICE POINTE PLACE STE 100
LOUISVILLE, KY 40220

HEATHLAND
DEPT CH 17945
PALATINE, IL 60055

HEME MANAGEMENT
8625 OAKMONT DR
LINCOLN, NE 68526

HILL ROM CO IN
POB 643592
PITTSBURGH, PA 15264

HMC SERVICE CO
863082 RELIABLE PKWY
CHICAGO, IL 60686

HOME DEPOT
1000 E HWY 131
CLARKSVILLE, IN 47129

HOSPRIA WORLDWIDE INC
75 REMITTANCE DR STE 6136
CHICAGO, IL 60675-6136

HS MEDICAL INC
6600 W ROGERS CIRCLE STE 1
BOCA RATON, FL 33487

IDEV TECHNOLOGIES INC
253 MEDICAL CENTER BLVD
WEBSTER, TX 77598


IMAGING ALLIANCE
DEPT 8054
CAROL STREAM, IL 60122-8054


INDIANA AMERICAN WATER
POB 94551
PALATINE, IL 60094


INNERSPACE STRATEGIES INC
1165 BROCK MCVEY DR
LEXINGTON, KY 40509


INRAD INC
POB 1797
HOLLAND, MI 49422


INTEC BUILDING SERVICES
POB 18706
LOUISVILLE, KY 40261


INTEC SUPPLY CO
POB 18706
LOUISVILLE, KY 40261

INTEGRA LIFESCIENCES CORP
POB 404129
ATLANTA, GA 30384-4129


INTERSTATE IMAGING
POB 144
810 N FARES AVE
EVANSVILLE, IN 47701


ISC KENTUCKY
12305 WESTPORT RD STE 1
LOUISVILLE, KY 40245


J&J HEALTH CARE SYSTEMS
POB 406663
ATLANTA, GA 30384


JEFFERY CAMPBELL
1902 ARNOLD PALMER BLVD
LOUISVILLE, KY 40245


JEWISH HOSPITAL
DEPT 1500
POB 950210
LOUISVILLE, KY 40295-0210


JOHN D RUMISEK
515 BRANDON RD
LOUISVILLE, KY 40207

```
JOHN E HATEGAN
309 W WENDY LN
SALEM, IN 47167




JOHN W MCCONNELL
1 WOODHILL RD
LOUISVILLE, KY 40207




JOHNSON & JOHNSON FINANCE CORP
501 GEORGE ST
NEW BRUNSWICK, NJ 08901




JULIO MELO
8516 CHEFIELD DR
LOUISVILLE, KY 40222




KEITH B CARTER
3901 WINDHAM PKWY
PROSPECT, KY 40059




KENTUCKIANA INVESTORS LLC
250 E LIBERTY ST STE 1001
LOUISVILLE, KY 40202




KLEIN BROS SAFE & LOCK
1101 W BROADWAY
LOUISVILLE, KY 40203
```

