| **Exhibit "A"** |
| --- |
| Kentuckiana Medical Center |
| Payroll Fund - Pay Date 9/17/10 |
|  |
|  |
| **Contributor** |
| Strouse-Mattingly, Leslie |
| Britt, Carter, Paradowski |
| Stavens, Lisa |
| LaRocca, Renato |
| Eckert, Thomas |
| Karman, Robert |
| Rumisek, John |
| Chamberlain, Lynell |
| Cambell, Jeff |
| Berry, David |
| Hallal, Eli |
| Digenis, Alex |
| McConnell, John W. |
| Stikovac, Mio |
| Raleigh, Denis |