UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE ) | |
| ) | |
| KENTUCKIANA MEDICAL CENTER, LLC ) | CASE NO. 10-93039-BHL-11 |
| ) | |
| Debtor. ) | |

### NOTICE OF APPOINTMENT AND NOTICE OF APPOINTMENT OF MEMBERS TO THE UNSECURED CREDITOR COMMITTEE

Pursuant to 11 U.S.C. Section 1102(a)(1), the undersigned hereby appoints the following members to serve on the Committee of Creditors Holding Unsecured Claims:

Todd R. Howell, CFO
Seneca Medical
85 Shaffer Park Drive
Tiffin, OH 44883
Tel: (419) 455-2153
Fax: (419) 447-8519
Email: Thowell@senecamedical.com

Robert J. Krist, Chief Financial Officer
Endologix Inc.
11 Studebaker
Irvine, CA 92618
Tel: (949) 595-7200
Fax: (949) 595-7327
Email: mparadillo@endologix.com

Michael Allen Springer, President
Midwest HEME Management, Inc.
8625 Oakmont Drive
Lincoln, NE 68526
Tel: (402) 484-5889
Fax: (402) 484-5883
Email: mspringer@hememanagement.com

Respectfully submitted,

NANCY J. GARGULA
UNITED STATES TRUSTEE

By    /s/ Laura A. DuVall
Laura A. DuVall, Trial Attorney
Office of United States Trustee
101 West Ohio Street, Suite 1000
Indianapolis, IN 46204
Tel: (317) 226-6101
Fax: (317) 226-6356
Email: Laura..DuVall@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2010, a copy of the foregoing **NOTICE OF APPOINTMENT OF MEMBERS TO THE UNSECURED CREDITOR COMMITTEE** was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court"s system.

David M. Cantor cantor@derbycitylaw.com, belliott@derbycitylaw.com; bates@derbycitylaw.com; neukomm@derbycitylaw.com; mcclanahan@derbycitylaw.com; yeager@derbycitylaw.com; mcghee@derbycitylaw.com
Michael D. Hicks mhicks@mhba.com
Michael R Johnson mjohnson@rqn.com, sglendening@rqn.com; docket@rqn.com
David R. Langston drl@mhba.com, memert@mhba.com
Michael W. McClain mike@kentuckytrial.com, jennifer@kentuckytrial.com
Whitney L Mosby wmosby@binghammchale.com, mmcclain@binghammchale.com
Dennis M Ostrowski loubknotices@mapother-atty.com
Mark J. Sandlin msandlin@goldbergsimpson.com, ekearfott@goldbergsimpson.com
Thomas C Scherer tscherer@binghammchale.com, mmcclain@binghammchale.com
Rodney Lee Scott rscott@wthslaw.com
M. Andrew Stewart astewart@mhba.com

I further certify that on October 6, 2010, a copy of the foregoing **NOTICE OF APPOINTMENT OF MEMBERS TO THE UNSECURED CREDITOR COMMITTEE** was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

c/o Gregg S. Kleiner IDev Technologies, Inc.
Cooley LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800

Kentuckiana Medical Center LLC
4601 Medical Plaza Highway
Clarksville, IN 47129

Todd R. Howell, CFO
Seneca Medical
85 Shaffer Park Drive
Tiffin, OH 44883

Robert J. Krist, Chief Financial Officer
Marie Paradillo, Accountant
Endologix Inc.
11 Studebaker
Irvine, CA 92618

Michael Allen Springer, President
Midwest HEME Management, Inc.
8625 Oakmont Drive
Lincoln, NE 68526

        Respectfully submitted,

        NANCY J. GARGULA
        UNITED STATES TRUSTEE

By    /s/ Laura A. DuVall
        Laura A. DuVall, Trial Attorney
        Office of United States Trustee
        101 West Ohio Street, Suite 1000
        Indianapolis, IN 46204

Tel: (317) 226-6101  
Fax: (317) 226-6356  
Email: <u>Laura..DuVall@usdoj.gov</u>