**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) |
| KENTUCKIANA MEDICAL CENTER, LLC | ) Chapter 11 |
| | ) |
| Debtor. | ) Case No. 10-93039-BHL-11 |
| | ) |

## MOTION TO APPEAR *PRO HAC VICE*

I, Jeffrey Michael Heller, of the law firm of K&L Gates LLP, move the Court for an order granting admission *pro hac vice* for the purpose of appearing as proposed counsel on behalf of the Official Committee of Unsecured Creditors in the above-styled cause only. In support of this motion, I hereby state:

1. The courts in which I am admitted to practice and the dates of admission are as follows:

| Court | Date of Admission |
|---|---|
| U.S. District and Bankruptcy Court, Northern District of Illinois | December 2007 |
| U.S. District and Bankruptcy Court, Central District of Illinois | September 2009 |

2. I am not currently under suspension or subject to other disciplinary action with respect to the practice of law.

3. I will mail a check in the amount of $30.00 payable to the Clerk, United States District Court, in payment of administrative fees required to process this motion for admission *pro hac vice*.

4. Accompanying this motion is an affidavit, as required by S.D.Ind. L.R. B-9010-2.

WHEREFORE, I request this Court enter an order of admission *pro hac vice* for purposes of this cause only.

Respectfully submitted,

/s/ Jeffrey M. Heller
Jeffrey M. Heller (Illinois Bar No. 6294314)

K&L Gates LLP
70 West Madison Street, Suite 3100
Chicago, Illinois 60602-4207
Telephone: (312) 372-1121
Facsimile: (312) 827-8000

448172/E/1

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the forgoing *Motion to Appear Pro Hac Vice* was sent via regular U.S. Mail, postage prepaid, on the 20th day of October, 2010, to the following listed parties in interest:

1. Kentuckiana Medical Center, LLC
   4601 Medical Plaza Highway
   Clarksville, IN 47129
   *Debtor*

2. David M. Cantor
   Seiller Waterman LLC
   462 4th Street, Ste. 2200
   Louisville, KY 40202
   *Attorney for Debtor*

3. DivLend Equipment Leasing, L.L.C.
   6625 19th Street, Ste. 114
   Lubbock, Texas 79407

4. Laura A. DuVall
   United States Trustee
   101 W. Ohio St., Ste. 1000
   Indianapolis, IN 46204

5. Mark J. Sandlin
   9301 Dayflower Street
   Prospect, KY 40059

6. Thomas C. Scherer
   Bingham McHale LLP
   10 West Market Street, #2700
   Indianapolis, IN 46204

7. Michael D. Hicks
   M. Andrew Stewart
   David R. Langston
   Mullin Hoard & Brown, LLP
   P. O. Box 2585
   Lubbock, Texas 79408

8. Rodney L. Scott
   Waters, Tyler, Hofmann & Scott, LLC
   1947 E. Spring Street
   New Albany, IN 47150

E-486835 v1

- 2 -

9. IDev Technologies, Inc.
   c/o Gregg S. Kliener
   Cooley LLP
   101 California Street, 5th Floor
   San Francisco, CA 94111

10. Michael R. Johnson
    Ray Quinney & Nebeker P.C.
    36 South State, 14th Floor
    PO Box 45385
    Salt Lake City, Utah 84145

11. Michael V. Brodarick
    Lloyd & McDaniel, PLC
    11405 Park Road, Suite 200
    P.O. Box 23200
    Louisville, KY 40223-0200

12. Christy J. Adams
    4500 Bowling Blvd., Suite 200
    Louisville, KY 40207

13. Dennis M. Ostrowski
    Mapother & Mapother, P.S.C.
    815 W. Market Street, Suite. 500
    Louisville, KY 40202

14. Jay Jaffe
    Baker & Daniels LLP
    600 East 96th Street, Suite 600
    Indianapolis, IN 46240

15. Bradley S. Salyer
    Morgan & Pottinger, P.S.C.
    601 West Main Street
    Louisville, Kentucky 40202

16. Scott A. Zuber
    Herbert K. Ryder
    Day Pitney LLP
    One Jefferson Road
    Parsippany, NJ 07054

- 3 -

17. Rachele L. Cummins
    Smith Carpenter Thompson
    209 East Chestnut Street
    P.O. Box 98
    Jeffersonville, IN 47131

