**SO ORDERED: January 21, 2011.**



**Basil H. Lorch III
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| KENTUCKIANA MEDICAL CENTER, LLC | ) CHAPTER 11 |
| | ) |
| Debtor | ) CASE NO. 10-93039-BHL-11 |
| | ) |

**ORDER GRANTING PERMISSION TO INCUR CREDIT; LIENS
AND ADMINISTRATIVE EXPENSE STATUS PURSUANT
TO SECTIONS 105, 363, AND 364 OF THE BANKRUPTCY CODE**

This core proceeding[1] comes before the Court on the Motion to Incur Credit and to Grant Liens and Administrative Expense Status Pursuant to Sections 105, 363, and 364 of the Bankruptcy Code brought by the Debtor, Kentuckiana Medical Center, LLC ("KMC"). The Court, having considered the statements of counsel, the record, and being otherwise sufficiently advised,

**IT IS HEREBY ORDERED:**

1. KMC is authorized to borrow two hundred thousand dollars ($200,000.00) at zero

---

[1] 28 U.S.C. § 157(b)(2)(A), (D), (G), (K), (O)

2

      percent (0%) interest from Hall-Robb, LLC ("<u>Hall-Robb</u>") as DIP Financing.

2. The DIP Financing was reached in good faith and was essential for the preservation of KMC, and therefore shall be deemed to constitute an extension of credit in good faith pursuant to 11 U.S.C. § 364(e).

3. The DIP Financing shall be secured by a lien on all accounts receivable and funds on deposit junior in priority to any and all existing liens on such assets, pursuant to 11 U.S.C. § 364(c)(3). Nothing in this Order shall be construed as the granting of a priming lien on property of the estate, pursuant to 11 U.S.C. §364(d).

4. KMC may repay Hall-Robb the unpaid balance owed on the DIP Financing, without interest, within two (2) weeks or upon receipt of the Medicare Payments, whichever is later, which are being held due to Medicare's annual update in the approximate sum of $425,000.00, without further order of the Court.

5. This is a final and appealable order, there being no just cause for delay.

###