## U.S. Trustee Basic Monthly Operating Report

Case Name: Kentuckiana Medical Center Date Filed: 9-19-10

Case Number: 10-93039-BHL-11 SIC Code:

Month (or portion) covered by this report: January 2011

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THIS U.S. TRUSTEE BASIC MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS ON BEHALF OF THE CHAPTER 11 DEBTOR AND, TO THE BEST OF MY KNOWLEDGE, THIS REPORT AND RELATED DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

Nicholas R. Clark

ORIGINAL SIGNATURE OF RESPONSIBLE PARTY

2-24-11

DATE REPORT SIGNED

Nicholas R. Clark - CFO

PRINTED NAME OF RESPONSIBLE PARTY AND POSITION WITH DEBTOR

**The debtor is required to provide financial reports prepared by or for the debtor in addition to the information required by this form. The U.S. Trustee may permit the debtor to eliminate duplicative information. No such permission is valid unless in writing.**

| QUESTIONNAIRE: | YES | NO |
|---|---|---|
| 1. IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. DID YOU SELL ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 3. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |
| 4. DID YOU PAY ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☑ | ☐ |
| 5. DID YOU PAY ALL YOUR BILLS ON TIME THIS MONTH? | ☐ | ☑ |
| 6. DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 7. HAVE YOU FILED ALL OF YOUR RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH? | ☐ | ☑ |
| 8. DID YOU PAY ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 9. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 10. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 11. DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☑ | ☐ |
| 12. DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |

**U.S. Trustee Basic Monthly Operating Report**

Case Name: Kentuckiana Medical Center Date Filed: 9-19-10

Case Number: 10-93039-BHL-11 SIC Code: ______

Month (or portion) covered by this report: January

| | YES | NO |
|---|---|---|
| 13. DID YOU DEPOSIT ALL MONEY FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 14. DID THE BUSINESS SELL ANY GOODS OR PROVIDE SERVICES TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 15. DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 16. ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE UST? | ☑ | ☐ |

**TAXES**

| | | |
|---|---|---|
| DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? | ☐ | ☑ |

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

**INCOME**

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. [If you use an automated accounting system, please attach a copy of the Income Statement and Balance Sheet.]

**TOTAL INCOME** 1,477,211

*(Exhibit B)*

**EXPENSES**

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS PAID THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. [If you use an automated accounting system, please attach a copy of the Disbursements Journal, otherwise attach a copy of the check register. ]

**TOTAL EXPENSES** 2,185,587

*(Exhibit C)*

**CASH PROFIT**

INCOME FOR THE MONTH (TOTAL FROM EXHIBIT B)

EXPENSES FOR THE MONTH (TOTAL FROM EXHIBIT C)

(Subtract The Total from Exhibit C from the Total of Exhibit B)

**CASH PROFIT FOR THE MONTH** <708,376>

**U.S. Trustee Basic Monthly Operating Report**

| | | | |
|---|---|---|---|
| **Case Name:** | KentucKiana Medical Center | **Date Filed:** | 9-19-10 |
| **Case Number:** | 10-93039-BHL-11 | **SIC Code:** | |

**Month (or portion) covered by this report:** January 2011

**UNPAID BILLS**

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE.

**TOTAL PAYABLES** 194,910

*(Exhibit D)*

**MONEY OWED TO YOU**

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE.

**TOTAL RECEIVABLES** 11,004,960

*(EXHIBIT E)*

**BANKING INFORMATION**

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT.

**EMPLOYEES**

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? 174

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? 156

**PROFESSIONAL FEES**

TOTAL PROFESSIONAL FEES APPROVED BY THE COURT DURING THIS REPORTING PERIOD? 0

TOTAL PROFESSIONAL FEES APPROVED BY THE COURT SINCE THE FILING OF THE CASE? 0

TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR DURING THIS REPORTING PERIOD? 0

TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR SINCE THE FILING OF THE CASE? 0

PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR **RELATED TO BANKRUPTCY** DURING THIS REPORTING PERIOD? 0

PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR **RELATED TO BANKRUPTCY** SINCE THE FILING OF THE CASE? 0

**U.S. Trustee Basic Monthly Operating Report**

Case Name: KentucKiana Medical Center Date Filed: 9-19-10

Case Number: 10-93039-BHL-11 SIC Code:

