# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

### *Hearing Information:*

**Debtor:** KENTUCKIANA MEDICAL CENTER LLC
**Case Number:** 10-93039-BHL-11   **Chapter:** 11
**Date / Time / Room:** TUESDAY, MAY 10, 2011 09:30 AM   NA 103
**Bankruptcy Judge:** BASIL H. LORCH
**Courtroom Clerk:** KRISTIN GOSS
**Reporter / ECR:** AMY BRUCKERT

### *Matters:*

1) Continued Hearing Re:   Motion for Adequate Protection filed by Elizabeth Alphin on behalf of Creditor The Leasing Group, LLC  [311] with an Objection to Motion for Adequate Protection filed by David M. Cantor on behalf of Debtor Kentuckiana Medical Center LLC  [337]
   **R / M #:**   0 / 0

2) Hearing Re:  Motion to Compel Filing of Cash Collateral Budget filed by Mark A. Robinson on behalf of Creditor Committee Unsecured Creditors Committee  [435]
   **R / M #:**   0 / 0

3) Reset Hearing Re:  Motion for Relief from Stay and Waiver of 30-Day Preliminary & 60-Day Final Hearing Time Requirement filed by Dennis M Ostrowski on behalf of Creditor The Leasing Group, LLC  [41]
   **R / M #:**   0 / 0

4) Hearing Re:   Corrected Motion for Relief from Stay (Waiver of Time Requirement filed previously) Amended Motion of Bio-Medical Applications of Kentucky, Inc. d/b/a BMA Louisville to Modify the Automatic Stay to Permit Termination of Agreement (receipt # 2535RTMM) filed by Michael W. Hile on behalf of Creditor Bio-Medical Applications of Kentucky, Inc., d/b/a BMA Louisville  [450]
   **R / M #:**   0 / 0

5) Hearing Re:   Amended Application for Payment of Administrative Expenses Pursuant to Sec. 503 for Bio-Medical Applications of Kentucky, Inc. d/b/a BMA Louisville in the amount of $24,803.85 plus other accrued amounts filed by Michael W. Hile on behalf of Creditor Bio-Medical Applications of Kentucky, Inc., d/b/a BMA Louisville  [451]
   **R / M #:**   0 / 0

6) Preliminary Hearing Re:   Motion for Entry of an Order (1) Authorizing Payment of Certain Fees and Expenses; and (2) Granting Provisional Authority to Offer Assets as Security to Post-Petition Lender filed by Neil C. Bordy on behalf of Debtor Kentuckiana Medical Center LLC  [472]
   **R / M #:**   0 / 0

### *Appearances:*

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana
# Minute Entry/Order

(continue)...   10-93039-BHL-11         TUESDAY, MAY 10, 2011 09:30 AM

In Court Appearances:
DAVID M. CANTOR, ATTORNEY FOR KENTUCKIANA MEDICAL CENTER LLC
NEIL C. BORDY, ATTORNEY FOR KENTUCKIANA MEDICAL CENTER LLC
ELIZABETH ALPHIN, ATTORNEY FOR THE LEASING GROUP, LLC
MARK ROBINSON, ATTORNEY FOR CREDITORS COMM.

Phone Appearances:
LAURA A DUVALL, ATTORNEY FOR U.S. TRUSTEE
CHRIS JACOBSEN, ATTORNEY FOR BIO-MEDICAL APPLICATIONS OF KENTUCKY, IN
ANDREW D STOSBERG, ATTORNEY FOR MED ONE CAPITAL FUNDING LLC, MIDWEST HEME MANAGEMENT, INC. DBA HEME M
JAMES P MOLOY, ATTORNEY FOR RL BB FINANCIAL, LLC
MICHAEL D. HICKS, ATTORNEY FOR DIVLEND EQUIPMENT LEASING, L.L.C.
DAVID SETH KAPLAN, ATTORNEY FOR ABDUL BURIDI, SHAWN GLISSON
JEFF HELLER/MATTHEW MCCLINTOCK - ATTORNEY FOR CREDITORS COMM.
DAVID ROSENDORF - ATTORNEY FOR RL BB FINANCIAL
COURTNEY CHILCOTE - ATTORNEY FOR KMC REI, LLC
TRACY OHM - ATTORNEY FOR CERNER CORPORATION

## *Proceedings:*

* Disposition: Hearing held.
(1)   Court orders a one time adequate protection payment in the amount of $20,000 to be paid in 2 installments.  Order to include default language with    an immediate phone conference.    Alphin to submit order.
Matter continued to Hearing on 6/2/11 @ 10:00 a.m. (Eastern).  Notice given in open court.
(2)   Court orders additional information to be provided to financial adviser for committee. Matter continued to Hearing on 6/2/11 @ 10:00 a.m (Eastern).  Notice given in open court.
(3)   Matter continued to Hearing on 6/2/11 @ 10:00 a.m. (Eastern).  Notice given in open court.
(4)   Settlement reached.  Settlement read into the record.   Parties to submit an Agreed Entry with an order.
(5)   Settlement reached.  Settlement read into the record.   Parties to submit an Agreed Entry with an order.
(6)   Motion Withdrawn in open court.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**