Case 10-93039-BHL-11   Doc 497   Filed 05/23/11   EOD 05/23/11 10:51:56   Pg 1 of 12

# U.S. Trustee Basic Monthly Operating Report

**Case Name:** Kentuckiana Medical Center
**Date Filed:** 9-19-10
**Case Number:** 10-93039-BHL-11
**SIC Code:**
**Month (or portion) covered by this report:** April 2011

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THIS U.S. TRUSTEE BASIC MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS ON BEHALF OF THE CHAPTER 11 DEBTOR AND, TO THE BEST OF MY KNOWLEDGE, THIS REPORT AND RELATED DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

_Nicholas R. Clark_                                              _5-19-11_
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY         DATE REPORT SIGNED

_Nicholas R. Clark           CFO_
PRINTED NAME OF RESPONSIBLE PARTY AND POSITION WITH DEBTOR

The debtor is required to provide financial reports prepared by or for the debtor in addition to the information required by this form. The U.S. Trustee may permit the debtor to eliminate duplicative information. No such permission is valid unless in writing.

**QUESTIONNAIRE:**

| | YES | NO |
|---|---|---|
| 1. IS THE BUSINESS STILL OPERATING? | ✓ | |
| 2. DID YOU SELL ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | | ✓ |
| 3. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | | ✓ |
| 4. DID YOU PAY ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ✓ | |
| 5. DID YOU PAY ALL YOUR BILLS ON TIME THIS MONTH? | | ✓ |
| 6. DID YOU PAY YOUR EMPLOYEES ON TIME? | ✓ | |
| 7. HAVE YOU FILED ALL OF YOUR RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH? | | ✓ |
| 8. DID YOU PAY ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ✓ | |
| 9. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | | ✓ |
| 10. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | | ✓ |
| 11. DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ✓ | |
| 12. DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | | ✓ |

## U.S. Trustee Basic Monthly Operating Report

Case Name: **Kentuckiana Medical Center**  Date Filed: **9-19-10**

Case Number: **10-93039-BHL-11**  SIC Code: _____

Month (or portion) covered by this report: **April 2011**

|  | YES | NO |
|---|---|---|
| 13. DID YOU DEPOSIT ALL MONEY FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ✓ |  |
| 14. DID THE BUSINESS SELL ANY GOODS OR PROVIDE SERVICES TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? |  | ✓ |
| 15. DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ✓ |  |
| 16. ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE UST? |  | ✓ |

### TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?  ✓  ☐

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

### INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. [If you use an automated accounting system, please attach a copy of the Income Statement and Balance Sheet.]

**TOTAL INCOME**  **1,591,750**

*(Exhibit B)*

### EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS PAID THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. [If you use an automated accounting system, please attach a copy of the Disbursements Journal, otherwise attach a copy of the check register.]

**TOTAL EXPENSES**  **2,333,516**

*(Exhibit C)*

### CASH PROFIT

INCOME FOR THE MONTH (TOTAL FROM EXHIBIT B)

EXPENSES FOR THE MONTH (TOTAL FROM EXHIBIT C)
(Subtract The Total from Exhibit C from the Total of Exhibit B)

**CASH PROFIT FOR THE MONTH**  **<741,766>**

## U.S. Trustee Basic Monthly Operating Report

**Case Name:** Kentuckiana Medical Center  
**Date Filed:** 9-19-10

**Case Number:** 10-93039-BHL-11  
**SIC Code:**

**Month (or portion) covered by this report:** April 2011

### UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE.

**TOTAL PAYABLES** 219,416

*(Exhibit D)*

### MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE.

**TOTAL RECEIVABLES** 8,673,013

*(EXHIBIT E)*

### BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT.

### EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? 174

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? 158

### PROFESSIONAL FEES

| | |
|---|---|
| TOTAL PROFESSIONAL FEES APPROVED BY THE COURT DURING THIS REPORTING PERIOD? | 0 |
| TOTAL PROFESSIONAL FEES APPROVED BY THE COURT SINCE THE FILING OF THE CASE? | 0 |
| TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR DURING THIS REPORTING PERIOD? | 0 |
| TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR SINCE THE FILING OF THE CASE? | 0 |
| PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR **RELATED TO BANKRUPTCY** DURING THIS REPORTING PERIOD? | 0 |
| PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR **RELATED TO BANKRUPTCY** SINCE THE FILING OF THE CASE? | 0 |

