UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| KENTUCKIANA MEDICAL CENTER, LLC | ) | CHAPTER 11 |
| | ) | |
| Debtor | ) | CASE NO. 10-93039-BHL-11 |
| | ) | |

**DEBTOR'S OBJECTION TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION TO CONVERT TO CHAPTER 7**

✱ ✱ ✱   ✱ ✱ ✱   ✱ ✱ ✱

Comes now the Debtor, Kentuckiana Medical Center, LLC (the "Debtor"), by counsel, and for its objection to the Official Committee of Unsecured Creditors' (the "Committee") Motion to Convert to Chapter 7, states as follows:

1. Debtor incorporates by reference its objection to the motion to convert to chapter 7 filed by med-One Capital Funding, LLC.

2. The Committee has apparently chosen a path which will *guarantee* a zero distribution to its constituents. The Debtor, on the other hand, would like to see a distribution made to its unsecured creditors. Hopefully, the Court will agree that it is in the best interest of this Estate and its creditors to pay unsecured creditors something in excess of zero.

Respectfully submitted,

/s/ David M. Cantor
DAVID M. CANTOR
NEIL C. BORDY
CHARITY B. NEUKOMM
TYLER R. YEAGER
SEILLER WATERMAN LLC
Meidinger Tower
462 South Fourth Street, 22nd Floor
Louisville, KY  40202
Telephone: (502) 584-7400
Facsimile: (502) 583-2100
Email: cantor@derbycitylaw.com
Email: bordy@derbycitylaw.com
*Attorneys for Debtor*

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 27, 2011, true and correct copies of the foregoing Debtor's Objection to the Official Committee of Unsecured Creditors' Motion to Convert to Chapter 7 was (a) mailed electronically through the U.S. Bankruptcy Court's ECF system at the electronic addresses as set forth in the ECF system to the U.S. Trustee and to all other persons receiving electronic notifications in this case, and (b) mailed, first-class, postage prepaid, to those persons, if any, identified in the Court's Notice of Electronic Filing who do not receive electronic notice but are entitled to be served.

      /s/ David M. Cantor
      DAVID M. CANTOR

G:\doc\DMC\Kentuckiana Medical Center, LLC\Pldgs\Obj to Comm of Unsec Cred Mot to Convert to Ch 7.wpd