# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | KENTUCKIANA MEDICAL CENTER LLC |
| **Case Number:** | 10-93039-BHL-11    **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, JUNE 02, 2011 10:00 AM   NA 103 |
| **Bankruptcy Judge:** | BASIL H. LORCH |
| **Courtroom Clerk:** | KRISTIN GOSS |
| **Reporter / ECR:** | AMY BRUCKERT |

## *Matters:*

1) Continued Hearing Re:   Application for Payment of Administrative Expenses Pursuant to Sec. 503 for Sunorah Hospitality Management Services, LLC in the amount of $18,229.63 filed by Michael K. McCrory on behalf of Creditor Sunorah Hospitality Management Services, LLC  [396] with an Objection to Application for Payment of Administrative Expenses Pursuant to Sec. 503 filed by David M. Cantor on behalf of Debtor Kentuckiana Medical Center LLC   [430]
   **R / M #:**   0 / 0

   **VACATED: Motion to Continue filed by Creditor.  Debtor consents to continuance.  Motion to be granted.  Matter continued to 7/1/11 @ 10:00 a.m.**

2) Hearing Re:   Application for Compensation and/or Reimbursement of Expenses Pursuant to Sec. 330 for Jeffrey M. Heller as Creditor Comm. Aty (Fee: $33,089.50, Expense: $460.00) filed by Jeffrey M. Heller on behalf of Other Professional Official Committee of Unsecured Creditors  [448] with an Objection to Professional Fees of K&L Gates LLP filed by David M. Cantor on behalf of Debtor Kentuckiana Medical Center LLC   [509]
   **R / M #:**   0 / 0

3) Hearing Re:   SECOND Motion to Extend Exclusivity Period to File a Chapter 11 Plan and Disclosure Statement filed by Neil C. Bordy on behalf of Debtor Kentuckiana Medical Center LLC  [425] with a Response in Opposition to Motion to Extend Exclusivity Period to File Ch 11 Plan/Disclosure Statement filed by Elizabeth Alphin on behalf of Creditor The Leasing Group, LLC   [471]  and an Objection to Motion to Extend Exclusivity Period to File Ch 11 Plan/Disclosure Statement filed by Andrew D Stosberg on behalf of Creditor Med One Capital Funding LLC   [465]
   **R / M #:**   0 / 0

4) Hearing Re:   Motion to Convert to Chapter 7 filed by Andrew D Stosberg on behalf of Creditor Med One Capital Funding LLC  [466]  with an Objection to Motion to Convert filed by David M. Cantor on behalf of Debtor Kentuckiana Medical Center LLC  [506]
   **R / M #:**   0 / 0

5) Hearing Re:   Motion to Convert to Chapter 7 filed by Jeffrey M. Heller on behalf of Other Professional Official Committee of Unsecured Creditors  [470] with an Objection to Motion to Convert filed by David M. Cantor on behalf of Debtor Kentuckiana Medical Center LLC   [505]
   **R / M #:**   0 / 0

6) Hearing Re:   Application for Payment of Administrative Expenses Pursuant to Sec. 503 for George L. Alcorn in the amount of $38,400 filed by Kayla D. Britton on behalf of Creditor George L. Alcorn [469]  with a Limited Objection to Professional Fees of George L. Alcorn filed by David M. Cantor on behalf of Debtor Kentuckiana Medical Center LLC  [510]
   **R / M #:**   0 / 0

7) Hearing Re:   Application for Compensation and/or Reimbursement of Expenses Pursuant to Sec. 330 for Mark A. Robinson as Creditor's Attorney (Fee: $7035.00, Expense: $0) filed by Mark A. Robinson on behalf of Creditor Committee Unsecured Creditors Committee  [462]
   **R / M #:**   0 / 0

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

(continue)...    10-93039-BHL-11            THURSDAY, JUNE 02, 2011 10:00 AM

8) Hearing Re:   Motion to Dismiss Case filed by Laura A DuVall on behalf of U.S. Trustee  [478] with an Objection to Motion to Dismiss Case filed by David M. Cantor on behalf of Debtor Kentuckiana Medical Center LLC  [508]
   R / M #:    0 / 0

9) Continued Hearing Re:   Motion to Compel Filing of Cash Collateral Budget filed by Mark A. Robinson on behalf of Creditor Committee Unsecured Creditors Committee  [435]
   R / M #:    0 / 0

10) Continued Hearing Re:    Motion for Adequate Protection filed by Elizabeth Alphin on behalf of Creditor The Leasing Group, LLC  [311] with an Objection to Motion for Adequate Protection filed by David M. Cantor on behalf of Debtor Kentuckiana Medical Center LLC  [337]
    R / M #:    0 / 0

