UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| KENTUCKIANA MEDICAL CENTER, LLC | ) | CHAPTER 11 |
| | ) | |
| Debtor | ) | CASE NO. 10-93039-BHL-11 |
| | ) | |

**STATEMENT OF LOAN COMMITMENT**

✼ ✼ ✼   ✼ ✼ ✼   ✼ ✼ ✼

Comes now the Debtor, Kentuckiana Medical Center, LLC, by counsel, and pursuant to this Court's Order entered on June 20, 2011 provides the following:

1. Attached as Exhibit A is CLS Mortgage, Inc. term statement setting out all of the pertinent terms in which it would loan monies to KMC Real Estate Investors, LLC contingent upon the Court's ruling on whether to prime the mortgage of RL BB Financial, LLC and upon the completion of due diligence by CLS Mortgage, Inc.

2. CLS Mortgage, Inc. reserves the right to amend the terms as set out in Exhibit A dependent upon its review of the appraisal of the property in question. The Debtor anticipates receiving the completed appraisal on or before June 21, 2011.

Respectfully submitted,

/s/ Neil C. Bordy
DAVID M. CANTOR
NEIL C. BORDY
CHARITY B. NEUKOMM
TYLER R. YEAGER
SEILLER WATERMAN LLC
Meidinger Tower – 22nd Floor
462 S. Fourth Street
Louisville, Kentucky 40202
Telephone: (502) 584-7400
Facsimile: (502) 583-2100
E-mail: cantor@derbycitylaw.com
E-mail: bordy@derbycitylaw.com
*Attorneys for Debtor*

## CERTIFICATE OF SERVICE

It is hereby certified that on June 20, 2011, a true and correct copy of the foregoing was mailed electronically through the U.S. Bankruptcy Court's ECF system at the electronic addresses as set forth in the ECF system to the U.S. Trustee and all other persons receiving electronic notifications in this case.

/s/ Neil C. Bordy
NEIL C. BORDY

G:\doc\DMC\Kentuckiana Medical Center, LLC\Pldgs\Stmt of Loan Commitment.wpd