## U.S. Trustee Basic Monthly Operating Report

**Case Name:** Kentuckiana Medical Center  
**Date Filed:** 9-19-10  
**Case Number:** 10-93039-BHL-11  
**SIC Code:**  
**Month (or portion) covered by this report:** May 2011

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THIS U.S. TRUSTEE BASIC MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS ON BEHALF OF THE CHAPTER 11 DEBTOR AND, TO THE BEST OF MY KNOWLEDGE, THIS REPORT AND RELATED DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

*Nicholas R. Clark*  
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY

6-21-11  
DATE REPORT SIGNED

Nicholas R. Clark    CFO  
PRINTED NAME OF RESPONSIBLE PARTY AND POSITION WITH DEBTOR

The debtor is required to provide financial reports prepared by or for the debtor in addition to the information required by this form. The U.S. Trustee may permit the debtor to eliminate duplicative information. No such permission is valid unless in writing.

**QUESTIONNAIRE:**

| # | Question | YES | NO |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ✓ | |
| 2. | DID YOU SELL ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | | ✓ |
| 3. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | | ✓ |
| 4. | DID YOU PAY ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ✓ | |
| 5. | DID YOU PAY ALL YOUR BILLS ON TIME THIS MONTH? | | ✓ |
| 6. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ✓ | |
| 7. | HAVE YOU FILED ALL OF YOUR RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH? | ✓ | |
| 8. | DID YOU PAY ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ✓ | |
| 9. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | | ✓ |
| 10. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | | ✓ |
| 11. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ✓ | |
| 12. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | | ✓ |

**U.S. Trustee Basic Monthly Operating Report**

Case Name: Kentuckiana Medical Center     Date Filed: 9-19-10
Case Number: 10-93039-BHL-11     SIC Code: _____
Month (or portion) covered by this report: May 2011

|   | YES | NO |
|---|---|---|
| 13. DID YOU DEPOSIT ALL MONEY FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ✓ | |
| 14. DID THE BUSINESS SELL ANY GOODS OR PROVIDE SERVICES TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | | ✓ |
| 15. DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ✓ | |
| 16. ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE UST? | ✓ | |

**TAXES**

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?  ✓ YES

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

**INCOME**

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. [If you use an automated accounting system, please attach a copy of the Income Statement and Balance Sheet.]

TOTAL INCOME    1,619,909

*(Exhibit B)*

**EXPENSES**

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS PAID THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. [If you use an automated accounting system, please attach a copy of the Disbursements Journal, otherwise attach a copy of the check register.]

TOTAL EXPENSES    2,317,027

*(Exhibit C)*

**CASH PROFIT**

INCOME FOR THE MONTH (TOTAL FROM EXHIBIT B)

EXPENSES FOR THE MONTH (TOTAL FROM EXHIBIT C)
(Subtract The Total from Exhibit C from the Total of Exhibit B)
CASH PROFIT FOR THE MONTH    <697,118>

## U.S. Trustee Basic Monthly Operating Report

**Case Name:** Kentuckiana Medical Center  **Date Filed:** 9-19-10

**Case Number:** 10-93039-BHL-11  **SIC Code:** _____

**Month (or portion) covered by this report:** May 2011

### UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE.

**TOTAL PAYABLES** 767,936

*(Exhibit D)*

### MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE.

**TOTAL RECEIVABLES** 9,274,601

*(EXHIBIT E)*

### BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT.

### EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? 174

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? 163

### PROFESSIONAL FEES

TOTAL PROFESSIONAL FEES APPROVED BY THE COURT DURING THIS REPORTING PERIOD? 0

TOTAL PROFESSIONAL FEES APPROVED BY THE COURT SINCE THE FILING OF THE CASE? 0

TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR DURING THIS REPORTING PERIOD? 0

TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR SINCE THE FILING OF THE CASE? 0

PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR RELATED TO BANKRUPTCY DURING THIS REPORTING PERIOD? 0

PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR RELATED TO BANKRUPTCY SINCE THE FILING OF THE CASE? 0

**U.S. Trustee Basic Monthly Operating Report**

Case Name: Kentuckiana Medical Center  Date Filed: 9-19-10

Case Number: 10-93039-BHL-11  SIC Code: _____

Month (or portion) covered by this report: May 2011

### PROJECTIONS

COMPARE YOUR ACTUAL INCOME, EXPENSES AND THE CASH PROFIT TO THE PROJECTIONS FOR THE FIRST 180-DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

