**SO ORDERED: July 06, 2011.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| KENTUCKIANA MEDICAL CENTER, LLC | ) | CHAPTER 11 |
| | ) | |
| Debtor | ) | CASE NO. 10-93039-BHL-11 |
| | ) | |

### ORDER EXTENDING EXCLUSIVITY PERIODS FOR FILING AND SOLICITING ACCEPTANCES OF A PLAN OF REORGANIZATION

**✳ ✳ ✳   ✳ ✳ ✳   ✳ ✳ ✳**

This matter came before the Court on the motion of the Debtor to modify the Court's June 8, 2011 Order, in order to extend the exclusivity periods for filing and soliciting acceptances of a plan of reorganization due to the inability to conduct the evidentiary hearing previously set for July 1, 2011.

The Leasing Group, LLC having objected thereto, a telephonic hearing having been held thereon, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that the Debtor's exclusive right to file a plan is extended to July 30, 2011 and the its exclusive right to solicit acceptances thereon is extended to August 30, 2011.

### ###