UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| KENTUCKIANA MEDICAL CENTER, LLC | )    CHAPTER 11 |
| | ) |
| Debtor | )    CASE NO. 10-93039-BHL-11 |
| | ) |

**MOTION TO CONTINUE ALL HEARINGS
CURRENTLY SET FOR JULY 12, 2011**

\* \* \* \* \*

Comes now the Debtor, Kentuckiana Medical Center, LLC, by counsel, and moves the Court to continue the hearings on the Motions to Convert to Chapter [Doc. #466 & 470]; Motion to Dismiss Case [Doc. #478]; Second Motion to Compel Debtor to Comply with Court Order and Direct Immediate Payment of Past Due Administrative Expense Claim [Doc. #498]; and Motion for Adequate Protection [Doc. #311]. The grounds for this motion are that the hearing to be held on July 13, 2011 may prove determinative as to the above-stated motions. Counsel for all movants have been notified of this motion to continue and do not object thereto.

WHEREFORE, Debtor, by counsel, prays this Court will continue the hearings currently set for July 12, 2011 to July 19, 2011 or a date suitable with the Court.

Respectfully submitted,

/s/ David M. Cantor
DAVID M. CANTOR
NEIL C. BORDY
CHARITY B. NEUKOMM
TYLER R. YEAGER
SEILLER WATERMAN LLC
Meidinger Tower - 22nd Floor
462 S. Fourth Street
Louisville, KY 40202
Telephone: (502) 584-7400
Facsimile: (502) 583-2100
E-mail: cantor@derbycitylaw.com
E-mail: bordy@derbycitylaw.com
Attorneys for Debtor

## CERTIFICATE

It is hereby certified that on July 11, 2011, a true and correct copy of the foregoing was (a) mailed electronically through the U.S. Bankruptcy Court's ECF system at the electronic addresses as set forth in the ECF system to the U.S. Trustee and all other persons receiving electronic notifications in this case, and (b) mailed, first-class, postage prepaid, to those persons, if any, identified in the Court's Notice of Electronic Filing who do not receive electronic notice but are entitled to be served.

/s/ David M. Cantor
DAVID M. CANTOR

G:\doc\DMC\Kentuckiana Medical Center, LLC\Pldgs\MotionContHearings.wpd