# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

## Minute Entry/Order

### Hearing Information:

| | |
|---|---|
| **Debtor:** | KENTUCKIANA MEDICAL CENTER LLC |
| **Case Number:** | 10-93039-BHL-11   **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, JULY 12, 2011 09:30 AM   NA 103 |
| **Bankruptcy Judge:** | BASIL H. LORCH |
| **Courtroom Clerk:** | KRISTIN GOSS |
| **Reporter / ECR:** | AMY BRUCKERT |

### Matter:

1) Continued Hearing Re:   Motion to Convert to Chapter 7 filed by Andrew D Stosberg on behalf of Creditor Med One Capital Funding LLC  [466]  with an Objection to Motion to Convert filed by David M. Cantor on behalf of Debtor Kentuckiana Medical Center LLC  [506]
   **R / M #:**   0 / 0

   **VACATED:   Debtor to file Motion to Continue.  Alll parties have agreed.  Matters continued to 7/19/11 @ 10:00 a.m.**

2) Continued Hearing Re:   Motion to Convert to Chapter 7 filed by Jeffrey M. Heller on behalf of Other Professional Official Committee of Unsecured Creditors  [470] with an Objection to Motion to Convert filed by David M. Cantor on behalf of Debtor Kentuckiana Medical Center LLC   [505]
   **R / M #:**   0 / 0

   **VACATED:   Debtor to file Motion to Continue.  Alll parties have agreed.  Matters continued to 7/19/11 @ 10:00 a.m.**

3) Continued Hearing Re:    Motion to Dismiss Case filed by Laura A DuVall on behalf of U.S. Trustee  [478] with an Objection to Motion to Dismiss Case filed by David M. Cantor on behalf of Debtor Kentuckiana Medical Center LLC [508]
   **R / M #:**   0 / 0

   **VACATED:   Debtor to file Motion to Continue.  Alll parties have agreed.  Matters continued to 7/19/11 @ 10:00 a.m.**

4) Continued Hearing Re:    Application for Payment of Administrative Expenses Pursuant to Sec. 503 for Sunorah Hospitality Management Services, LLC in the amount of $18,229.63 filed by Michael K. McCrory on behalf of Creditor Sunorah Hospitality Management Services, LLC  [396] with an  Objection to Application for Payment of Administrative Expenses Pursuant to Sec. 503 filed by David M. Cantor on behalf of Debtor Kentuckiana Medical Center LLC   [430]
   **R / M #:**   0 / 0

   **VACATED:   Agreed Entry filed on 6/30/11.**

5) Continued Hearing Re:   Second Motion to Compel Debtor to Comply with Court Order and Direct Immediate Payment of Past Due Administrative Expense Claim or alternative related relief filed by Andrew D Stosberg on behalf of Creditor Midwest Heme Management, Inc. dba Heme Management [498]
   **R / M #:**   0 / 0

   **VACATED:   Debtor to file Motion to Continue.  Alll parties have agreed.  Matters continued to 7/19/11 @ 10:00 a.m.**

6) Continued Hearing Re:    Motion for Adequate Protection filed by Elizabeth Alphin on behalf of Creditor The Leasing Group, LLC  [311] with an Objection to Motion for Adequate Protection filed by David M. Cantor on behalf of Debtor Kentuckiana Medical Center LLC  [337]
   **R / M #:**   0 / 0

