# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

## Hearing Information:

| | |
|---:|:---|
| **Debtor:** | KENTUCKIANA MEDICAL CENTER LLC |
| **Case Number:** | 10-93039-BHL-11    **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, JULY 19, 2011 10:00 AM   NA 103 |
| **Bankruptcy Judge:** | BASIL H. LORCH |
| **Courtroom Clerk:** | KRISTIN GOSS |
| **Reporter / ECR:** | LEE YOUNG |

## Matters:

1) Continued Hearing Re:   Motion to Convert to Chapter 7 filed by Andrew D Stosberg on behalf of Creditor Med One Capital Funding LLC  [466]  with an Objection to Motion to Convert filed by David M. Cantor on behalf of Debtor Kentuckiana Medical Center LLC  [506]
   **R / M #:**    0 / 0

2) Continued Hearing Re:    Motion to Dismiss Case filed by Laura A DuVall on behalf of U.S. Trustee  [478] with an Objection to Motion to Dismiss Case filed by David M. Cantor on behalf of Debtor Kentuckiana Medical Center LLC [508]
   **R / M #:**    0 / 0

3) Continued Hearing Re:   Second Motion to Compel Debtor to Comply with Court Order and Direct Immediate Payment of Past Due Administrative Expense Claim or alternative related relief filed by Andrew D Stosberg on behalf of Creditor Midwest Heme Management, Inc. dba Heme Management [498]
   **R / M #:**    0 / 0

4) Continued Hearing Re:    Motion for Adequate Protection filed by Elizabeth Alphin on behalf of Creditor The Leasing Group, LLC  [311] with an Objection to Motion for Adequate Protection filed by David M. Cantor on behalf of Debtor Kentuckiana Medical Center LLC  [337]
   **R / M #:**    0 / 0

## Appearances:

In Court Appearances:
DAVID M. CANTOR, ATTORNEY FOR KENTUCKIANA MEDICAL CENTER LLC
ANDREW D STOSBERG, ATTORNEY FOR MED ONE CAPITAL FUNDING LLC, MIDWEST HEME MANAGEMENT, INC. DBA HEME M
ELIZABETH ALPHIN, ATTORNEY FOR THE LEASING GROUP, LLC

Phone Appearances:
LAURA A DUVALL, ATTORNEY FOR U.S. TRUSTEE
MICHAEL D. HICKS, ATTORNEY FOR DIVLEND EQUIPMENT LEASING, L.L.C.
DAVID SETH KAPLAN, ATTORNEY FOR ABDUL BURIDI, SHAWN GLISSON
JEFF HELLER - ATTORNEY FOR CREDITORS COMMITTEE
TRACY OHM - ATTORNEY FOR CERNER CORPORATION
DAVID ROSENDORF - ATTORNEY FOR RLBB FINANCIAL
COURTNEY CHILCOTE - ATTORNEY FOR KMC REAL ESTATE INVESTORS

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

(continue)...    10-93039-BHL-11        TUESDAY, JULY 19, 2011 10:00 AM

## *Proceedings:*

* Disposition: Hearing held.  Testimony of Tim Donahue - CRO of Debtor.
(1) Matter continued to Hearing on 8/24/11 @ 1:30 p.m. (Eastern).  Notice given in open court.
(2) Matter continued to Hearing on 8/24/11 @ 1:30 p.m. (Eastern).  Notice given in open court.
(3) Matter continued to Hearing on 8/24/11 @ 1:30 p.m. (Eastern).  Notice given in open court.  Debtor to make a payment today.
(4) Parties have reached an agreement to extend payments thru September.  Matter continued to Hearing on 8/24/11 @ 1:30 p.m. (Eastern).  Notice given in open court. Alphin to submit order.

Note:  Future omnibus dates:  8/24/11 @ 1:30 p.m. (Eastern) in New Albany
9/14/11 @ 1:30 p.m. (Eastern) in New Albany.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**