**SO ORDERED: July 20, 2011.**



**Basil H. Lorch III**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
FOR THE
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:

Kentuckiana Medical Center LLC
Debtor

CHAPTER 11
BANKRUPTCY NO.
10-93039-BHL-ll

## ORDER ON MOTION FOR ADEQUATE PROTECTION PAYMENT

* * * * * *

Motion for Adequate Protection having been filed by creditor, The Leasing Group, LLC, and

hearing having been held on July 19, 2011, and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** that the hearing on the Motion for Adequate Protection

Payments is reset to the omnibus hearing on August 24, 2011, at 1:30 p.m.;

**IT IS FURTHER ORDERED** that debtor shall pay a one time adequate protection payment

of $20,000 each month for the months of July through September 2011, with $10,000 to be paid on

or before July 30, 2011, $10,000 to be paid on or before August 12, 2011, $10,000 to be paid on or

before August 26, $10,000 to be paid on or before September 16, 2011, and $10,000 to be paid on

or before September 30, 2011. Twice-monthly payments totaling $20,000 each month shall continue until Creditor's regular debt amortization payments commence, or until further order of the Court.

**IT IS FURTHER ORDERED** that should the debtor fail to make any of the adequate protection installment payments enumerated herein, creditor may file an Affidavit Of Default and reset the matter for an immediate telephonic conference.

# # #