# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

### Hearing Information:

| | |
|---|---|
| **Debtor:** | KENTUCKIANA MEDICAL CENTER LLC |
| **Case Number:** | 10-93039-BHL-11　　**Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, JULY 25, 2011 01:00 PM　NA 103 |
| **Bankruptcy Judge:** | BASIL H. LORCH |
| **Courtroom Clerk:** | KRISTIN GOSS |
| **Reporter / ECR:** | AMY BRUCKERT |

### Matters:

1) Emergency Hearing Re: Application to Employ Bruce Wachtler as Appraiser, Nunc Pro Tunc to June 1, 2011 (Verified Statement attached) filed by Charity B Neukomm on behalf of Debtor Kentuckiana Medical Center LLC [577]
   **R / M #:**　0 / 0

2) Emergency Hearing Re: Motion to Borrow from Gus Goldsmith filed by Neil C. Bordy on behalf of Debtor Kentuckiana Medical Center LLC [576] Objection to Motion to Borrow filed by David Seth Kaplan on behalf of Creditors Abdul Buridi, Alex Digenis, Shawn Glisson, Sameir Hussein, Brian P. Thornton [590]
   **R / M #:**　0 / 0

3) Objection to Motion to Borrow filed by David Seth Kaplan on behalf of Creditors Abdul Buridi, Alex Digenis, Shawn Glisson, Sameir Hussein, Brian P. Thornton [590]
   **R / M #:**　0 / 0

4) Objection to Motion to Borrow filed by Andrew D Stosberg on behalf of Creditor Med One Capital Funding LLC [595]
   **R / M #:**　0 / 0

5) Objection to Motion to Borrow filed by Andrew D Stosberg on behalf of Creditor Midwest Heme Management, Inc. dba Heme Management [596]
   **R / M #:**　0 / 0

### Appearances:

GARY HOSTETLER - ATTORNEY FOR DEBTOR
DAVID CANTOR/NEIL BORDY - ATTORNEYS FOR DEBTOR - KENTUCKIANA MEDICAL CENTER 10-93039
DAVID ROSENDORF/JIM MOLOY - ATTORNEYS FOR RLBB FINANCIAL
ANDREW STOSBERG - ATTORNEY FOR HEME MANAGEMENT AND MED ONE
ELIZABETH ALPHIN - ATTORNEY FOR THE LEASING GROUP
JOHN EGAN - ATTORNEY FOR IASYS GROUP

### Proceedings:

*Disposition: Hearing held.
(1) Motion Granted. Order to be entered.
(2) Motion Withdrawn in open court.
(3) Moot
(4) Moot
(5) Moot

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED. THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT. IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**