UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| KENTUCKIANA MEDICAL CENTER, LLC | ) | CHAPTER 11 |
| | ) | |
| Debtor | ) | CASE NO. 10-93039-BHL-11 |
| | ) | |

## MOTION FOR PARTIAL RELIEF FROM ORDER
✳✳✳  ✳✳✳  ✳✳✳

Comes now Seiller Waterman, LLC (the "Movant"), counsel for Kentuckiana Medical Center, LLC (the "Debtor"), and hereby moves the Court for relief from numerical paragraph 5 of the Court's Order Allowing Interim Compensation and Reimbursement of Expenses to Seiller Waterman LLC as Counsel for Debtor in Possession [Document No. 464] entered on May 3, 2011 (the "Order"). The grounds for this Motion are that upon Debtor's receipt of its anticipated 2010 Medicare cost report settlement and 2011 lump sum capital payments, the Debtor will be financially capable of paying Movant a sum in excess of $20,000.00 to satisfy amounts approved and due to Movant under the Order without causing an undue burden to the Debtor or its estate. At the present time the movant is owed $34,535.80 pursuant to this Court's Order Allowing Interim Compensation and Reimbursement of Expenses entered on May 3, 2011.

WHEREFORE, Movant Seiller Waterman, LLC hereby requests that the Court modify or vacate that portion of the May 3, 2011 Order which limited the Debtor's payments on counsel's approved interim fees to $20,000.00 per month, and for such other and further relief to which the Movant may appear entitled.

Respectfully submitted,

/s/ Neil C. Bordy
DAVID M. CANTOR
NEIL C. BORDY
CHARITY B. NEUKOMM
TYLER R. YEAGER
SEILLER WATERMAN LLC
Meidinger Tower – 22nd Floor
462 S. Fourth Street
Louisville, Kentucky 40202
Telephone: (502) 584-7400
Facsimile: (502) 583-2100
E-mail: cantor@derbycitylaw.com
E-mail: bordy@derbycitylaw.com
*Counsel for Debtor*

**CERTIFICATE OF SERVICE**

It is hereby certified that on August 22, 2011, a true and correct copy of the foregoing Motion for Partial Relief from Order was (a) mailed electronically through the U.S. Bankruptcy Court's ECF system at the electronic addresses as set forth in the ECF system to the U.S. Trustee and all other persons receiving electronic notifications in this case, and (b) mailed, first-class, postage prepaid, to those persons, if any, identified in the Court's Notice of Electronic Filing who do not receive electronic notice but are entitled to be served.

/s/ Neil C. Bordy
NEIL C. BORDY

G:\doc\DMC\Kentuckiana Medical Center, LLC\Pldgs\Mot Relief from Order (Interim Fees).wpd