# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | KENTUCKIANA MEDICAL CENTER LLC |
| **Case Number:** | 10-93039-BHL-11      **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, AUGUST 24, 2011 11:00 AM   NA 103 |
| **Bankruptcy Judge:** | BASIL H. LORCH |
| **Courtroom Clerk:** |  |
| **Reporter / ECR:** | N/A |

## Matter:

1) Continued Hearing Re:   Motion to Convert to Chapter 7 filed by Andrew D Stosberg on behalf of Creditor Med One Capital Funding LLC  [466]  with an Objection to Motion to Convert filed by David M. Cantor on behalf of Debtor Kentuckiana Medical Center LLC [506]
   **R / M #:**    0 / 0
   **VACATED:**   All matters rescheduled to 8/25/11 @ 11:00 a.m. due to Court conflict.

2) Continued Hearing Re:    Motion to Dismiss Case filed by Laura A DuVall on behalf of U.S. Trustee [478] with an Objection to Motion to Dismiss Case filed by David M. Cantor on behalf of Debtor Kentuckiana Medical Center LLC [508]
   **R / M #:**    0 / 0
   **VACATED:**   All matters rescheduled to 8/25/11 @ 11:00 a.m. due to Court conflict.

3) Continued Hearing Re:   Second Motion to Compel Debtor to Comply with Court Order and Direct Immediate Payment of Past Due Administrative Expense Claim or alternative related relief filed by Andrew D Stosberg on behalf of Creditor Midwest Heme Management, Inc. dba Heme Management [498]
   **R / M #:**    0 / 0
   **VACATED:**   All matters rescheduled to 8/25/11 @ 11:00 a.m. due to Court conflict.

4) Continued Hearing Re:    Motion for Adequate Protection filed by Elizabeth Alphin on behalf of Creditor The Leasing Group, LLC  [311] with an Objection to Motion for Adequate Protection filed by David M. Cantor on behalf of Debtor Kentuckiana Medical Center LLC [337]
   **R / M #:**    0 / 0
   **VACATED:**   All matters rescheduled to 8/25/11 @ 11:00 a.m. due to Court conflict.

## Appearances:

NONE

## Proceedings:

* (1 thru 4) VACATED: All matters rescheduled to 8/25/11 @ 11:00 a.m. due to Court conflict.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**