KMC REAL ESTATE INVESTORS LLC
250 E LIBERTY ST STE 101
LOUISVILLE, KY 40202

KOETTER
POB 2142
NEW ALBANY, IN 47151-2142

KOVEN TECHNOLOGY INC
12125 WOODCREST EXEC STE 320
SAINT LOUIS, MO 63141

KRONS FIRE PROTECTION
POB 174
NEW ALBANY, IN 47150

LABORATORY CORP OF AMERICA HOLDINGS
POB 12140
BURLINGTON, NC 27216-2140

LAMAITRE VASCULAR
POB 533177
CHARLOTTE, NC 28290

LANDAUER INC
POB 809051
CHICAGO, IL 60680

LANTHEUS
MEDICAL IMAGING INC
331 TREBLE COVE RD
NORTH BILLERICA, MA 01862


LAWN CURE
500 PROGRESS WAY
POB 558
SELLERSBURG, IN 47172


LAWRENCE R ROUBEN
5819 ORIN RD
LOUISVILLE, KY 40222


LESLIE STROUSE MATTINGLY
2047 SOUTH ROAD 135
SALEM, IN 47167


LOWES HOME IMPROVEMENT
1350 VETERANS PKWY
CLARKSVILLE, IN 47129


MALLINCKRODT INC
POB 730356
DALLAS, TX 75373


MAQUET CARDIOVASCULAR LLC
3615 SOLUTION CENTER
CHICAGO, IL 60677-3006

MARKERTEK
1 TOWER DR
SAUGERTIES, NY 12477


MEDAFOR INC
2700 FREEWAY BLVD STE 800
MINNEAPOLIS, MN 55430


MEDI-DOSE INC
70 INDUSTRIAL DR
WARMINSTER, PA 18974


MEDLINE INDUSTRIES INC
POB 3820775
PITTSBURGH, PA 15251


MEDONE CAPITAL
ATTN: MARK STEVENS
10712 S 1300 EAST
SANDY, UT 84094


MEDTRONIC USA INC
4642 COLLECTION CTR
CHICAGO, IL 60693


MEGADYNE MEDICAL PRODUCT
11506 S STATE ST
DRAPER, UT 84020

MENTOR CORP
201 MENTOR DR
SANTA BARBARA, CA 93111


MERIT MEDICAL SYSTEMS
POB 951129
SOUTH JORDAN, UT 84095


MIDWEST MEDICAL INC
2800 CIRCLEPORT DR
ERLANGER, KY 41018


MIO M STIKOVAC
7211 DOE CREST CT
PROSPECT, KY 40059


MORTART INSTRUMENT INC
POB 68-5053
MILWAUKEE, WI 53268


MSI SYSTEMS INEGRATORS
POB 30127
OMAHA, NE 68103


MUSTAQUE JUNEGA MD
200 E CHESTNUT ST
LOUISVILLE, KY 40202

```
MYCAREERNETWORK
9300 SHELBYVILLE RD STE 600
LOUISVILLE, KY 40222




NORTON HEALTHCARE
POB 35070 N-52
LOUISVILLE, KY 40232-5070




OATES FLAG CO
10951 ELECTRON DR
LOUISVILLE, KY 40299




OFFICE DEPOT
POB 88040
CHICAGO, IL 60680




OHIO VALLEY HOOD & DUCT CLEANING
POB 1312
JEFFERSONVILLE, IN 47131




OLYMPUS AMERICA INC
500 ROSS ST
PITTSBURGH, PA 15250




OLYMPUS AMERICA INC
3500 CORPORATE PKWY
CENTER VALLEY, PA 18034
```

```
ORR SAFETY CORP
1266 RELIABLE PKWY
CHICAGO, IL 60686




PATHWAY MEDICAL TECHONOLGY
10801 120TH AVE NE
KIRKLAND, WA 98033




PEOPLES BANK OF MARION, KENTUCKY
C/O JOHN R TARTER ESQ
815 W MARKET ST STE 500
LOUISVILLE, KY 40202




PEPSIAMERICAS
75 REMITTANCE DR STE 1884
CHICAGO, IL 60675




PERICULUM CAPITAL CO
CHASE TOWN CIRCLE
111 MONUMENT STE 1022
INDIANAPOLIS, IN 46204-5176




PHILIPS HEALTHCARE
POB 406538
ATLANTA, GA 30384-6538




PITNEY BOWES
POB 856390
LOUISVILLE, KY 40285
```