18. All parties on the mailing matrix.

          Respectfully submitted,

          /s/ Jeffrey M. Heller
          Jeffrey M. Heller (Illinois Bar No. 6294314)

          K&L Gates LLP
          70 West Madison Street, Suite 3100
          Chicago, Illinois 60602-4207
          Telephone:  (312) 372-1121
          Facsimile:  (312) 827-8000

```
Label Matrix for local noticing          Cerner Corporation                       DivLend Equipment Leasing, L.L.C.
0756-4                                   c/o Whitney L. Mosby                     c/o Michael D. Hicks
Case 10-93039-BHL-11                     Bingham McHale LLP                       Mullin Hoard & Brown, LLP
Southern District of Indiana             2700 Market Tower                        P.O. Box 2585
New Albany                               10 West Market Street                    Lubbock, TX 79408-2585
Fri Oct  8 18:07:29 EDT 2010             Indianapolis, IN 46204-2954

First Tennessee Bank, National Association   Floyd Memorial Hospital and Health Services   Kentuckiana Medical Center LLC
c/o Goldberg Simpson,LLC                 1850 State Street                        4601 Medical Plaza Highway
9301 Dayflower Street                    New Albany, IN 47150-4997                Clarksville, IN 47129-9204
Prospect, KY 40059-7585


Midwest Heme Management, Inc. dba Heme Manag   Sysco/Louisville Food Services Co.   3M
                                         c/o Bornstein and Oppenheimer, PLLC.     2807 Paysherer Cir
                                         4500 Bowling Blvd., Su. 200              Chicago, IL 60674-0001
                                         Louisville, KY 40207-5147


A-Tech Mechanical LLC                    ACF Services                             ASD Healthcare
910 Ulrich Dr                            11206 Ampere Ct                          POB 848104
Louisville, KY 40219-1824                Louisville, KY 40299-3883                Dallas, TX 75284-8104


Abbott Vascular Devices                  Abdul G Buridi                           Acton LAser Services LLC
75 Remittance Dr St 1138                 9815 White Blossom Blvd                  5520 Featherlingill Rd
Chicago, IL 60675-1138                   Louisville, KY 40241-4181                Greenville, IN 47124-9501


Aesculap Inc                             Air Advantage                            Airgas Mid America
POB 512451                               105 Greenbriar Rd                        POB 802615
Philadelphia, PA 19172-0001              Eads, TN 38028-3001                      Chicago, IL 60680-2615


Alexander G Digenis                      Aligned Medical Solutions                Alimed Inc
4100 Buttonbush Meadow Ct                201 Pierce St Ste 205                    POB 9135
Louisville, KY 40241-4172                Sioux City, IA 51101-1479                Dedham, MA 02027-9135


American Ice Machines                    American Red Cross                       American Solutions
4510 W Harry St                          POB 73013                                NW7794
POB 771256                               Chicago, IL 60673-7013                   POB 1450
Wichita, KS 67277-1256                                                            Minneapolis, MN 55485-1450


Amy Hallal Henderson                     Angiodynamics                            Angiotech
1210 Knob Ave                            POB 1549                                 3600 SW 47th Ave
New Albany, IN 47150-5235                Albany, NY 12201-1549                    Gainesville, FL 32608-7555


Anil K Sharma                            Aramark                                  Aramark Refreshment Svcs
7610 Beech Spring Farm Blvd              POB 0903                                 3600 Chamerlain Ln #202
Louisville, KY 40241-6419                Carol Stream, IL 60132-0001              Louisville, KY 40241-1954
```