Month (or portion) covered by this report: January 2011

**PROJECTIONS**

COMPARE YOUR ACTUAL INCOME, EXPENSES AND THE CASH PROFIT TO THE PROJECTIONS FOR THE FIRST 180-DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

| | |
|---|---|
| PROJECTED INCOME FOR THE MONTH: | 2,390,832 |
| ACTUAL INCOME FOR THE MONTH (EXHIBIT B): | 1,477,211 |
| DIFFERENCE BETWEEN PROJECTED AND ACTUAL INCOME: | <913,621> |
| PROJECTED EXPENSES FOR THE MONTH: | 2,790,144 |
| TOTAL ACTUAL EXPENSES FOR THE MONTH (EXHIBIT C): | 2,185,587 |
| DIFFERENCE BETWEEN PROJECTED AND ACTUAL EXPENSES: | 604,557 |
| PROJECTED CASH PROFIT FOR THE MONTH: | <399,313> |
| ACTUAL CASH PROFIT FOR THE MONTH (TOTAL FROM EXHIBIT B MINUS TOTAL FROM EXHIBIT C) | <708,376> |
| DIFFERENCE BETWEEN PROJECTED AND ACTUAL CASH PROFIT: | <309,063> |

**[If actual cash profit was 90% or less of projected cash profit, please attach a detailed written explanation.]**

*Kentuckiana Medical Center*
*Income Statement*
*Proforma for the six month period ending March 31, 2011*

| Description | Projected | | | | | |
|---|---|---|---|---|---|---|
| | October | November | December | January | February | March |
| Patient Days | 450 | 714 | 791 | 801 | 733 | 822 |
| Total Room & Board: | 682,608 | 968,341 | 1,051,138 | 1,072,324 | 1,000,780 | 1,099,267 |
| Total Ancillary Services: | 3,737,544 | 5,302,040 | 5,755,389 | 6,243,015 | 5,713,047 | 6,407,305 |
| Total Emergency Room: | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Patient Revenue: | 4,420,152 | 6,270,381 | 6,806,527 | 7,315,339 | 6,713,827 | 7,506,571 |
| Total Revenue Deductions: | 3,005,704 | 4,263,859 | 4,628,438 | 4,974,430 | 4,565,402 | 5,104,469 |
| Net Patient Revenue: | 1,414,448 | 2,006,522 | 2,178,089 | 2,340,908 | 2,148,425 | 2,402,103 |
| Anesthesia Pro Fee Revenue - Net | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 |
| Total Other Revenue: | 9,901 | 14,046 | 15,247 | 14,923 | 13,696 | 15,313 |
| Net Revenue: | 1,459,350 | 2,055,568 | 2,228,335 | 2,390,832 | 2,197,121 | 2,452,416 |
| Expenses: | | | | | | |
| Salary & Wages | 489,803 | 574,892 | 710,817 | 750,691 | 667,897 | 720,979 |
| Benefits | 58,139 | 80,094 | 84,357 | 75,069 | 66,790 | 72,098 |
| Professional Fees MD | 64,833 | 64,833 | 64,833 | 65,000 | 65,000 | 65,000 |
| Emergency physicians | 0 | 0 | 0 | 0 | 0 | 0 |
| Supplies Expense | 473,493 | 631,620 | 674,897 | 710,488 | 640,492 | 709,562 |
| Repairs & Maintenance | 47,959 | 48,438 | 48,923 | 49,858 | 49,858 | 49,858 |
| Utilities Expense | 57,081 | 57,652 | 58,228 | 55,775 | 58,334 | 60,656 |
| Purchased Services | 300,706 | 292,206 | 292,206 | 298,210 | 298,210 | 298,210 |
| Other Admin Expense | 31,982 | 31,297 | 44,936 | 48,359 | 44,279 | 49,656 |
| Taxes & License | 18,000 | 18,000 | 18,000 | 18,540 | 18,540 | 18,540 |
| Insurance - Employee Health, Dental, Life | 48,989 | 67,489 | 71,082 | 75,069 | 66,790 | 72,098 |
| Insurance - Hospital | 25,000 | 25,000 | 25,000 | 30,000 | 30,000 | 30,000 |
| Operating Expenses: | 1,635,574 | 2,000,921 | 2,093,279 | 2,177,058 | 2,006,188 | 2,146,657 |
| Margin (Loss) before capital costs | (156,224) | 54,647 | 135,056 | 213,773 | 190,932 | 305,759 |
| Capital costs | | | | | | |
| Lease Expense - Equipment | 82,641 | 82,641 | 82,641 | 82,641 | 82,641 | 82,641 |
| Lease Expense - Building | 300,000 | 300,000 | 300,000 | 300,000 | 300,000 | 300,000 |
| Depreciation & Amortization Expense | 117,999 | 117,999 | 117,999 | 204,875 | 204,875 | 204,875 |
| Interest Expense | 25,570 | 25,570 | 25,570 | 25,570 | 25,570 | 25,570 |
| | 526,210 | 526,210 | 526,210 | 613,086 | 613,086 | 613,086 |
| Net (Loss) Income: | (682,434) | (471,563) $ | (391,154) $ | (399,313) $ | (422,154) $ | (307,377) |
| Cash flow from operations: | | | | | | |
| Depreciation | 117,999 | 117,999 | 117,999 | 204,875 | 204,875 | 204,875 |
| Interest expense | 25,570 | 25,570 | 25,570 | 25,570 | 25,570 | 25,570 |
| Cash flow from operations | $ (538,865) $ | (327,994) $ | (247,585) $ | (168,868) $ | (191,709) $ | (76,882) |