**U.S. Trustee Basic Monthly Operating Report**

Case Name: Kentuckiana Medical Center  Date Filed: 9-19-10

Case Number: 10-930   SIC Code: _____

Month (or portion) covered by this report: April 2011

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME, EXPENSES AND THE CASH PROFIT TO THE PROJECTIONS FOR THE FIRST 180-DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

PROJECTED INCOME FOR THE MONTH: 2,452,416

ACTUAL INCOME FOR THE MONTH (EXHIBIT B): 1,591,750

DIFFERENCE BETWEEN PROJECTED AND ACTUAL INCOME: <860,666>

PROJECTED EXPENSES FOR THE MONTH: 2,759,743

TOTAL ACTUAL EXPENSES FOR THE MONTH (EXHIBIT C): 2,333,516

DIFFERENCE BETWEEN PROJECTED AND ACTUAL EXPENSES: 426,227

PROJECTED CASH PROFIT FOR THE MONTH: <307,327>

ACTUAL CASH PROFIT FOR THE MONTH
(TOTAL FROM EXHIBIT B MINUS TOTAL FROM EXHIBIT C): <741,766>

DIFFERENCE BETWEEN PROJECTED AND ACTUAL CASH PROFIT: <434,439>

**[If actual cash profit was 90% or less of projected cash profit, please attach a detailed written explanation.]**

Kentuckiana Medical Center
Income Statement
Proforma for the six month period ending March 31, 2011

| Description | Projected | | | | | |
|---|---|---|---|---|---|---|
| | October | November | December | January | February | March |
| Patient Days | 450 | 714 | 791 | 801 | 733 | 822 |
| Total Room & Board: | 682,608 | 968,341 | 1,051,138 | 1,072,324 | 1,000,780 | 1,099,267 |
| Total Ancillary Services: | 3,737,544 | 5,302,040 | 5,755,389 | 6,243,015 | 5,713,047 | 6,407,305 |
| Total Emergency Room: | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Patient Revenue: | 4,420,152 | 6,270,381 | 6,806,527 | 7,315,339 | 6,713,827 | 7,506,571 |
| Total Revenue Deductions: | 3,005,704 | 4,263,859 | 4,628,438 | 4,974,430 | 4,565,402 | 5,104,469 |
| Net Patient Revenue: | 1,414,449 | 2,006,522 | 2,178,089 | 2,340,908 | 2,148,425 | 2,402,103 |
| Anesthesia Pro Fee Revenue - Net | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 |
| Total Other Revenue: | 9,901 | 14,046 | 15,247 | 14,923 | 13,696 | 15,313 |
| Net Revenue: | 1,459,350 | 2,055,568 | 2,228,335 | 2,390,832 | 2,197,121 | 2,452,416 |
| Expenses: | | | | | | |
| Salary & Wages | 489,893 | 674,891 | 710,817 | 750,691 | 667,897 | 720,979 |
| Benefits | 58,139 | 80,094 | 84,357 | 75,069 | 66,790 | 72,098 |
| Professional Fees MD | 64,833 | 64,833 | 64,833 | 65,000 | 65,000 | 65,000 |
| Emergency physicians | 0 | 0 | 0 | 0 | 0 | 0 |
| Supplies Expense | 473,493 | 631,020 | 674,897 | 710,488 | 640,492 | 709,562 |
| Repairs & Maintenance | 47,959 | 48,438 | 48,923 | 49,858 | 49,858 | 49,858 |
| Utilities Expense | 57,081 | 57,652 | 58,228 | 55,775 | 58,334 | 60,656 |
| Purchased Services | 300,206 | 292,206 | 292,206 | 298,210 | 298,210 | 298,210 |
| Other Admin Expense | 31,982 | 41,297 | 44,936 | 48,359 | 44,279 | 49,656 |
| Taxes & License | 18,000 | 18,000 | 18,000 | 18,540 | 18,540 | 18,540 |
| Insurance - Employee Health, Dental, Life | 48,989 | 67,489 | 71,082 | 75,069 | 66,790 | 72,098 |
| Insurance - Hospital | 25,000 | 25,000 | 25,000 | 30,000 | 30,000 | 30,000 |
| Operating Expenses: | 1,615,574 | 2,000,921 | 2,093,279 | 2,177,058 | 2,006,188 | 2,146,657 |
| Margin (Loss) before capital costs | (156,224) | 54,647 | 135,056 | 213,773 | 190,932 | 305,759 |
| Capital costs | | | | | | |
| Lease Expense - Equipment | 82,641 | 82,641 | 82,641 | 82,641 | 82,641 | 82,641 |
| Lease Expense - Building | 300,000 | 300,000 | 300,000 | 300,000 | 300,000 | 300,000 |
| Depreciation & Amortization Expense | 117,999 | 117,999 | 117,999 | 204,875 | 204,875 | 204,875 |
| Interest Expense | 25,570 | 25,570 | 25,570 | 25,570 | 25,570 | 25,570 |
| | 526,210 | 526,210 | 526,210 | 613,086 | 613,086 | 613,086 |
| Net (Loss) Income: | $ (682,434) $ | (471,563) $ | (391,154) $ | (399,313) $ | (422,154) $ | (307,327) |
| Cash flow from operations: | | | | | | |
| Depreciation | 117,999 | 117,999 | 117,999 | 204,875 | 204,875 | 204,875 |
| Interest expense | 25,570 | 25,570 | 25,570 | 25,570 | 25,570 | 25,570 |
| Cash flow from operations | $ (538,865) $ | (327,994) $ | (247,585) $ | (168,868) $ | (191,709) $ | (76,882) |