11) Continued Reset Hearing Re:   Motion for Relief from Stay and Waiver of 30-Day Preliminary & 60-Day Final Hearing Time Requirement filed by Dennis M Ostrowski on behalf of Creditor The Leasing Group, LLC  [41]
    R / M #:    0 / 0

12) Hearing Re:   Application for Compensation and/or Reimbursement of Expenses Pursuant to Sec. 330 for The Arlow Group, Ltd. as Financial Advisor (Fee: $9,730.00) filed by Attorney Jeffrey M. Heller, Other Professional The Arlow Group, Ltd  [458] with an  Objection to Professional Fees filed by David M. Cantor on behalf of Debtor Kentuckiana Medical Center LLC  [507]
    R / M #:    0 / 0

13) Continued Hearing Re:   Second Motion to Compel Debtor to Comply with Court Order and Direct Immediate Payment of Past Due Administrative Expense Claim or alternative related relief filed by Andrew D Stosberg on behalf of Creditor Midwest Heme Management, Inc. dba Heme Management [498]
    R / M #:    0 / 0

*Appearances:*

In Court Appearances:
DAVID M. CANTOR, ATTORNEY FOR KENTUCKIANA MEDICAL CENTER LLC
NEIL C. BORDY, ATTORNEY FOR KENTUCKIANA MEDICAL CENTER LLC
LAURA A DUVALL, ATTORNEY FOR U.S. TRUSTEE
ANDREW D STOSBERG, ATTORNEY FOR MED ONE CAPITAL FUNDING LLC, MIDWEST HEME MANAGEMENT, INC. DBA HEME M
ELIZABETH ALPHIN, ATTORNEY FOR THE LEASING GROUP, LLC
MARK ROBINSON - ATTORNEY FOR CREDITORS' COMM.
JOHN EGAN - ATTORNEY FOR IASYS GROUP

PHone Appearances:
WENDY W PONADER, ATTORNEY FOR GEORGE L. ALCORN
JAMES P MOLOY, ATTORNEY FOR RL BB FINANCIAL, LLC
MICHAEL D. HICKS, ATTORNEY FOR DIVLEND EQUIPMENT LEASING, L.L.C.
DAVID SETH KAPLAN, ATTORNEY FOR ABDUL BURIDI, SHAWN GLISSON
MATT MCCLINTOCK/JEFF HELLER - ATTORNEYS FOR CREDITORS' COMM.
COURTNEY CHILCOTE - ATTORNEY FOR DEBTOR IN KMC/REI
TRACY OHM - ATTORNEY FOR CERNER CORPORATION

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana
# Minute Entry/Order

(continue)...    10-93039-BHL-11            THURSDAY, JUNE 02, 2011 10:00 AM

## *Proceedings:*

* Disposition:  Hearing held.
(1)  VACATED:  Motion to Continue filed by Creditor.  Debtor consents to continuance.  Motion to be granted.  Matter continued to 7/1/11 @ 10:00 a.m. - Court to issue notice.   McCrory to submit a Notice to move this matter to 7/12/11 @ 9:30 a.m. (Eastern) as discussed per the hearing today.
(2)  Agreed Entry to be filed.
(3)  Objection by Med One - withdrawn.   Motion Granted. Extension to 7/18/11 with no further extensions to be granted.  Order to be entered with final extension language.
(4)  Matter continued to Hearing on 7/12/11 @ 9:30 a.m. in New Albany.   Notice given in open court.
(5)  Matter continued to Hearing on 7/12/11 @ 9:30 a.m. in New Albany.   Notice given in open court.
(6)  Application Granted.  Order to be entered.   Payment to be made upon further motion of claimant.
(7)  No Objections filed.  Court review application.
(8)  Matter continued to Hearing on 7/12/11 @ 9:30 a.m. in New Albany.   Notice given in open court.
(9)  Motion Granted.  Order to be entered.  Debtor to submit budget within 10 days.
(10)  Motion Granted.   Adequate Protection payments to remain the same.  Alphin to submit order.
(11)  Motion Denied.  Alphin to submit order.
(12)  Agreed Entry to be filed.
(13)  Matter continued to Status Hearing on 7/12/11 @ 9:30 a.m. (Eastern) in New Albany.

Future Hearing dates:   7/1/11 @ 10:00 a.m. (Eastern) in New Albany
7/12/11 @ 9:30 a.m. (Eastern) in New Albany


**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**