PROJECTED INCOME FOR THE MONTH: 2,452,416

ACTUAL INCOME FOR THE MONTH (EXHIBIT B): 1,619,909

DIFFERENCE BETWEEN PROJECTED AND ACTUAL INCOME: <832,507>

PROJECTED EXPENSES FOR THE MONTH: 2,759,743

TOTAL ACTUAL EXPENSES FOR THE MONTH (EXHIBIT C): 2,317,027

DIFFERENCE BETWEEN PROJECTED AND ACTUAL EXPENSES: 442,716

PROJECTED CASH PROFIT FOR THE MONTH: <307,327>

ACTUAL CASH PROFIT FOR THE MONTH
(TOTAL FROM EXHIBIT B MINUS TOTAL FROM EXHIBIT C): <697,118>

DIFFERENCE BETWEEN PROJECTED AND ACTUAL CASH PROFIT: <389,791>

**[If actual cash profit was 90% or less of projected cash profit, please attach a detailed written explanation.]**

Page 4 of 4

EMPLOYER SERVICES

```
                              TO BE OPENED BY
                              ADDRESSEE ONLY!
```

**KENTUCKIANA MEDICAL CNTR**

PREPARED FOR:  CLEV  **4UK**

**AUTOPAY II**              OFFICE CODE **0033**

(LOCATION:  0001)

| DATE | DAY | TIME |
|---|---|---|
| **09/22/2010** | **WED** | **0800** |

| METHOD | TRIP | SEQ |
|---|---|---|
| **TR-NL** | **047** | |

ATTENTION: **CORY WILLIAMS**
**812-280-3317**

SPECIAL INSTRUCTIONS: **PLASTIC ENVELOPE**

**KENTUCKIANA MEDICAL CNTR**
**4601 MEDICAL PLAZA WAY**
**CLARKSVILLE              IN**
**47129**

**TOTAL    CHECKS:      1**
**TOTAL VOUCHERS:    174**

**EMPLOYER SERVICES**

```
                    TO BE OPENED BY
                    ADDRESSEE ONLY!
┌────────────────────────────────────┐
│ KENTUCKIANA MEDICAL CNTR           │
│ PREPARED FOR:  CLEV   4UK          │
│ AUTOPAY II           OFFICE CODE 0033 │
│        [barcode]                   │
│        (LOCATION:  0001)           │
├────────────────────────────────────┤
│   DATE          DAY        TIME    │
│ 05/25/2011      WED        0800    │
├────────────────────────────────────┤
│   METHOD        TRIP        SEQ    │
│   TR-NL         047                │
├────────────────────────────────────┤
│ ATTENTION:  CORY WILLIAMS          │
│             812-280-3317           │
├────────────────────────────────────┤
│ SPECIAL INSTRUCTIONS: PLASTIC ENVELOPE │
└────────────────────────────────────┘
```

**KENTUCKIANA MEDICAL CNTR**
**4601 MEDICAL PLAZA WAY**
**CLARKSVILLE                IN**
**47129**

**TOTAL    CHECKS:   163**
**TOTAL VOUCHERS:      0**

Case 10-93039-BHL-11    Doc 539    Filed 06/22/11    EOD 06/22/11 12:00:25    Pg 7 of 9

Kentuckiana Medical Center

U.S. Trustee Basic Monthly Operating Report

Variance from Forecast

May 2011

Actual monthly net loss was ($697,118) as compared to the forecasted net loss of ($307,327) resulting in a variance of ($389,791). The actual expenses for the month were less than forecasted and the variance is attributable to the shortfall in revenue. The shortfall in revenue is due to a lesser than forecast average daily census. The lower census was in part attributed to the unavailability of staff lost since bankruptcy preventing the opening of additional Medical / Surgical beds.