   **VACATED:   Debtor to file Motion to Continue.  Alll parties have agreed.  Matters continued to 7/19/11 @ 10:00 a.m.**

## UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF Southern Indiana

## Minute Entry/Order

(continue)...  10-93039-BHL-11         TUESDAY, JULY 12, 2011 09:30 AM

### *Appearances:*

    U.S. TRUSTEE, TRUSTEE
    DAVID M. CANTOR, ATTORNEY FOR KENTUCKIANA MEDICAL CENTER LLC
    FIRST TENNESSEE BANK, NATIONAL ASSOCIATION, CREDITOR
    SYSCO/LOUISVILLE FOOD SERVICES CO., CREDITOR
    DIVLEND EQUIPMENT LEASING, L.L.C., CREDITOR
    C/O GREGG S. KLEINER IDEV TECHNOLOGIES, INC., CREDITOR
    THE LEASING GROUP, LLC, CREDITOR
    CERNER CORPORATION, CREDITOR
    MED ONE CAPITAL FUNDING LLC, CREDITOR
    FLOYD MEMORIAL HOSPITAL AND HEALTH SERVICES, CREDITOR
    ABDUL BURIDI, CREDITOR
    MIDWEST HEME MANAGEMENT, INC. DBA HEME MANAGEMENT, CREDITOR
    ROBERT KRIST, CREDITOR
    STERIS CORPORATION, CREDITOR
    CARDINAL HEALTH, INC., CREDITOR
    INTEC BUILDING SERVICES, INC., CREDITOR
    WALNUT RIDGE NURSERY & GARDEN CENTER, CREDITOR
    DELL MARKETING L.P./PEROT SYSTEMS REVENUE CYCLING SOLUTIONS, INC., CREDITOR
    RL BB FINANCIAL, LLC, CREDITOR
    BIO-MEDICAL APPLICATIONS OF KENTUCKY, INC., D/B/A BMA LOUISVILLE, CREDITOR
    PEROT SYSTEMS REVENUE CYCLE SOLUTIONS, INC., CREDITOR
    PEROT SYSTEMS REVENUE CYCLE SOLUTIONS, INC., CREDITOR
    SHAWN GLISSON, CREDITOR
    HEALTHLAND, INC., CREDITOR
    BIOTRONIK, INC., CREDITOR
    SUNORAH HOSPITALITY MANAGEMENT SERVICES, LLC, CREDITOR
    DEAN DORTON FORD PSC, CREDITOR
    JUNEJA FAMILY LIMITED PARTNERSHIP, CREDITOR
    GEORGE L. ALCORN, CREDITOR
    CHARITY B NEUKOMM, ATTORNEY FOR KENTUCKIANA MEDICAL CENTER LLC
    TYLER R. YEAGER, ATTORNEY FOR KENTUCKIANA MEDICAL CENTER LLC
    NEIL C. BORDY, ATTORNEY FOR KENTUCKIANA MEDICAL CENTER LLC
    LAURA A DUVALL, ATTORNEY FOR U.S. TRUSTEE
    MARK J. SANDLIN, ATTORNEY FOR FIRST TENNESSEE BANK, NATIONAL ASSOCIATI
    RACHELE L. CUMMINS, ATTORNEY FOR WALNUT RIDGE NURSERY & GARDEN CENTER
    MICHAEL W. HILE, ATTORNEY FOR BIO-MEDICAL APPLICATIONS OF KENTUCKY, IN
    MICHAEL K. MCCRORY, ATTORNEY FOR SUNORAH HOSPITALITY MANAGEMENT SERVICES,
    ANDREW D STOSBERG, ATTORNEY FOR MED ONE CAPITAL FUNDING LLC, MIDWEST HEME MANAGEMENT, INC. DBA HEME M
    C. R. BOWLES, ATTORNEY FOR HEALTHLAND, INC., JUNEJA FAMILY LIMITED PARTNERSHIP
    WENDY W PONADER, ATTORNEY FOR GEORGE L. ALCORN
    THOMAS C SCHERER, ATTORNEY FOR CERNER CORPORATION
    CHRISTY J. ADAMS, ATTORNEY FOR SYSCO/LOUISVILLE FOOD SERVICES CO.
    ELIZABETH ALPHIN, ATTORNEY FOR THE LEASING GROUP, LLC
    JAMES P MOLOY, ATTORNEY FOR RL BB FINANCIAL, LLC
    MICHAEL V. BRODARICK, ATTORNEY FOR MIDWEST HEME MANAGEMENT, INC. DBA HEME M
    WHITNEY L MOSBY, ATTORNEY FOR CERNER CORPORATION
    JOHN P BRICE, ATTORNEY FOR STERIS CORPORATION
    SABRINA L STREUSAND, ATTORNEY FOR DELL MARKETING L.P./PEROT SYSTEMS REVENU, PEROT SYSTEMS REVENUE CYCLE SOLUTIONS,
    I
    RACHELE L. CUMMINS, ATTORNEY FOR WALNUT RIDGE NURSERY & GARDEN CENTER
    MARK R. OWENS, ATTORNEY FOR BIOTRONIK, INC.
    EMILY L PAGORSKI, ATTORNEY FOR PEROT SYSTEMS REVENUE CYCLE SOLUTIONS, I
    JAY JAFFE, ATTORNEY FOR CARDINAL HEALTH, INC.
    IVANA B. SHALLCROSS, ATTORNEY FOR DEAN DORTON FORD PSC
    BRADLEY SCOTT SALYER, ATTORNEY FOR INTEC BUILDING SERVICES, INC.
    DANIELLE J CUNNINGHAM, ATTORNEY FOR SUNORAH HOSPITALITY MANAGEMENT SERVICES,
    MICHAEL D. HICKS, ATTORNEY FOR DIVLEND EQUIPMENT LEASING, L.L.C.
    RODNEY LEE SCOTT, ATTORNEY FOR FLOYD MEMORIAL HOSPITAL AND HEALTH SERVI
    M. ANDREW STEWART, ATTORNEY FOR DIVLEND EQUIPMENT LEASING, L.L.C.

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

(continue)...   10-93039-BHL-11          TUESDAY, JULY 12, 2011 09:30 AM

DAVID R. LANGSTON, ATTORNEY FOR DIVLEND EQUIPMENT LEASING, L.L.C.
MICHAEL R JOHNSON, ATTORNEY FOR MED ONE CAPITAL FUNDING LLC
THOMAS WILLIAM LAWLESS, ATTORNEY FOR FIRST TENNESSEE BANK, NATIONAL ASSOCIATI
DARRELL WILLIAM CLARK, ATTORNEY FOR CERNER CORPORATION
HERBERT K. RYDER, ATTORNEY FOR CARDINAL HEALTH, INC.
SCOTT A. ZUBER, ATTORNEY FOR CARDINAL HEALTH, INC.
VINCENT FRANK ALEXANDER, ATTORNEY FOR RL BB FINANCIAL, LLC
CARRIE ELIZABETH MITCHELL, ATTORNEY FOR BIO-MEDICAL APPLICATIONS OF KENTUCKY, IN
KAYLA D. BRITTON, ATTORNEY FOR GEORGE L. ALCORN
DAVID SETH KAPLAN, ATTORNEY FOR ABDUL BURIDI, SHAWN GLISSON

*Proceedings:*

* Disposition: Hearing held.
(1 thur 3) VACATED: Debtor to file Motion to Continue. Alll parties have agreed. Matters continued to 7/19/11 @ 10:00 a.m.
(4) VACATED: Agreed Entry filed on 6/30/11.
(5,6) VACATED: Debtor to file Motion to Continue. Alll parties have agreed. Matters continued to 7/19/11 @ 10:00 a.m.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED. THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT. IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**