PRAIRIE FARMS DAIRY INC
217 W MAIN
POB 128
OLNEY, IL 62450


PRINTMASTER
POB 49320
WICHITA, KS 67201


PROSOFT-MEDANTEX
POB 504782
SAINT LOUIS, MO 63150


QUANTUM STORAGE SYSTEMS
15800 NW 15TH AVE
MIAMI, FL 33169


QUEST DIAGNOSTICS
POB 740709
ATLANTA, GA 30374


REFLEX GRAPHICS INC
1902 CAMPUS PLACE STE 11
LOUISVILLE, KY 40299


RENATO LAROCCA
2201 GOSHEN LN
GOSHEN, KY 40026

RETAIL DATA SYSTEMS OF KS
1809 S WEST ST STE 1
WICHITA, KS 67213


RMAC SURGICAL INC
2410 TEDLO ST UNIT 11
MISSISSAUGA ONT O


ROBERT KARMAN
20. CLUB LANE
LOUISVILLE, KY 40207


ROCHE DIAGNOSTICS CORP
DEPT AT 952243
ATLANTA, GA 31192-2243


RUKSHSANA RSHMAN
2408 BURNING TREE COURT
JEFFERSONVILLE, IN 47130


S&J LIGHTING
2316 WATTERSON TRAIL
LOUISVILLE, KY 40299


SAMER H HUSSEIN
1807 GLEN EAGLES WAY
LA GRANGE, KY 40031

SCROGGINS INFORMATION SERVICES LLC
200 NORTHLAND BLVD
CINCINNATI, OH 45249


SECURITAS SECURITY SERVICES USA INC
POB 403412
ATLANTA, GA 30384


SENECA MEDICAL INC
POB 636696
CINCINNATI, OH 45263


SHARN ANESTHESIA INC
POB 21666
TAMPA, FL 33622


SHAWN GLISSON
805 OXMOOR WOODS PKWY
LOUISVILLE, KY 40222


SIEMENS H-CARE DIAGNOSTIC
POB 121102
DALLAS, TX 75312-1102


SIEMENS MEDICAL SOLUTIONS USA INC
POB 7777 W3580
PHILADELPHIA, PA 19175

SMITH & NEPHEW INC ENDOSCOPY
POB 60333
CHARLOTTE, NC 28260


SPECTRANETICS CORP
STE 4999 POC 12007
CHEYENNE, WY 82003


SPECTRUM SURGICAL
4575 HUDSON DR
STOW, OH 44224


ST JOHNS COMPANIES
POB 51263
LOS ANGELES, CA 90051


ST JUDE MEDICAL INC
22400 NETWORK PLACE
CHICAGO, IL 60673


ST JUDE MEDICAL INC CARDIAC
22400 NETWORK PLACE
CHICAGO, IL 60673


STEMLER CORP
1101 PENN ST
JEFFERSONVILLE, IN 47130

```
STERICYCLE INE
POB 9001588
LOUISVILLE, KY 40290




STERIS CORP
LOCKBOX #771652
1652 SOLUTION CENTER
CHICAGO, IL 60677




STERIS CORP
ATTN: RENATO TAMARO
5960 HEISLEY RD
MENTOR, OH 44060




STEVES PRODUCSE INC
POB 99
LANESVILLE, IN 47136




SUNORAH HOSPITAL MANAGEMENT SVCS
1058 N BEDFORD CT
WICHITA, KS 67206




SUNTRUST BANK
ATTN: CINDY SCURRY
303 PEACHTREE ST NE GA-ATL 1802 2ND FL
ATLANTA, GA 30308




SWH SUPPLY CO
242 E MAIN ST
LOUISVILLE, KY 40202
```

```
SYED T RAZA KAQVI
425 S HUBBARDS LN #262
LOUISVILLE, KY 40207




SYNOVIS SURGICAL
NW 5577
POB 1450
MINNEAPOLIS, MN 55485-5577




SYSCO LOUISVILLE
POB 32470
LOUISVILLE, KY 40232-2470




SYSMEX AMERICA INC
39923 TREASURY CTR
CHICAGO, IL 60694-9900




TAFT STETTINIUS & HOLLISTER LLP
ATTN: JAMES M ZIMMERMAN ESQ
425 WALNUT ST STE 1800
CINCINNATI, OH 45202




TASC
POB 7098
MADISON, WI 53707-7098




TAYLOR ENTERPRISES OF KY
1831 TAYLOR AVE
LOUISVILLE, KY 40213
```

```
TERUMO MEDICAL CORP
POB 281285
ATLANTA, GA 30384-1285




THE COURIER JOURNAL
POB 740031
525 W BROADWAY
LOUISVILLE, KY 40201-7431




THE EARTHGRAINS CO
POB 4412
BRIDGETON, MO 63044-0412




THE LEASING GROUP POOL II, LLC
C/O JOHN R TARTER ESQ
815 W MARKET ST STE 500
LOUISVILLE, KY 40202




THOMAS ECKERT
732 W MAIN ST
MADISON, IN 47250




THOMAS REFRIGERATION INC
401 E CHARLESTOWN AVE
JEFFERSONVILLE, IN 47130




THOMSON REUTERS
6200 S SYRACUSE WAY STE 300
ENGLEWOOD, CO 80111-4740
```

```
TRIANIM HEALTH SERVICES
8705 RELIABLE PKWY
CHICAGO, IL 60686-0087




TROPICIAN CHILLED DSD
POB 643106
PITTSBURGH, PA 15264




TX MEDICAL
7272 SW DURHAM RD STE 800
PORTLAND, OR 97224




TYCO HEALTHCARE
MALLINCKRODT INC
POB 905835
CHARLOTTE, NC 28290-5835




TYLER MOUNTIAN WATER CO
POB 849
NITRO, WV 25143




TYSON SCHWAB SHORT & WEISS PSC
POB 950223
LOUISVILLE, KY 40295




UNIVERSAL HOSPITAL SVCS
SDS 12-0940
POB 86
MINNEAPOLIS, MN 55486
```

```
US ENDOSCOPY
5976 HEISLEY RD
MENTOR, OH 44060




US SPECIALTIES
2205 RIVER RD
LOUISVILLE, KY 40206




VOLUFORMS
POB 97
SELLERSBURG, IN 47172




WALKER MECHANICAL CONTRS
991 LOGAN ST
POB 4728
LOUISVILLE, KY 40204




WALNUT RIDGE NURSERY & GARDEN CENTER
2108 HAMBURG PIKE
JEFFERSONVILLE, IN 47130




WASTE MANAGEMENBT
LOUSVILLE HAULING
POB 9001054
LOUISVILLE, KY 40290




WL GORE & ASSOCIATES INC
POB 751331
CHARLOTTE, NC 28275
```

```
WW GRAINGER
POB 419267
KANSAS CITY, MO 64141




XEROX CORP
POB 802555
CHICAGO, IL 60680




ZOLL MEDICAL
ATTN: MIKE GRILLAKIS
269 MILL RD
CHELMSFORD, MA 01824
```