| | | |
|---|---|---|
| Aramark Uniform Services<br>24434 Network Place<br>Chicago, IL 60673-0001 | Arrow Intl Inc<br>POB 60519<br>Charlotte, NC 28260-0519 | Arrow Services<br>POB 36215<br>Louisville, KY 40233-6215 |
| Associated Purch Svcs<br>7015 College Blvd Ste 150<br>Leawood, KS 66211-1579 | BMA Louisville<br>POB 101518<br>Atlanta, GA 30392-1518 | Baxter Healthcare<br>1 Baxter Pkwy<br>Deerfield, IL 60015-4633 |
| Beach Building<br>attn: William Beach<br>7503 Skyline Dr<br>Floyds Knobs, IN 47119-8924 | Beaconmedaes<br>POB 601452<br>Charlotte, NC 28260-1452 | Beck Reed Riden LLP<br>Attn: Russell Beck<br>99 Summer Street Ste 1600<br>Boston, MA 02110-1254 |
| Bio Rad Laboratories<br>Clinical Diag Group<br>Dept 9740<br>Los Angeles, CA 90084-0001 | Biotronik Inc<br>6024 Jean Rd<br>Lake Oswego, OR 97035-5599 | Black Diamond Pest Control<br>3715 Charlestown Rd<br>New Albany, IN 47150-9576 |
| Boston Scientific Corp<br>POB 951653<br>Dallas, TX 75395-1653 | Bracco Diagnostics<br>107 Colledge Rd E<br>Princeton, NJ 08540-6623 | Branch Bank & Trust Co<br>Attn: Michelle Holwerda<br>2600 Eastpointe Pkwy Ste 103<br>Louisville, KY 40223-5151 |
| Brian J Paradowski<br>3001 Old Tay Bridge<br>Jeffersonville, IN 47130-8651 | Brian Thorton<br>640 S 2nd St #3<br>Louisville, KY 40202-2430 | Bryan Corporation<br>4 Plympton St<br>Woburn, MA 01801-2917 |
| Bulter County Printing<br>118 W Pine<br>POB 103<br>El Dorado, KS 67042-0103 | Business Health Plus<br>1615 Blackiston View Dr<br>Clarksville, IN 47129-2035 | Bytespeed LLC<br>POB 2278<br>Fargo, ND 58108-2278 |
| C&G Technologies Inc<br>6209 Gheen Mill Rd<br>Jeffersonville, IN 47130-9214 | CR Bard Access Systems<br>POB 75767<br>Charlotte, NC 28275-0767 | CR Bard Davol<br>POB 75767<br>Charlotte, NC 28275-0767 |
| CT Corporation<br>POB 4349<br>Carol Stream, IL 60197-4349 | Cardinal Health<br>Attn: Denene Byrd<br>7000 Cardinal Place<br>Dublin, OH 43017-1091 | Cardinal Health Pharm<br>5042 Collection Ct D<br>Chicago, IL 60693-0001 |
| Cardinal Health Tech<br>100 E Chestnut Ave<br>Westmont, IL 60559-1137 | Cardinal Uniforms & Scrubs<br>149 Quartermaster Ct<br>Jeffersonville, IN 47130-3627 | Cardiovascular Hospitals of America<br>c/o David L Phillips Esq<br>9350 E 35th St North Ste 104<br>Wichita, KS 67226-2022 |