Kentuckiana Medical Center

U.S. Trustee Basic Monthly Operating Report

Variance from Forecast

January 2011

Actual monthly net loss was ($708,376) as compared to the forecasted net loss of ($399,313) resulting in a variance of ($309,063). The actual expenses for the month were less than forecasted and the variance is attributable to the shortfall in revenue. The shortfall in revenue is due to a lesser than forecast average daily census. The lower census was in part attributed to the unavailability of staff lost since bankruptcy preventing the opening of additional Medical / Surgical beds.

Kentuckiana Medical Center
Summary Income Statement
U.S. Trustee Basic Monthly Operating Report
(Attachment for Page 2 of 4)
January 2011

| | Total | Cash Basis | Accrual Basis |
|---|---|---|---|
| Income | $ 1,477,211 | $ 1,008,359 | $ 468,852 |
| Expenses | 2,185,587 | 987,787 | 1,197,800 |
| Net Profit | $ (708,376) | $ 20,572 | $ (728,948) |

Kentuckiana Medical Center
Daily Activity
First Tennesse Operating Account
FYE 12/31/11

| Date | Check No. | Payable To | Description | | Amount |
|---|---|---|---|---|---|
| 1/5/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Insurance | $ | (62,580.80) |
| 1/20/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Insurance | $ | (47,417.63) |
| 1/13/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Insurance | $ | (45,582.26) |
| 1/24/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Insurance | $ | (45,207.43) |
| 1/3/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Insurance | $ | (34,839.12) |
| 1/19/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Insurance | $ | (28,375.44) |
| 1/4/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Insurance | $ | (27,361.02) |
| 1/10/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Insurance | $ | (24,131.38) |
| 1/7/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Insurance | $ | (19,337.98) |
| 1/25/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Insurance | $ | (18,697.76) |
| 1/14/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Insurance | $ | (14,167.51) |
| 1/21/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Insurance | $ | (13,560.27) |
| 1/31/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Insurance | $ | (13,038.49) |
| 1/27/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Insurance | $ | (12,495.52) |
| 1/26/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Insurance | $ | (9,829.85) |
| 1/6/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Insurance | $ | (8,297.26) |
| 1/18/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Insurance | $ | (8,036.18) |
| 1/28/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Insurance | $ | (3,223.02) |
| 1/12/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Insurance | $ | (1,504.42) |
| 1/11/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Insurance | $ | (1,386.85) |
| 1/26/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Medicaid | $ | (7,517.51) |
| 1/12/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Medicaid | $ | (5,301.33) |
| 1/19/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Medicaid | $ | (4,645.57) |
| 1/6/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Medicaid | $ | (1,767.00) |
| 1/5/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Medicaid | $ | (25.25) |
| 1/20/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Medicaid | $ | (4.63) |
| 1/5/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Medicare | $ | (65,151.15) |
| 1/4/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Medicare | $ | (64,218.99) |
| 1/31/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Medicare | $ | (47,237.88) |
| 1/7/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Medicare | $ | (43,575.90) |
| 1/12/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Medicare | $ | (39,573.44) |
| 1/13/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Medicare | $ | (31,909.57) |
| 1/11/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Medicare | $ | (27,670.24) |
| 1/3/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Medicare | $ | (21,956.76) |
| 1/6/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Medicare | $ | (19,654.50) |
| 1/14/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Medicare | $ | (19,231.01) |
| 1/10/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Medicare | $ | (9,889.87) |
| 1/24/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Medicare | $ | (5,524.30) |
| 1/19/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Medicare | $ | (5,230.91) |
| 1/26/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Medicare | $ | (3,012.11) |
| 1/25/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Medicare | $ | (2,636.67) |
| 1/28/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Medicare | $ | (1,488.90) |
| 1/20/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Medicare | $ | (208.34) |
| 1/24/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Patient | $ | (5,136.05) |
| 1/31/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Patient | $ | (2,415.72) |