Kentuckiana Medical Center

U.S. Trustee Basic Monthly Operating Report

Variance from Forecast

April 2011

Actual monthly net loss was ($741,766) as compared to the forecasted net loss of ($307,327) resulting in a variance of ($434,439). The actual expenses for the month were less than forecasted and the variance is attributable to the shortfall in revenue. The shortfall in revenue is due to a lesser than forecast average daily census. The lower census was in part attributed to the unavailability of staff lost since bankruptcy preventing the opening of additional Medical / Surgical beds.

Kentuckiana Medical Center
Summary Income Statement
U.S. Trustee Basic Monthly Operating Report
(Attachment for Page 2 of 4)
April 2011

|  | Total | Cash Basis | Accrual Basis |
|---|---|---|---|
| Income | $ 1,591,750 | $ 1,520,189 | $ 71,561 |
| Expenses | 2,333,516 | 1,690,706 | 642,810 |
| Net Profit | $ (741,766) | $ (170,517) | $ (571,249) |

Kentuckiana Medical Center  
Daily Activity  
First Tennesse Operating Account  
FYE 12/31/11

| Date | Check No. | Payable To | Description | Amount |
|---|---|---|---|---|
| 4/14/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Medicare | $ (98,582.83) |
| 4/19/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Insurance | $ (96,366.50) |
| 4/29/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Medicare | $ (76,207.92) |
| 4/11/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Insurance | $ (65,411.13) |
| 4/5/2011 | | 1st Tenn. Transaction | Deposit - Patient Acctg - Medicare Capital | $ (59,769.00) |
| 4/19/2011 | | 1st Tenn. Transaction | Deposit - Patient Acctg - Medicare Capital | $ (59,769.00) |
| 4/21/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Medicare | $ (58,417.88) |
| 4/5/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Medicare | $ (55,458.47) |
| 4/7/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Insurance | $ (52,599.15) |
| 4/25/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Insurance | $ (49,644.12) |
| 4/22/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Medicare | $ (46,340.95) |
| 4/6/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Insurance | $ (44,493.96) |
| 4/28/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Medicare | $ (44,023.29) |
| 4/13/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Medicaid (IN) | $ (43,323.06) |
| 4/11/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Medicare | $ (41,957.58) |
| 4/8/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Medicare | $ (38,035.56) |
| 4/20/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Insurance | $ (34,760.51) |
| 4/13/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Insurance | $ (33,889.92) |
| 4/20/2011 | | 1st Tenn. Transaction | Deposit - Patient Acctg - Medicaid (IN) | $ (32,848.91) |
| 4/4/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Insurance | $ (29,298.09) |
| 4/28/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Insurance | $ (26,463.06) |
| 4/5/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Insurance | $ (26,060.91) |
| 4/15/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Medicare | $ (25,190.82) |
| 4/12/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Insurance | $ (24,827.22) |
| 4/27/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Medicare | $ (22,909.78) |
| 4/21/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Insurance | $ (19,982.22) |
| 4/20/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Medicare | $ (19,500.10) |
| 4/18/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Insurance | $ (19,386.19) |
| 4/1/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Medicare | $ (18,185.98) |
| 4/8/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Insurance | $ (17,706.84) |
| 4/27/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Patient | $ (16,434.50) |
| 4/25/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Medicare | $ (15,403.95) |
| 4/4/2011 | | 1st Tenn. Transaction | Deposit - FFB Transfer | $ (15,000.00) |
| 4/27/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Insurance | $ (13,660.87) |
| 4/4/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Medicare | $ (12,684.32) |
| 4/18/2011 | | 1st Tenn. Transaction | Deposit - S.T. Other | $ (12,000.00) |
| 4/26/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Insurance | $ (10,586.11) |
| 4/29/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Insurance | $ (9,737.18) |
| 4/25/2011 | | 1st Tenn. Transaction | Deposit - Investor - Div. Contrib - LaRocca | $ (7,500.00) |
| 4/25/2011 | | 1st Tenn. Transaction | Deposit - S.T. Other | $ (7,000.00) |
| 4/6/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Medicaid (IN) | $ (6,622.50) |
| 4/15/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Insurance | $ (5,890.03) |
| 4/27/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Medicaid (IN) | $ (5,425.40) |
| 4/25/2011 | | 1st Tenn. Transaction | Deposit - Investor - Div. Contrib - Rumisek | $ (5,300.00) |
| 4/25/2011 | | 1st Tenn. Transaction | Deposit - Investor - Div. Contrib - Berry | $ (5,000.00) |
| 4/25/2011 | | 1st Tenn. Transaction | Deposit - Investor - Div. Contrib - Campbell | $ (5,000.00) |