Kentuckiana Medical Center
Income Statement
Proforma for the six month period ending March 31, 2011

| Description | Projected | | | | | |
|---|---|---|---|---|---|---|
| | October | November | December | January | February | March |
| Patient Days | 450 | 714 | 791 | 801 | 733 | 822 |
| Total Room & Board: | 682,608 | 968,341 | 1,051,138 | 1,072,324 | 1,000,780 | 1,099,267 |
| Total Ancillary Services: | 3,737,544 | 5,302,040 | 5,755,389 | 6,243,015 | 5,713,047 | 6,407,305 |
| Total Emergency Room: | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Patient Revenue: | 4,420,152 | 6,270,381 | 6,806,527 | 7,315,339 | 6,713,827 | 7,506,571 |
| Total Revenue Deductions: | 3,005,704 | 4,263,859 | 4,628,438 | 4,974,430 | 4,565,402 | 5,104,469 |
| Net Patient Revenue: | 1,414,449 | 2,006,522 | 2,178,089 | 2,340,908 | 2,148,425 | 2,402,103 |
| Anesthesia Pro Fee Revenue - Net | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 |
| Total Other Revenue: | 9,901 | 14,046 | 15,247 | 14,923 | 13,696 | 15,313 |
| Net Revenue: | 1,459,350 | 2,055,568 | 2,228,335 | 2,390,832 | 2,197,121 | 2,452,416 |
| Expenses: | | | | | | |
| Salary & Wages | 489,893 | 674,891 | 710,817 | 750,691 | 667,897 | 720,979 |
| Benefits | 58,139 | 80,094 | 84,357 | 75,069 | 66,790 | 72,098 |
| Professional Fees MD | 64,833 | 64,833 | 64,833 | 65,000 | 65,000 | 65,000 |
| Emergency physicians | 0 | 0 | 0 | 0 | 0 | 0 |
| Supplies Expense | 473,493 | 631,020 | 674,897 | 710,488 | 640,492 | 709,562 |
| Repairs & Maintenance | 47,959 | 48,438 | 48,923 | 49,858 | 49,858 | 49,858 |
| Utilities Expense | 57,081 | 57,652 | 58,228 | 55,775 | 58,334 | 60,656 |
| Purchased Services | 300,206 | 292,206 | 292,206 | 298,210 | 298,210 | 298,210 |
| Other Admin Expense | 31,982 | 41,297 | 44,936 | 48,359 | 44,279 | 49,656 |
| Taxes & License | 18,000 | 18,000 | 18,000 | 18,540 | 18,540 | 18,540 |
| Insurance - Employee Health, Dental, Life | 48,989 | 67,489 | 71,082 | 75,069 | 66,790 | 72,098 |
| Insurance - Hospital | 25,000 | 25,000 | 25,000 | 30,000 | 30,000 | 30,000 |
| Operating Expenses: | 1,615,574 | 2,000,921 | 2,093,279 | 2,177,058 | 2,006,188 | 2,146,657 |
| Margin (Loss) before capital costs | (156,224) | 54,647 | 135,056 | 213,773 | 190,932 | 305,759 |
| Capital costs | | | | | | |
| Lease Expense - Equipment | 82,641 | 82,641 | 82,641 | 82,641 | 82,641 | 82,641 |
| Lease Expense - Building | 300,000 | 300,000 | 300,000 | 300,000 | 300,000 | 300,000 |
| Depreciation & Amortization Expense | 117,999 | 117,999 | 117,999 | 204,875 | 204,875 | 204,875 |
| Interest Expense | 25,570 | 25,570 | 25,570 | 25,570 | 25,570 | 25,570 |
| | 526,210 | 526,210 | 526,210 | 613,086 | 613,086 | 613,086 |
| Net (Loss) Income: | $ (682,434) $ | (471,563) $ | (391,154) $ | (399,313) $ | (422,154) $ | (307,327) |
| Cash flow from operations: | | | | | | |
| Depreciation | 117,999 | 117,999 | 117,999 | 204,875 | 204,875 | 204,875 |
| Interest expense | 25,570 | 25,570 | 25,570 | 25,570 | 25,570 | 25,570 |
| Cash flow from operations | $ (538,865) $ | (327,994) $ | (247,585) $ | (168,868) $ | (191,709) $ | (76,882) |

Kentuckiana Medical Center
Summary Income Statement
U.S. Trustee Basic Monthly Operating Report
(Attachment for Page 2 of 4)
May 2011

|  | Total | Cash Basis | Accrual Basis |
|---|---|---|---|
| Income | $ 1,619,909 | $ 1,626,681 | $ (6,772) |
| Expenses | 2,317,027 | 1,737,248 | 579,779 |
| Net Profit | $ (697,118) | $ (110,567) | $ (586,551) |