Kentuckiana Medical Center LLC _____    Debtor(s).    Case No.    _____

## CURRENT BUSINESS INCOME AND EXPENSES

Please provide figures for the full calendar month preceding the date of petition to the date of petition.

Bank book balance and cash on hand at *beginning of full calendar month preceding filing*    $    110,975

RECEIPTS & OTHER FUNDING:

| | | | |
|---|---|---|---|
| 1. | Sales/Receipts | $ | |
| 2. | Accounts Receivable Collections | $ | 2,016,624 |
| 3. | Loans/Financing | $ | |
| 4. | Capital Contributions | $ | |
| 5. | Other Receipts (describe below) | $ | 10,000 |

| | | |
|---|---|---|
| Cafeteria | $ | 10,000 |
| | $ | |
| | $ | |

**I.    TOTAL RECEIPTS & FUNDING** (sum of lines 1 - 5)    $    2,026,624

EXPENDITURES:

| | | | |
|---|---|---|---|
| 6. | Inventory Purchases | $ | |
| 7. | Taxes | $ | |
| 8. | PAYROLL | $ | |
| | a.    Compensation of Insiders | $ | |
| | b.    Salaries & Wages | $ | 743,367 |
| | c.    Outside Labor | $ | |
| 9. | Payments to Professionals | $ | 368,206 |
| 10. | Insurance | $ | 23,055 |
| 11. | Real Property Rent Payments | $ | |
| 12. | Equipment Lease Payments | $ | 104,369 |
| 13. | Mortgage Payments | $ | 127,849 |
| 14. | Utilities/Telephone | $ | 50,043 |
| 15. | Supplies | $ | 523,867 |
| 16. | Repairs & Maintenance | $ | 5,050 |
| 17. | Travel & Entertainment | $ | 5,665 |
| 18. | Other Expenses (describe below) | $ | 10,443 |

| | | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |

**II.    TOTAL EXPENDITURES** (sum of lines 6 - 18)    $    1,961,904

**NET CASH FLOW** (Total Receipts less Total Expenditures)    $    64,720

Bank book balance and cash on hand at *date of filing*    $    139,179