| | | |
|---|---|---|
| Cardiovascular Systems<br>651 Campus Dr<br>Saint Paul, MN 55112-3495 | Carefusion Solutions LLC<br>Lockbox #771952<br>1952 Solutions Ctr<br>Chicago, IL 60677-1009 | Carstens<br>POB 99110<br>IL 60683 |
| Cerner Corporation<br>POB 712702<br>Kansas City, MO 64141 | Charles Oates<br>220 Choctaw Rd<br>Louisville, KY 40207-1653 | Check-Med Systems<br>200 Grandview Ave<br>Camp Hill, PA 17011-1777 |
| Christodulos Stavens<br>12355 Forest School Rd<br>Louisville, KY 40223-1509 | Citizens Union Bank of Shelbyville Inc<br>c/o John R Tarter Esq<br>815 W Market St Ste 500<br>Louisville, KY 40202-2687 | Commonwealth X-ray Inc<br>104 Eisenhower Ct<br>POB 0825<br>Nicholasville, KY 40340-0825 |
| Community Home Medical<br>POB 355<br>Jeffersonville, IN 47131-0355 | Comprehensive<br>POB 3171<br>South Hackensack, NJ 07606-1171 | Conway MacKenzie Inc<br>Attn: Joseph M Geraguty<br>109 N Main St 500 Performance Place<br>Dayton, OH 45402 |
| Cook Medical Inc<br>22988 Network Place<br>Chicago, IL 60673-0001 | Culligan Water Systems<br>490 N Clark Blvd<br>Clarksville, IN 47129-2796 | Darling Intl Inc<br>POB 671401<br>Dallas, TX 75267-1401 |
| Data Innovations Inc<br>120 Kimball Ave Ste 100<br>South Burlington, VT 05403-6837 | Datcard Systems<br>7 Goodyear<br>Irvine, CA 92618-2001 | Daves & Kelly Inc<br>POB 14748<br>Louisville, KY 40214-0748 |
| David Berry<br>6001 O'Possum Trot Rd<br>Charlestown, IN 47111-9137 | David Britt<br>4533 Southern Pkwy<br>Louisville, KY 40214-1414 | Denis P Raliegh<br>3711 Norbourne Blvd<br>Louisville, KY 40207-3748 |
| Dietary Consultants Inc<br>229 Churchill Dr<br>Richmond, KY 40475-3209 | Diversified Lenders Inc<br>Attn: Jeff Horn<br>6625 W 19th St Ste 114<br>Lubbock, TX 79407-1301 | Door Equipment Co Inc<br>2518 Data Dr<br>Louisville, KY 40299-2518 |
| Dove Data Products<br>1819 Range Way<br>Florence, SC 29501-1114 | Drager Medical Inc<br>3135 Quarry Rd<br>Telford, PA 18969-1051 | EV3 Inc<br>1475 Payshere Circle<br>Chicago, IL 60674-0001 |
| Ecolab Food Safety<br>Specialties<br>24198 Network Place<br>Chicago, IL 60673-0001 | Edwards Lifesciences<br>23146 Network Place<br>Chicago, IL 60673-0001 | Ekos Corporation<br>11911 N Creek Pkwy S<br>Bothell, WA 98011-8809 |

Eli R Hallal
109 Brand Wynne Ln
New Albany, IN 47150-5404

Endologix Inc
11 Studeabaker
Irvine, CA 92618-2013

Eugene Giles
8400 Spruce Hill Rd
Prospect, KY 40059-7402

FedEx
POB 94515
Palatine, IL 60094-4515

Fine Signs Graphics
3099 Blackiston Mill Rd
New Albany, IN 47150-9578

First Tennessee Bank NA
301 N Main St Ste 2010
Winston Salem, NC 27101-3819

First Tennessee Bank NA
c/o Mark J Sandlin Esq
9301 Dayflower St
Prospect, KY 40059-7585

Fresenius MEdical Care
BMA Louisville
POB 101518
Atlanta, GA 30392-1518

GE Healthcare
POB 640200
Pittsburgh, PA 15264-0200

Genesee Biomedical Inc
1308 S Jason St
Denver, CO 80223-3408

George L Alcorn
730 W Main St
Madison, IN 47250-3105

Grainger
Dept 876753955
Palatine, IL 60038-0001

Greater Lou Medical Society
101 W Chestnut St
Louisville, KY 40202-3836

HMC Service Co
863082 Reliable Pkwy
Chicago, IL 60686-0001

Health Care Info Systems
5010 S 118th St Ste 240
Omaha, NE 68137-2208

Health Care Logistics Inc
POB 25
Circleville, OH 43113-0025

Healthcare Practice Consultants LLC
Attn: Paulita Keith
3220 Office Pointe Place Ste 100
Louisville, KY 40220-5444