Kentuckiana Medical Center
Daily Activity
First Tennesse Operating Account
FYE 12/31/11

| Date | Check No. | Payable To | Description | | Amount |
|---|---|---|---|---|---|
| 1/13/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Patient | $ | (2,122.11) |
| 1/18/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Patient | $ | (1,871.16) |
| 1/7/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Patient | $ | (1,814.76) |
| 1/4/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Patient | $ | (1,753.49) |
| 1/10/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Patient | $ | (1,574.01) |
| 1/21/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Patient | $ | (1,080.99) |
| 1/14/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Patient | $ | (914.14) |
| 1/19/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Patient | $ | (722.75) |
| 1/28/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Patient | $ | (721.23) |
| 1/20/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Patient | $ | (500.00) |
| 1/26/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Patient | $ | (487.30) |
| 1/11/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Patient | $ | (413.57) |
| 1/6/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Patient | $ | (405.00) |
| 1/5/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Patient | $ | (121.03) |
| 1/3/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Patient | $ | (118.00) |
| 1/12/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Patient | $ | (100.00) |
| 1/27/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Patient | $ | (47.77) |
| 1/11/2011 | | 1st Tenn. Transaction | Deposit - Patient Acctg - Medicare Capital | $ | (59,769.00) |
| 1/25/2011 | | 1st Tenn. Transaction | Deposit - Patient Acctg - Medicare Capital | $ | (59,769.00) |
| | | | | $ | (1,008,359.10) |
| 1/26/2011 | | 1st Tenn. Transaction | Abbott Wire - Cath Lab Supplies | $ | 1,185.00 |
| 1/14/2011 | | 1st Tenn. Transaction | ADP - Payroll Fee | $ | 674.72 |
| 1/6/2011 | | 1st Tenn. Transaction | ADP Payroll - PPE 01/01/11 | $ | 283,883.89 |
| 1/21/2011 | | 1st Tenn. Transaction | ADP Payroll Fee | $ | 175.25 |
| 1/28/2011 | | 1st Tenn. Transaction | ADP Payroll Fee | $ | 433.57 |
| 1/27/2011 | | 1st Tenn. Transaction | AFLAC - Employee Insurance | $ | 4,924.54 |
| 1/19/2011 | | Correction | amount = $276.88 | $ | (0.10) |
| 1/18/2011 | 1966 | Scroggins Information | Anesthesia Professional Billing | $ | 1,537.58 |
| 1/31/2011 | 2007 | Teresa Parrott, MD | Anesthesiologist Fee | $ | 5,609.59 |
| 1/18/2011 | 1958 | Teresa Parrott, MD | Anesthesiologist Fee | $ | 8,726.03 |
| 1/10/2011 | | 1st Tenn. Transaction | AT&T - Telephone Payment | $ | 2,167.89 |
| 1/3/2011 | | 1st Tenn. Transaction | AT&T - Telephone Payment | $ | 4,725.67 |
| 1/7/2011 | | 1st Tenn. Transaction | Cardinal Health - Wire Payment - Medical | $ | 264.78 |
| 1/24/2011 | | 1st Tenn. Transaction | Cardinal Health - Wire Payment - Medical | $ | 858.16 |
| 1/20/2011 | | 1st Tenn. Transaction | Cardinal Health - Wire Payment - Medical | $ | 1,113.08 |
| 1/19/2011 | | 1st Tenn. Transaction | Cardinal Health - Wire Payment - Medical | $ | 1,113.08 |
| 1/3/2011 | | 1st Tenn. Transaction | Cardinal Health - Wire Payment - Medical | $ | 1,126.72 |
| 1/10/2011 | | 1st Tenn. Transaction | Cardinal Health - Wire Payment - Medical | $ | 1,399.03 |
| 1/5/2011 | | 1st Tenn. Transaction | Cardinal Health - Wire Payment - Medical | $ | 1,832.29 |
| 1/10/2011 | | 1st Tenn. Transaction | Cardinal Health - Wire Payment - Medical | $ | 4,024.20 |
| 1/11/2011 | | 1st Tenn. Transaction | Cardinal Health - Wire Payment - Medical | $ | 4,024.20 |
| 1/14/2011 | | 1st Tenn. Transaction | Cardinal Health - Wire Payment - Medical | $ | 4,024.20 |
| 1/13/2011 | | 1st Tenn. Transaction | Cardinal Health - Wire Payment - Medical | $ | 5,529.12 |