Kentuckiana Medical Center
Daily Activity
First Tennesse Operating Account
FYE 12/31/11

| Date | Check No. | Payable To | Description | Amount |
|---|---|---|---|---:|
| 4/25/2011 | | 1st Tenn. Transaction | Deposit - Investor - Div. Contrib - Eckert | $ (5,000.00) |
| 4/25/2011 | | 1st Tenn. Transaction | Deposit - Investor - Div. Contrib - Sharma | $ (5,000.00) |
| 4/25/2011 | | 1st Tenn. Transaction | Deposit - Investor - Div. Contrib - Stavens | $ (5,000.00) |
| 4/25/2011 | | 1st Tenn. Transaction | Deposit - Investor - Div. Contrib - Stikovak | $ (5,000.00) |
| 4/27/2011 | | 1st Tenn. Transaction | Deposit - Investor - Div. Contrib - McConnell | $ (5,000.00) |
| 4/22/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Insurance | $ (4,555.57) |
| 4/7/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Medicare | $ (4,528.74) |
| 4/26/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Medicare | $ (4,416.95) |
| 4/13/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Medicare | $ (4,305.53) |
| 4/18/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Medicare | $ (4,150.94) |
| 4/18/2011 | | 1st Tenn. Transaction | Deposit - Main Source Transfer | $ (3,800.00) |
| 4/14/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Insurance | $ (3,764.25) |
| 4/25/2011 | | 1st Tenn. Transaction | Deposit - Investor - Div. Contrib - Giles | $ (3,500.00) |
| 4/28/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Medicaid (KY) | $ (3,189.56) |
| 4/25/2011 | | 1st Tenn. Transaction | Deposit - Investor - Div. Contrib - Karman | $ (3,000.00) |
| 4/15/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Patient | $ (2,991.18) |
| 4/25/2011 | | 1st Tenn. Transaction | Deposit - Investor - Div. Contrib - Britt | $ (2,333.34) |
| 4/25/2011 | | 1st Tenn. Transaction | Deposit - Investor - Div. Contrib - Carter | $ (2,333.33) |
| 4/25/2011 | | 1st Tenn. Transaction | Deposit - Investor - Div. Contrib - Paradowski | $ (2,333.33) |
| 4/18/2011 | | 1st Tenn. Transaction | Deposit - FFB Transfer | $ (2,200.00) |
| 4/21/2011 | | 1st Tenn. Transaction | Deposit - Patient Acctg - Medicaid (KY) | $ (2,200.00) |
| 4/29/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Patient | $ (1,767.47) |
| 4/8/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Patient | $ (1,370.46) |
| 4/28/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Patient | $ (1,119.34) |
| 4/20/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Patient | $ (969.84) |
| 4/4/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Patient | $ (841.92) |
| 4/25/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Patient | $ (350.00) |
| 4/21/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Patient | $ (221.28) |
| 4/18/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Patient | $ (120.00) |
| 4/19/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Patient | $ (104.00) |
| 4/1/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Patient | $ (38.88) |
| 4/11/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Patient | $ (22.66) |
| 4/26/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Patient | $ (5.00) |
| | | | | $ (1,520,189.38) |
| 4/6/2011 | 2354 | Void | Void | $ - |
| 4/27/2011 | 2404 | Void | Void | $ - |
| 4/1/2011 | | 1st Tenn. Transaction | NPDB Query - Medical Staff | $ 9.50 |
| 4/7/2011 | | 1st Tenn. Transaction | NPDB Query - Medical Staff | $ 9.50 |
| 4/18/2011 | | 1st Tenn. Transaction | NPDB Query - Medical Staff | $ 14.25 |
| 4/12/2011 | 2364 | Earth Grains | KMC Grill Food Supplies | $ 50.55 |
| 4/14/2011 | 2373 | Black Diamond | Pest Control Services | $ 65.00 |
| 4/15/2011 | 2379 | Earth Grains | KMC Grill Food Supplies | $ 71.56 |
| 4/15/2011 | 2377 | Whitney Skaggs | Payroll Correction PPE 04/09/11 | $ 91.96 |
| 4/15/2011 | 2380 | Justin Heitkemper | Lawn Equipment Rental | $ 100.00 |