Heathland
Dept Ch 17945
Palatine, IL 60055-0001

Heme Management
8625 Oakmont Dr
Lincoln, NE 68526-9616

Hill-Rom Co In
1069 State Foute 46 East, J36
Batesville, In 47006-9167

Home Depot
1000 E Hwy 131
Clarksville, IN 47129-2202

Hospria Worldwide Inc
75 Remittance Dr Ste 6136
Chicago, IL 60675-6136

ISC Kentucky
12305 Westport Rd Ste 1
Louisville, KY 40245-2722

Idev Technologies Inc
253 Medical Center Blvd
Webster, TX 77598-4213

Imaging Alliance
Dept 8054
Carol Stream, IL 60122-8054

Indiana American Water
POB 94551
Palatine, IL 60094-4551

Innerspace Strategies Inc
1165 Brock McVey Dr
Lexington, KY 40509-4116

Inrad Inc
POB 1797
Holland, MI 49422-1797

Intec Building Services
POB 18706
Louisville, KY 40261-0706

Intec Supply Co
POB 18706
Louisville, KY 40261-0706

| | | |
|---|---|---|
| Integra Lifesciences Corp<br>POB 404129<br>Atlanta, GA 30384-4129 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | Interstate Imaging<br>POB 144<br>810 N Fares Ave<br>Evansville, IN 47711-5232 |
| J&J Health Care Systems<br>POB 406663<br>Atlanta, GA 30384-6663 | Jeffery Campbell<br>1902 Arnold Palmer Blvd<br>Louisville, KY 40245-5206 | Jewish Hospital<br>Dept 1500<br>POB 950210<br>Louisville, KY 40295-0210 |
| John D Rumisek<br>515 Brandon Rd<br>Louisville, KY 40207-1339 | John E Hategan<br>309 W Wendy Ln<br>Salem, IN 47167-2308 | John W McConnell<br>1 Woodhill Rd<br>Louisville, KY 40207-1146 |
| Johnson & Johnson Finance Corp<br>501 George St<br>New Brunswick, NJ 08901-1197 | Julio Melo<br>8516 Chefield Dr<br>Louisville, KY 40222-5665 | KCI USA, Inc.<br>c/o ARM Dept.<br>8023 Vantage Dr.<br>San Antonio, TX 78230-4763 |
| KMC Real Estate Investors LLC<br>250 E Liberty St Ste 101<br>Louisville, KY 40202-1534 | Keith B Carter<br>3901 Windham Pkwy<br>Prospect, KY 40059 | Kentuckiana Investors LLC<br>250 E Liberty St Ste 1001<br>Louisville, KY 40202-1538 |
| Klein Bros Safe & Lock<br>1101 W Broadway<br>Louisville, KY 40203-2032 | Koetter<br>POB 2142<br>New Albany, IN 47151-2142 | Koven Technology Inc<br>12125 Woodcrest Exec Ste 320<br>Saint Louis, MO 63141-5011 |
| Krons Fire Protection<br>POB 174<br>New Albany, IN 47151-0174 | Laboratory Corp of America Holdings<br>POB 12140<br>Burlington, NC 27216-2140 | Lamaitre Vascular<br>POB 533177<br>Charlotte, NC 28290-3177 |
| Landauer Inc<br>POB 809051<br>Chicago, IL 60680-9051 | Lantheus<br>Medical Imaging Inc<br>331 Treble Cove Rd<br>North Billerica, MA 01862-2849 | Lawn Cure<br>500 Progress Way<br>POB 558<br>Sellersburg, IN 47172-0558 |
| Lawrence R Rouben<br>5819 Orin Rd<br>Louisville, KY 40222-5977 | Leslie Strouse Mattingly<br>2047 South Road 135<br>Salem, IN 47167 | Lowes Home Improvement<br>1350 Veterans Pkwy<br>Clarksville, IN 47129-7745 |
| MSI Systems Inegrators<br>POB 30127<br>Omaha, NE 68103-1227 | Mallinckrodt Inc<br>POB 730356<br>Dallas, TX 75373-0356 | Maquet Cardiovascular LLC<br>3615 Solution Center<br>Chicago, IL 60677-3001 |

```
Markertek                           MedOne Capital                      Medafor Inc