Kentuckiana Medical Center
Daily Activity
First Tennesse Operating Account
FYE 12/31/11

| Date | Check No. | Payable To | Description | | Amount |
|---|---|---|---|---|---|
| 1/21/2011 | | 1st Tenn. Transaction | Cardinal Health - Wire Payment - Rx | $ | 600.00 |
| 1/26/2011 | | 1st Tenn. Transaction | Cardinal Health - Wire Payment - Rx | $ | 1,000.00 |
| 1/11/2011 | | 1st Tenn. Transaction | Cardinal Health - Wire Payment - Rx | $ | 1,300.00 |
| 1/27/2011 | | 1st Tenn. Transaction | Cardinal Health - Wire Payment - Rx | $ | 1,300.00 |
| 1/14/2011 | | 1st Tenn. Transaction | Cardinal Health - Wire Payment - Rx | $ | 1,500.00 |
| 1/10/2011 | | 1st Tenn. Transaction | Cardinal Health - Wire Payment - Rx | $ | 1,600.00 |
| 1/19/2011 | | 1st Tenn. Transaction | Cardinal Health - Wire Payment - Rx | $ | 1,700.00 |
| 1/3/2011 | | 1st Tenn. Transaction | Cardinal Health - Wire Payment - Rx | $ | 3,000.00 |
| 1/4/2011 | | 1st Tenn. Transaction | Cardinal Health - Wire Payment - Rx | $ | 3,000.00 |
| 1/24/2011 | | 1st Tenn. Transaction | Cardinal Health - Wire Payment - Rx | $ | 3,000.00 |
| 1/20/2011 | | 1st Tenn. Transaction | Cardinal Health - Wire Payment - Rx | $ | 3,700.00 |
| 1/28/2011 | | 1st Tenn. Transaction | Cardinal Health - Wire Payment - Rx | $ | 3,800.00 |
| 1/18/2011 | | 1st Tenn. Transaction | Cardinal Health - Wire Payment - Rx | $ | 4,300.00 |
| 1/7/2011 | | 1st Tenn. Transaction | Cardinal Health - Wire Payment - Rx | $ | 5,000.00 |
| 1/5/2011 | | 1st Tenn. Transaction | Cardinal Health - Wire Payment - Rx | $ | 5,500.00 |
| 1/13/2011 | | 1st Tenn. Transaction | Cardinal Health - Wire Payment - Rx | $ | 10,300.00 |
| 1/6/2011 | | 1st Tenn. Transaction | Cardinal Health - Wire Payment - Rx | $ | 12,000.00 |
| 1/7/2011 | | 1st Tenn. Transaction | Cardinal Health - Wire Payment - Rx Mgt. | $ | 5,500.00 |
| 1/13/2011 | | 1st Tenn. Transaction | Cardinal Health - Wire Payment - Rx Mgt. | $ | 5,500.00 |
| 1/21/2011 | | 1st Tenn. Transaction | Cardinal Health - Wire Payment - Rx Mgt. | $ | 5,500.00 |
| 1/27/2011 | | 1st Tenn. Transaction | Cardinal Health - Wire Payment - Rx Mgt. | $ | 5,500.00 |
| 1/31/2011 | 2008 | GE Healthcare | Cath Lab Supplies | $ | 110.00 |
| 1/18/2011 | 1965 | J&J Healthcare | Cath Lab Supplies | $ | 422.00 |
| 1/31/2011 | 2009 | Boston Scientific | Cath Lab Supplies | $ | 430.09 |
| 1/14/2011 | 1956 | Johnson & Johnson | Cath Lab Supplies | $ | 814.49 |
| 1/14/2011 | 1957 | Boston Scientific | Cath Lab Supplies | $ | 960.00 |
| 1/10/2011 | 1938 | J&J Healthcare | Cath Lab Supplies | $ | 1,418.24 |
| 1/28/2011 | 2004 | Boston Scientific | Cath Lab Supplies | $ | 1,919.28 |
| 1/12/2011 | 1953 | Boston Scientific | Cath Lab Supplies | $ | 1,982.15 |
| 1/4/2011 | 1925 | Medtronic USA, Inc. | Cath Lab Supplies | $ | 2,247.00 |
| 1/10/2011 | 1940 | Terumo Medical | Cath Lab Supplies | $ | 3,150.62 |
| 1/10/2011 | 1937 | Boston Scientific | Cath Lab Supplies | $ | 24,220.60 |
| 1/18/2011 | Various | A/P Check Run | Check 6433 | $ | 5,465.88 |
| 1/19/2011 | Various | A/P Check Run | Check 6434 - 6436 | $ | 6,145.30 |
| 1/20/2011 | Various | A/P Check Run | Check 6437 - 6439 | $ | 1,604.82 |
| 1/21/2011 | Various | A/P Check Run | Check 6440 | $ | 15,000.00 |
| 1/31/2011 | Various | A/P Check Run | Check 6451 | $ | 6,130.06 |
| 1/5/2011 | Various | A/P Check Run | Checks 6403 - 6408 | $ | 9,717.36 |
| 1/6/2011 | Various | A/P Check Run | Checks 6409 - 6410 | $ | 1,629.99 |
| 1/7/2011 | Various | A/P Check Run | Checks 6411 - 6412 | $ | 22,500.00 |
| 1/10/2011 | Various | A/P Check Run | Checks 6413 - 6416 | $ | 23,551.43 |
| 1/11/2011 | Various | A/P Check Run | Checks 6417 | $ | 80.45 |
| 1/12/2011 | Various | A/P Check Run | Checks 6418 - 6420 | $ | 5,796.83 |
| 1/13/2011 | Various | A/P Check Run | Checks 6421 - 6422 | $ | 1,543.22 |
| 1/14/2011 | Various | A/P Check Run | Checks 6423 - 6429 | $ | 1,838.09 |