Kentuckiana Medical Center
Daily Activity
First Tennesse Operating Account
FYE 12/31/11

| Date | Check No. | Payable To | Description | Amount |
|---|---|---|---|---:|
| 4/11/2011 | 2362 | File Management Pros | Medical Records Offsite Storage | $ 108.55 |
| 4/13/2011 | 2372 | Cardinal Uniform | Employee Uniforms | $ 161.84 |
| 4/29/2011 | 2412 | Stephanie Gardner | Payroll Correction PPE 04/23/11 | $ 163.20 |
| 4/13/2011 | 2370 | Jimmie Giltner | Patient Valuable Reimbursement | $ 185.00 |
| 4/6/2011 | 2353 | Thomas Mock | I.T. Supplies Reimbursement | $ 187.24 |
| 4/1/2011 | 2350 | Market Marion | Payroll Correction PPE 03/26/11 | $ 189.91 |
| 4/18/2011 | 2381 | Bard Access System | Medical Supplies | $ 269.00 |
| 4/15/2011 | | 1st Tenn. Transaction | ADP Payroll Fee | $ 279.98 |
| 4/8/2011 | | 1st Tenn. Transaction | ADP Payroll Fee | $ 346.43 |
| 4/28/2011 | 2409 | AMSC, Inc. | O.R. Supplies | $ 360.00 |
| 4/22/2011 | | 1st Tenn. Transaction | United Parcel Service - Shipping | $ 372.06 |
| 4/22/2011 | 2394 | Reflex Graphics | Prescription Pads | $ 396.63 |
| 4/11/2011 | | 1st Tenn. Transaction | Cardinal Health - Wire Payment - Medical | $ 400.00 |
| 4/15/2011 | | 1st Tenn. Transaction | United Parcel Service - Shipping | $ 405.36 |
| 4/29/2011 | | 1st Tenn. Transaction | ADP Payroll Fee | $ 413.18 |
| 4/13/2011 | | 1st Tenn. Transaction | TASC - Employee Withholding | $ 421.20 |
| 4/1/2011 | | 1st Tenn. Transaction | United Parcel Service - Shipping | $ 429.80 |
| 4/14/2011 | 2375 | Hospira, Inc. | Medical Supplies | $ 449.40 |
| 4/29/2011 | | 1st Tenn. Transaction | United Parcel Service - Shipping | $ 457.88 |
| 4/6/2011 | 2356 | Bard Access System | Medical Supplies | $ 470.90 |
| 4/8/2011 | | 1st Tenn. Transaction | United Parcel Service - Shipping | $ 493.27 |
| 4/20/2011 | 2390 | Sysco Louisville | KMC Grill Food Supplies | $ 500.00 |
| 4/22/2011 | 2396 | Pepsi | Vending / Soft Drinks | $ 508.20 |
| 4/1/2011 | 2347 | Carrie Phillips | Payroll Correction PPE 03/26/11 | $ 513.99 |
| 4/22/2011 | | 1st Tenn. Transaction | ADP Payroll Fee | $ 572.91 |
| 4/26/2011 | 2400 | J&J Healthcare | Cath Lab Supplies | $ 640.00 |
| 4/12/2011 | 2365 | America's Finest Filters | Plant Ops Supplies - Air Filters | $ 681.63 |
| 4/22/2011 | 2397 | Hospira, Inc. | Medical Supplies | $ 784.00 |
| 4/14/2011 | | 1st Tenn. Transaction | Payroll Taxes / Garnishmt W/H PPE 04/09/11 | $ 802.00 |
| 4/21/2011 | 2391 | Medline Industries | Medical Supplies | $ 852.71 |
| 4/4/2011 | | 1st Tenn. Transaction | Verizon Wireless - Telephone Payment | $ 924.68 |
| 4/5/2011 | Various | A/P Check Run | Check 6819 | $ 1,000.20 |
| 4/5/2011 | | 1st Tenn. Transaction | Cardinal Health - Wire Payment - Medical | $ 1,100.00 |
| 4/19/2011 | 2389 | A-Tech Mechanical | Plant Operations Repairs & Maintenance | $ 1,170.00 |
| 4/7/2011 | 2357 | Boston Scientific | Cath Lab Supplies | $ 1,177.23 |
| 4/15/2011 | 2378 | Industrial Air Centers | Vacuum Pump Repair / Rental | $ 1,200.00 |
| 4/19/2011 | 2384 | Paul Newsom | Expense Reimbursement - See Expense Rept. | $ 1,223.92 |
| 4/18/2011 | 2382 | J&J Healthcare | O.R. Supplies | $ 1,337.55 |
| 4/18/2011 | Various | A/P Check Run | Check 6858 | $ 1,352.71 |
| 4/25/2011 | 2398 | Siemens | Laboratory Supplies | $ 1,355.22 |
| 4/7/2011 | | 1st Tenn. Transaction | Cardinal Health - Wire Payment - Medical | $ 1,400.00 |
| 4/21/2011 | Various | A/P Check Run | Checks 6873 - 6876 | $ 1,432.02 |
| 4/21/2011 | 2392 | Sysco Louisville | KMC Grill Food Supplies | $ 1,443.55 |
| 4/22/2011 | | 1st Tenn. Transaction | Cardinal Health - Wire Payment - Medical | $ 1,500.00 |
| 4/28/2011 | | 1st Tenn. Transaction | Cardinal Health - Wire Payment - Medical | $ 1,500.00 |
| 4/19/2011 | | 1st Tenn. Transaction | FTB Analysis Service Charge | $ 1,632.29 |