1 Tower Dr                          Attn: Mark Stevens                  2700 Freeway Blvd Ste 800
Saugerties, NY 12477-4386           10712 S 1300 East                   Minneapolis, MN 55430-1757
                                    Sandy, UT 84094-5094


Medi-Dose Inc                       Medline Industries Inc              Medtronic USA Inc
70 Industrial Dr                    POB 3820775                         4642 Collection Ctr
Warminster, PA 18974-1433           Pittsburgh, PA 15251                Chicago, IL 60693-0001


Megadyne Medical Product            Mentor Corp                         Merit Medical Systems
11506 S State St                    201 Mentor Dr                       POB 951129
Draper, UT 84020-9453               Santa Barbara, CA 93111-3340        South Jordan, UT 84095-1129


Michael Allen Springer, President   Midwest Heme Management Inc. dba Heme Manage   Midwest Medical Inc
Midwest HEME Management, Inc.       c/o Lloyd & McDaniel, PLC           2800 Circleport Dr
8625 Oakmont Drive                  P.O. Box 23200                      Erlanger, KY 41018-1081
Lincoln, NE 68526-9616              Louisville, KYK  40223-0200


Mio M Stikovac                      Mortart Instrument Inc              Mustaque Junega MD
7211 Doe Crest Ct                   POB 68-5053                         200 E Chestnut St
Prospect, KY 40059-9488             Milwaukee, WI 53268-0001            Louisville, KY 40202-1831


Mycareernetwork                     Norton Healthcare                   Oates Flag Co
9300 Shelbyville Rd Ste 600         POB 35070 N-52                      10951 Electron Dr
Louisville, KY 40222-5155           Louisville, KY 40232-5070           Louisville, KY 40299-6410


Office Depot                        Ohio Valley Hood & Duct Cleaning    Olympus America Inc
POB 88040                           POB 1312                            3500 Corporate Pkwy
Chicago, IL 60680-1040              Jeffersonville, IN 47131-1312       Center Valley, PA 18034-8229


Olympus America Inc                 Orr Safety Corp                     Pathway Medical Techonolgy
500 Ross St                         1266 Reliable Pkwy                  10801 120th Ave NE
Pittsburgh, PA 15219-2125           Chicago, IL 60686-0001              Kirkland, WA 98033-5024


Peoples Bank of Marion, Kentucky    Pepsiamericas                       Periculum Capital Co
c/o John R Tarter Esq               75 Remittance Dr Ste 1884           Chase Town Circle
815 W Market St Ste 500             Chicago, IL 60675-1884              111 Monument Ste 1022
Louisville, KY 40202-2687                                               Indianapolis, IN 46204-5171


Philips Healthcare                  Pitney Bowes                        Prairie Farms Dairy Inc
POB 406538                          POB 856390                          217 W Main
Atlanta, GA 30384-6538              Louisville, KY 40285-6390           POB 128
                                                                        Olney, IL 62450-0128
```