Kentuckiana Medical Center
Daily Activity
First Tennesse Operating Account
FYE 12/31/11

| Date | Check No. | Payable To | Description | | Amount |
|---|---|---|---|---|---|
| 1/17/2011 | Various | A/P Check Run | Checks 6430 - 6432 | $ | 7,754.90 |
| 1/24/2011 | Various | A/P Check Run | Checks 6441 - 6442 | $ | 11,351.22 |
| 1/27/2011 | Various | A/P Check Run | Checks 6443 - 6446 | $ | 14,498.46 |
| 1/28/2011 | Various | A/P Check Run | Checks 6447 - 6450 | $ | 1,669.95 |
| 1/27/2011 | 1997 | Aramark Refreshment | Coffe / Tea Supplies | $ | 740.93 |
| 1/28/2011 | 2001 | Culligan Water | DI Tank Maintenance | $ | 800.00 |
| 1/31/2011 | 2005 | Dietary Consultants | Dietician Services | $ | 2,000.00 |
| 1/19/2011 | | 1st Tenn. Transaction | FTB Analysis Service Charge | $ | 1,545.77 |
| 1/31/2011 | | 1st Tenn. Transaction | GE Healthcare Wire - Cath Lab | $ | 1,379.66 |
| 1/12/2011 | 1948 | Nick Clark | Hospital - Various Supplies - See Exp. Report | $ | 8,183.56 |
| 1/20/2011 | 1975 | Nick Clark | Hospital - Various Supplies - See Exp. Report | $ | 8,930.18 |
| 1/5/2011 | 1927 | Intec Building Services | Housekeeping Services | $ | 5,450.00 |
| 1/5/2011 | 1926 | Intec Supply Co. | Housekeeping Supplies | $ | 777.03 |
| 1/12/2011 | 1949 | St. Jude Medical | Implant - Defibrillator | $ | 12,000.00 |
| 1/12/2011 | 1951 | Biotronik, Inc. | Implant - Defibrillator | $ | 12,000.00 |
| 1/20/2011 | 1973 | St. Jude Medical | Implant - Defibrillator | $ | 12,000.00 |
| 1/20/2011 | 1972 | St. Jude Medical | Implant - Defibrillator | $ | 15,000.00 |
| 1/7/2011 | 1933 | Medtronic USA, Inc. | Implant - Pacemaker | $ | 2,400.00 |
| 1/26/2011 | 1996 | St. Jude Medical | Implant - Pacemaker | $ | 3,400.00 |
| 1/3/2011 | 1923 | St. Jude Medical | Implant - Pacemaker | $ | 3,800.00 |
| 1/20/2011 | 1974 | St. Jude Medical | Implant - Pacemakers (3) | $ | 11,400.00 |
| 1/25/2011 | | 1st Tenn. Transaction | Indiana American Water - Phone Payment | $ | 1,027.86 |
| 1/21/2011 | 1979 | Siemens Diagnostic | Laboratory Supplies | $ | 1,740.29 |
| 1/10/2011 | 1942 | Biorad | Laboratory Supplies | $ | 7,558.03 |
| 1/24/2011 | 1986 | Roche Diagnostics | Laboratory Supplies | $ | 9,396.19 |
| 1/26/2011 | 1995 | Thomas Mock | Laptop Computers (2) - Business Office | $ | 1,269.88 |
| 1/31/2011 | 2006 | Seiller Waterman, LLC | Legal Services | $ | 20,000.00 |
| 1/12/2011 | 1946 | Danny Frye | Maintenance Supplies | $ | 217.68 |
| 1/12/2011 | 1952 | Phil Hefley | Maintenance Supplies | $ | 304.42 |
| 1/26/2011 | 1991 | Lowes | Maintenance Supplies - Ice Melt | $ | 192.17 |
| 1/20/2011 | 1976 | TZ Medical | Medical Supplies | $ | 1,250.00 |
| 1/7/2011 | 1934 | Hospira Worldwide | Medical Supplies | $ | 1,343.81 |
| 1/7/2011 | 1935 | TZ Medical | Medical Supplies | $ | 1,500.00 |
| 1/10/2011 | 1941 | Medline Industries | Medical Supplies | $ | 1,645.40 |
| 1/25/2011 | 1987 | Seneca Medical | Medical Supplies | $ | 5,280.68 |
| 1/18/2011 | 1959 | Seneca Medical | Medical Supplies | $ | 5,785.95 |
| 1/21/2011 | 1977 | Seneca Medical | Medical Supplies | $ | 6,121.17 |
| 1/11/2011 | 1944 | Seneca Medical | Medical Supplies | $ | 7,396.38 |
| 1/4/2011 | 1924 | Seneca Medical | Medical Supplies | $ | 7,467.56 |
| 1/28/2011 | 2000 | Seneca Medical | Medical Supplies | $ | 8,923.50 |
| 1/7/2011 | 1931 | Seneca Medical | Medical Supplies | $ | 9,300.92 |
| 1/14/2011 | 1955 | Seneca Medical | Medical Supplies | $ | 10,577.88 |
| 1/18/2011 | | 1st Tenn. Transaction | NPDB Query - Medical Staff | $ | 4.75 |
| 1/24/2011 | | 1st Tenn. Transaction | NPDB Query - Medical Staff | $ | 9.50 |
| 1/27/2011 | | 1st Tenn. Transaction | NPDB Query - Medical Staff | $ | 9.50 |