Kentuckiana Medical Center
Daily Activity
First Tennesse Operating Account
FYE 12/31/11

| Date | Check No. | Payable To | Description | Amount |
|---|---|---|---|---|
| 4/14/2011 | | 1st Tenn. Transaction | Johnson & Johnson Sterrad Lease | $ 1,895.54 |
| 4/21/2011 | | 1st Tenn. Transaction | Indiana American Water - Phone Payment | $ 1,970.89 |
| 4/8/2011 | 2361 | Covidien | Cath Lab Supplies | $ 2,095.00 |
| 4/12/2011 | | 1st Tenn. Transaction | Cardinal Health - Wire Payment - Rx | $ 2,100.00 |
| 4/1/2011 | | 1st Tenn. Transaction | Cardinal Health - Wire Payment - Rx | $ 2,500.00 |
| 4/7/2011 | Various | A/P Check Run | Checks 6826 - 6829 | $ 2,522.81 |
| 4/5/2011 | | 1st Tenn. Transaction | TASC - Employee Withholding | $ 2,853.40 |
| 4/13/2011 | 2371 | Biotronik, Inc. | Implant - Pacemaker | $ 3,000.00 |
| 4/19/2011 | 2386 | Biotronik, Inc. | Implant - Pacemaker | $ 3,000.00 |
| 4/19/2011 | | 1st Tenn. Transaction | Cardinal Health - Wire Payment - Medical | $ 3,000.00 |
| 4/19/2011 | | 1st Tenn. Transaction | TASC - Employee Withholding | $ 3,034.92 |
| 4/26/2011 | Various | A/P Check Run | Checks 6884 - 6885 | $ 3,480.04 |
| 4/5/2011 | | 1st Tenn. Transaction | Cardinal Health - Wire Payment - Rx | $ 3,500.00 |
| 4/21/2011 | 2393 | Biotronik, Inc. | Implant - Pacemaker | $ 3,800.00 |
| 4/1/2011 | 2346 | Seneca Medical | Medical Supplies | $ 3,944.98 |
| 4/13/2011 | 2369 | Boston Scientific | Cath Lab Supplies | $ 4,292.10 |
| 4/25/2011 | Various | A/P Check Run | Checks 6882 - 6883 | $ 4,306.92 |
| 4/4/2011 | | 1st Tenn. Transaction | Guardian - Employee Insurance | $ 4,564.65 |
| 4/19/2011 | 2388 | J&J Healthcare | Cath Lab Supplies | $ 4,774.96 |
| 4/5/2011 | 2352 | Teresa Parrott, MD | Anesthesiologist Fee | $ 4,986.30 |
| 4/15/2011 | 2376 | Seneca Medical | Medical Supplies | $ 5,456.06 |
| 4/8/2011 | 2360 | Seneca Medical | Medical Supplies | $ 5,497.67 |
| 4/11/2011 | | 1st Tenn. Transaction | Cardinal Health - Wire Payment - Rx | $ 5,500.00 |