| | | |
|---|---|---|
| Printmaster<br>POB 49320<br>Wichita, KS 67201-9320 | ProSoft-Medantex<br>POB 504782<br>Saint Louis, MO 63150-4782 | Quantum Storage Systems<br>15800 NW 15th Ave<br>Miami, FL 33169-5606 |
| Quest Diagnostics<br>POB 740709<br>Atlanta, GA 30374-0709 | Reflex Graphics Inc<br>1902 Campus Place Ste 11<br>Louisville, KY 40299-2335 | Renato Larocca<br>2201 Goshen Ln<br>Goshen, KY 40026-9514 |
| Retail Data Systems of KS<br>1809 S West St Ste 1<br>Wichita, KS 67213-1132 | Robert J. Krist, Chief Financial Officer<br>Endologix Inc.<br>11 Studebaker<br>Irvine, CA 92618-2013 | Robert Karman<br>20. Club Lane<br>Louisville, KY 40207 |
| Roche Diagnostics Corp<br>Dept AT 952243<br>Atlanta, GA 31192-2243 | Rukshsana Rshman<br>2408 Burning Tree Court<br>Jeffersonville, IN 47130-6742 | S&J Lighting<br>2316 Watterson Trail<br>Louisville, KY 40299-2534 |
| SWH Supply Co<br>242 E Main St<br>Louisville, KY 40202-1295 | Samer H Hussein<br>1807 Glen Eagles Way<br>La Grange, KY 40031-8950 | Scroggins Information Services LLC<br>200 Northland Blvd<br>Cincinnati, OH 45246-3604 |
| Securitas Security Services USA Inc<br>POB 403412<br>Atlanta, GA 30384-3412 | Seneca Medical Inc<br>POB 636696<br>Cincinnati, OH 45263-0001 | Sharn Anesthesia Inc<br>POB 21666<br>Tampa, FL 33622-1666 |
| Shawn Glisson<br>805 Oxmoor Woods Pkwy<br>Louisville, KY 40222-5590 | Siemens H-Care Diagnostic<br>POB 121102<br>Dallas, TX 75312-1102 | Siemens Medical Solutions USA Inc<br>POB 7777 W3580<br>Philadelphia, PA 19175-0001 |
| Smith & Nephew Inc Endoscopy<br>POB 60333<br>Charlotte, NC 28260-0333 | Spectranetics Corp<br>Ste 4999 POC 12007<br>Cheyenne, WY 82003 | Spectrum Surgical<br>4575 Hudson Dr<br>Stow, OH 44224-1725 |
| St Johns Companies<br>POB 51263<br>Los Angeles, CA 90051-5563 | St Jude Medical Inc<br>22400 Network Place<br>Chicago, IL 60673-0001 | St Jude Medical Inc Cardiac<br>22400 Network Place<br>Chicago, IL 60673-0001 |
| Stemler Corp<br>1101 Penn St<br>Jeffersonville, IN 47130-3892 | Stericycle Ine<br>POB 9001588<br>Louisville, KY 40290-1588 | Steris Corp<br>Attn: Renato Tamaro<br>5960 Heisley Rd<br>Mentor, OH 44060-1834 |