Kentuckiana Medical Center
Daily Activity
First Tennesse Operating Account
FYE 12/31/11

| Date | Check No. | Payable To | Description | | Amount |
|---|---|---|---|---|---|
| 1/3/2011 | | 1st Tenn. Transaction | NPDB Query - Medical Staff | $ | 14.25 |
| 1/10/2011 | | 1st Tenn. Transaction | NPDB Query - Medical Staff | $ | 14.25 |
| 1/31/2011 | | 1st Tenn. Transaction | NPDB Query - Medical Staff | $ | 19.00 |
| 1/25/2011 | 1988 | AMSC, Inc. | O.R. Supplies | $ | 363.00 |
| 1/24/2011 | 1981 | Medtronic USA, Inc. | O.R. Supplies | $ | 950.00 |
| 1/5/2011 | 1928 | Medtronic USA, Inc. | O.R. Supplies | $ | 1,400.00 |
| 1/18/2011 | 1963 | Medtronic USA, Inc. | O.R. Supplies | $ | 2,100.00 |
| 1/25/2011 | 1990 | Medtronic USA, Inc. | O.R. Supplies | $ | 2,100.00 |
| 1/12/2011 | 1945 | Medtronic USA, Inc. | O.R. Supplies | $ | 4,200.00 |
| 1/28/2011 | 2003 | Medtronic USA, Inc. | O.R. Supplies | $ | 4,494.00 |
| 1/19/2011 | 1969 | Staples | Office Supplies | $ | 2,730.28 |
| 1/28/2011 | 2002 | Charles D. Potter | Patient Refund - Credit Balance | $ | 31.00 |
| 1/12/2011 | 1947 | Christia R. Huebel | Payroll Correction | $ | 276.98 |
| 1/27/2011 | 1999 | Marlina Waters | Payroll Correction | $ | 370.67 |
| 1/24/2011 | 1983 | Belinda Dimmitt | Payroll Correction | $ | 591.12 |
| 1/20/2011 | | 1st Tenn. Transaction | Payroll Wire - Taxes & Garnishments | $ | 94,623.85 |
| 1/18/2011 | 1967 | Hospira Worldwide | Pharmacy Supplies | $ | 785.70 |
| 1/10/2011 | 1943 | U.S. Postal Service | Postage | $ | 15.28 |
| 1/27/2011 | 1998 | U.S. Postal Service | Postage | $ | 26.71 |
| 1/20/2011 | 1971 | U.S. Postal Service | Postage | $ | 57.45 |
| 1/24/2011 | 1985 | Reserve Account | Postage | $ | 500.00 |
| 1/7/2011 | | 1st Tenn. Transaction | Premium Finance - Malp & Excess Liab Insur | $ | 11,855.83 |
| 1/7/2011 | | 1st Tenn. Transaction | Premium Finance - Workers Comp Insur | $ | 6,426.99 |
| 1/18/2011 | 1960 | Lowes | Snow Melt / Maintenance Supplies | $ | 192.17 |
| 1/20/2011 | 1970 | Lowes | Snow Melt / Maintenance Supplies | $ | 192.17 |
| 1/18/2011 | 1962 | Prairie Farms Dairy | Sunorah Grill Food Supplies | $ | 51.92 |
| 1/18/2011 | 1964 | Prairie Farms Dairy | Sunorah Grill Food Supplies | $ | 51.92 |
| 1/18/2011 | 1961 | The Earthgrains Co. | Sunorah Grill Food Supplies | $ | 52.30 |
| 1/7/2011 | 1936 | The Earthgrains Co. | Sunorah Grill Food Supplies | $ | 62.32 |
| 1/12/2011 | 1950 | Sysco Louisville | Sunorah Grill Food Supplies | $ | 94.82 |