| 4/11/2011 | | 1st Tenn. Transaction | Cardinal Health - Wire Payment - Rx Mgt. | $ 5,500.00 |
| 4/19/2011 | | 1st Tenn. Transaction | Cardinal Health - Wire Payment - Rx Mgt. | $ 5,500.00 |
| 4/22/2011 | | 1st Tenn. Transaction | Cardinal Health - Wire Payment - Rx Mgt. | $ 5,500.00 |
| 4/5/2011 | | 1st Tenn. Transaction | VACO Wire - Chief Restructuring Officer | $ 6,000.00 |
| 4/19/2011 | | 1st Tenn. Transaction | VACO Wire - Chief Restructuring Officer | $ 6,000.00 |
| 4/22/2011 | | 1st Tenn. Transaction | VACO Wire - Chief Restructuring Officer | $ 6,000.00 |
| 4/12/2011 | | 1st Tenn. Transaction | Abbott Wire - Cath Lab Supplies | $ 6,300.00 |
| 4/1/2011 | | 1st Tenn. Transaction | Cardinal Health - Wire Payment - Medical | $ 6,313.10 |
| 4/5/2011 | | 1st Tenn. Transaction | Premium Finance - Workers Comp Insur | $ 6,426.99 |
| 4/7/2011 | | 1st Tenn. Transaction | Cardinal Health - Wire Payment - Rx | $ 6,500.00 |
| 4/29/2011 | 2410 | Seneca Medical | Medical Supplies | $ 6,569.16 |
| 4/27/2011 | 2401 | Roche Diagnostics | Laboratory Supplies | $ 6,976.82 |
| 4/22/2011 | | 1st Tenn. Transaction | FTB Charge Back Debit | $ 7,000.00 |
| 4/27/2011 | 2407 | Boston Scientific | Cath Lab Supplies | $ 7,148.40 |
| 4/27/2011 | 2402 | Boston Scientific | Cath Lab Supplies | $ 7,148.42 |
| 4/27/2011 | 2403 | Boston Scientific | Cath Lab Supplies | $ 7,148.42 |
| 4/27/2011 | 2405 | Boston Scientific | Cath Lab Supplies | $ 7,148.42 |
| 4/27/2011 | 2406 | Boston Scientific | Cath Lab Supplies | $ 7,148.42 |
| 4/27/2011 | 2408 | Boston Scientific | Cath Lab Supplies | $ 7,223.64 |
| 4/28/2011 | | 1st Tenn. Transaction | Cardinal Health - Wire Payment - Rx | $ 7,900.00 |
| 4/7/2011 | 2359 | Nick Clark | Reimburse Expenses - See Exp. Report | $ 7,928.05 |
| 4/19/2011 | 2383 | Seneca Medical | Medical Supplies | $ 7,967.16 |
| 4/26/2011 | 2399 | Seneca Medical | Medical Supplies | $ 8,472.19 |

Kentuckiana Medical Center
Daily Activity
First Tennesse Operating Account
FYE 12/31/11