| | | |
|---|---|---|
| Steris Corp<br>Lockbox #771652<br>1652 Solution Center<br>Chicago, IL 60677-1006 | Steves Producse Inc<br>POB 99<br>Lanesville, IN 47136-0099 | Sunorah Hospital Management Svcs<br>1058 N Bedford Ct<br>Wichita, KS 67206-4353 |
| Suntrust Bank<br>Attn: Cindy Scurry<br>303 Peachtree St NE GA-ATL 1802 2nd Fl<br>Atlanta, GA 30308-3201 | Syed T Raza Kaqvi<br>425 S Hubbards Ln #262<br>Louisville, KY 40207-4091 | Synovis Surgical<br>NW 5577<br>POB 1450<br>Minneapolis, MN 55485-5577 |
| Sysco Louisville<br>POB 32470<br>Louisville, KY 40232-2470 | Sysmex America Inc<br>39923 Treasury Ctr<br>Chicago, IL 60694-9900 | TASC<br>POB 7098<br>Madison, WI 53707-7098 |
| TZ Medical Inc<br>7272 SW Durham Rd Ste 800<br>Portland, OR 97224-7593 | Taft Stettinius & Hollister LLP<br>Attn: James M Zimmerman Esq<br>425 Walnut St Ste 1800<br>Cincinnati, OH 45202-3957 | Taylor Enterprises of KY<br>1831 Taylor Ave<br>Louisville, KY 40213-1565 |
| Terumo Medical Corp<br>POB 281285<br>Atlanta, GA 30384-1285 | The Courier Journal<br>POB 740031<br>525 W Broadway<br>Louisville, KY 40202-2137 | The Earthgrains Co<br>POB 4412<br>Bridgeton, MO 63044-0412 |
| The Leasing Group Pool II, LLC<br>c/o John R Tarter Esq<br>815 W Market St Ste 500<br>Louisville, KY 40202-2687 | The Leasing Group, LLC<br>130 St. Mathews Ave., Ste. 201<br>Louisville, KY 40207-3130 | Thomas Eckert<br>732 W Main St<br>Madison, IN 47250-3105 |
| Thomas Refrigeration Inc<br>401 E Charlestown Ave<br>Jeffersonville, IN 47130-4713 | Thomson Reuters<br>6200 S Syracuse Way Ste 300<br>Englewood, CO 80111-4740 | Todd R. Howell, CFO<br>Seneca Medical<br>85 Shaffer Park Drive<br>Tiffin, OH 44883-9290 |
| Trianim Health Services<br>8705 Reliable Pkwy<br>Chicago, IL 60686-0001 | Tropician Chilled Dsd<br>POB 643106<br>Pittsburgh, PA 15264-3106 | Tyco Healthcare<br>Mallinckrodt Inc<br>POB 905835<br>Charlotte, NC 28290-5835 |
| Tyler Mountian Water Co<br>POB 849<br>Nitro, WV 25143-0849 | Tyson Schwab Short & Weiss PSC<br>POB 950223<br>Louisville, KY 40295-0223 | U.S. Trustee<br>101 W. Ohio St.. Ste. 1000<br>Indianapolis, IN 46204-1982 |
| US Endoscopy<br>5976 Heisley Rd<br>Mentor, OH 44060-1873 | US Specialties<br>2205 River Rd<br>Louisville, KY 40206-1009 | Universal Hospital Svcs<br>SDS 12-0940<br>POB 86<br>Minneapolis, MN 55486-0086 |

| | | |
|---|---|---|
| Voluforms<br>POB 97<br>Sellersburg, IN 47172-0097 | WL Gore & Associates Inc<br>POB 751331<br>Charlotte, NC 28275-1331 | WW Grainger<br>POB 419267<br>Kansas City, MO 64141-6267 |
| Walker Mechanical Contrs<br>991 Logan ST<br>POB 4728<br>Louisville, KY 40204-0728 | Walnut Ridge Nursery & Garden Center<br>2108 Hamburg Pike<br>Jeffersonville, IN 47130-6318 | Waste Managemenbt<br>Lousville Hauling<br>POB 9001054<br>Louisville, KY 40290-1054 |
| Xerox Corp<br>POB 802555<br>Chicago, IL 60680-2555 | Zoll Medical<br>attn: Mike Grillakis<br>269 Mill Rd<br>Chelmsford, MA 01824-4105 | David M. Cantor<br>Seiller Waterman LLC<br>462 4th Street Ste 2200<br>Louisville, KY 40202-3485 |
| Robert Krist<br>Endologix Inc.<br>11 Studebaker<br>Irvine, CA 92618-2013 | c/o Gregg S. Kleiner IDev Technologies, Inc.<br>Cooley LLP<br>101 California Street, 5th Floor<br>San Francisco, CA 94111-5800 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
PO Box 21126
Philadelphia PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Med One Capital Funding LLC | (u)The Leasing Group, LLC | (u)Unsecured Creditors Committee |
| (d)Floyd Memorial Hospital<br>and Health Services<br>1850 State St<br>New Albany, IN 47150-4990 | End of Label Matrix<br>Mailable recipients    250<br>Bypassed recipients      4<br>Total                  254 | |