| 1/25/2011 | 1989 | Earth Grains | Sunorah Grill Food Supplies | $ | 113.23 |
| 1/26/2011 | 1992 | Sysco Louisville | Sunorah Grill Food Supplies | $ | 140.24 |
| 1/19/2011 | 1968 | Sysco Louisville | Sunorah Grill Food Supplies | $ | 154.64 |
| 1/5/2011 | 1929 | Sysco Louisville | Sunorah Grill Food Supplies | $ | 175.79 |
| 1/10/2011 | 1939 | Steve's Produce | Sunorah Grill Food Supplies | $ | 315.65 |
| 1/24/2011 | 1982 | Steve's Produce | Sunorah Grill Food Supplies | $ | 404.75 |
| 1/24/2011 | 1984 | Sysco Louisville | Sunorah Grill Food Supplies | $ | 1,659.37 |
| 1/31/2011 | 2010 | Sysco Louisville | Sunorah Grill Food Supplies | $ | 1,879.65 |
| 1/26/2011 | 1993 | Sysco Louisville | Sunorah Grill Food Supplies - Deposit | $ | 500.00 |
| 1/13/2011 | | 1st Tenn. Transaction | TASC - Admin Fee | $ | 647.25 |
| 1/25/2011 | | 1st Tenn. Transaction | TASC Employee Withholding | $ | 3,461.21 |
| 1/11/2011 | | 1st Tenn. Transaction | TASC Employee Withholding | $ | 3,633.74 |
| 1/26/2011 | 1994 | SonoTemps | Temporary Labor - US / Echo / Radiology | $ | 1,000.00 |
| 1/7/2011 | | 1st Tenn. Transaction | United Parcel Service - Shipping | $ | 116.11 |
| 1/21/2011 | | 1st Tenn. Transaction | United Parcel Service - Shipping | $ | 145.93 |

Kentuckiana Medical Center
Daily Activity
First Tennesse Operating Account
FYE 12/31/11

| Date | Check No. | Payable To | Description | | Amount |
|---|---|---|---|---|---|
| 1/28/2011 | | 1st Tenn. Transaction | United Parcel Service - Shipping | $ | 182.07 |
| 1/14/2011 | | 1st Tenn. Transaction | United Parcel Service - Shipping | $ | 196.76 |
| 1/13/2011 | | 1st Tenn. Transaction | VACO Wire - Chief Restructuring Officer | $ | 6,000.00 |
| 1/14/2011 | | 1st Tenn. Transaction | VACO Wire - Chief Restructuring Officer | $ | 6,000.00 |
| 1/26/2011 | | 1st Tenn. Transaction | VACO Wire - Chief Restructuring Officer | $ | 6,000.00 |
| 1/27/2011 | | 1st Tenn. Transaction | VACO Wire - Chief Restructuring Officer | $ | 6,000.00 |
| 1/6/2011 | 1930 | Industrial Air Centers | Vacuum Pump Repair / Rental | $ | 3,475.77 |
| 1/13/2011 | 1954 | Aramark Refreshment | Vending / Soft Drinks | $ | 339.70 |
| 1/7/2011 | 1932 | Pepsi | Vending / Soft Drinks | $ | 583.04 |
| 1/21/2011 | 1978 | Pepsi | Vending / Soft Drinks | $ | 595.64 |
| 1/10/2011 | | 1st Tenn. Transaction | Verizon Wireless - Telephone Payment | $ | 1,386.96 |
| | | | | $ | 987,787.05 |
| | | | Receipts | $ | 1,008,359.10 |
| | | | Disbursements | $ | (987,787.05) |
| | | | Net Cash | $ | 20,572.05 |