| Date | Check No. | Payable To | Description | Amount |
|---|---|---|---|---:|
| 4/14/2011 | Various | A/P Check Run | Checks 6849 - 6850 | $ 8,485.06 |
| 4/13/2011 | 2366 | Boston Scientific | Cath Lab Supplies | $ 8,654.00 |
| 4/13/2011 | 2367 | Boston Scientific | Cath Lab Supplies | $ 8,655.00 |
| 4/13/2011 | 2368 | Boston Scientific | Cath Lab Supplies | $ 8,655.50 |
| 4/1/2011 | 2348 | Teresa Parrott, MD | Anesthesiologist Fee | $ 8,726.03 |
| 4/29/2011 | 2411 | Teresa Parrott, MD | Anesthesiologist Fee | $ 8,726.03 |
| 4/12/2011 | 2363 | Seneca Medical | Medical Supplies | $ 9,052.54 |
| 4/22/2011 | 2395 | Seneca Medical | Medical Supplies | $ 9,511.09 |
| 4/19/2011 | | 1st Tenn. Transaction | Deposit - Patient Accounting - Medicare | $ 9,673.24 |
| 4/6/2011 | Various | A/P Check Run | Checks 6820 - 6825 | $ 9,677.77 |
| 4/22/2011 | | 1st Tenn. Transaction | Cardinal Health - Wire Payment - Rx | $ 9,800.00 |
| 4/19/2011 | 2385 | Nick Clark | Expense Reimbursement - See Expense Rept. | $ 10,002.40 |
| 4/5/2011 | 2351 | Seneca Medical | Medical Supplies | $ 10,044.62 |
| 4/13/2011 | | 1st Tenn. Transaction | Cardinal Health - Wire Payment - Rx | $ 10,100.00 |
| 4/19/2011 | 2387 | Teresa Parrott, MD | Anesthesiologist Fee | $ 11,219.18 |
| 4/1/2011 | 2349 | Nick Clark | Reimburse Expenses - See Exp. Report | $ 11,376.18 |
| 4/5/2011 | | 1st Tenn. Transaction | Premium Finance - Malp & Excess Liab Insur | $ 11,855.83 |
| 4/7/2011 | 2358 | St. Jude Medical | Implant - Defibrillator | $ 11,900.00 |
| 4/6/2011 | 2355 | St. Jude Medical | Implant - Defibrillator | $ 12,545.00 |
| 4/4/2011 | Various | A/P Check Run | Checks 6815 - 6818 | $ 13,277.95 |
| 4/14/2011 | 2374 | Biotronik, Inc. | Implant - Defibrillator | $ 14,600.00 |
| 4/13/2011 | Various | A/P Check Run | Checks 6846 - 6848 | $ 16,016.67 |
| 4/19/2011 | | 1st Tenn. Transaction | Cardinal Health - Wire Payment - Rx | $ 21,500.00 |
| 4/29/2011 | Various | A/P Check Run | Checks 6895 - 6897, Void Check 6882, 6193 | $ 22,122.50 |
| 4/19/2011 | Various | A/P Check Run | Checks 6859 - 6865 | $ 22,301.62 |
| 4/28/2011 | Various | A/P Check Run | Checks 6892 - 6894 | $ 22,622.59 |
| 4/22/2011 | Various | A/P Check Run | Checks 6877 - 6881 | $ 24,362.22 |
| 4/8/2011 | Various | A/P Check Run | Checks 6830 - 6840 | $ 36,156.26 |
| 4/20/2011 | Various | A/P Check Run | Checks 6866 - 6872 | $ 36,443.48 |
| 4/27/2011 | Various | A/P Check Run | Checks 6886 - 6891 | $ 41,237.62 |
| 4/15/2011 | Various | A/P Check Run | Checks 6851 - 6857 | $ 42,699.19 |
| 4/11/2011 | Various | A/P Check Run | Checks 6841 - 6845 | $ 63,701.36 |
| 4/1/2011 | | 1st Tenn. Transaction | United Health Care - Employee Insurance | $ 68,360.92 |
| 4/14/2011 | | 1st Tenn. Transaction | Payroll Taxes / Garnishmt W/H PPE 04/09/11 | $ 91,018.61 |
| 4/25/2011 | | 1st Tenn. Transaction | Diversified Lenders - Wire Payment | $ 92,387.26 |
| 4/28/2011 | | 1st Tenn. Transaction | Payroll Taxes / Garnishmt W/H PPE 04/23/11 | $ 94,309.66 |
| 4/1/2011 | Various | A/P Check Run | Checks 6807 - 6814 | $ 100,759.27 |
| 4/15/2011 | 321 - 473 | ADP Payroll Checks | Payroll PPE 04/09/11 | $ 199,788.24 |
| 4/29/2011 | 475 - 629 | ADP Payroll Checks | Payroll PPE 04/23/11 | $ 206,507.34 |
| | | | | $ 1,690,705.62 |

| | |
|---|---:|
| Receipts | $ 1,520,189.38 |
| Disbursements | $ (1,690,705.62) |
| Net Cash | $ (170,516.24) |