# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

### *Hearing Information:*

| | |
|---:|:---|
| **Debtor:** | KENTUCKIANA MEDICAL CENTER LLC |
| **Case Number:** | 10-93039-BHL-11          **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, AUGUST 25, 2011 11:00 AM   IP 310 |
| **Bankruptcy Judge:** | BASIL H. LORCH |
| **Courtroom Clerk:** | RHONDA ANDIS |
| **Reporter / ECR:** | CATHY WELDELE |

### *Matters:*

1) Continued Hearing Re:   Motion to Dismiss Case filed by Laura A DuVall on behalf of U.S. Trustee  [478] with an Objection to Motion to Dismiss Case filed by David M. Cantor on behalf of Debtor Kentuckiana Medical Center LLC  [508]
   **R / M #:**     0 / 0

2) Continued Hearing Re:   Motion to Convert to Chapter 7 filed by Andrew D Stosberg on behalf of Creditor Med One Capital Funding LLC  [466]  with an Objection to Motion to Convert filed by David M. Cantor on behalf of Debtor Kentuckiana Medical Center LLC  [506]
   **R / M #:**     0 / 0

3) Continued Hearing Re:   Second Motion to Compel Debtor to Comply with Court Order and Direct Immediate Payment of Past Due Administrative Expense Claim or alternative related relief filed by Andrew D Stosberg on behalf of Creditor Midwest Heme Management, Inc. dba Heme Management [498]
   **R / M #:**     0 / 0

4) Continued Hearing Re:    Motion for Adequate Protection filed by Elizabeth Alphin on behalf of Creditor The Leasing Group, LLC  [311] with an Objection to Motion for Adequate Protection filed by David M. Cantor on behalf of Debtor Kentuckiana Medical Center LLC  [337]
   **R / M #:**     0 / 0

5) Continued Hearing Re:   Motion to Convert to Chapter 7 filed by Jeffrey M. Heller on behalf of Other Professional Official Committee of Unsecured Creditors  [470]
   **R / M #:**     0 / 0

6) Hearing on Motion for Partial Relief from Order  filed by Neil C. Bordy on behalf of Debtor Kentuckiana Medical Center LLC  [616, 464, 360, 384]
   **R / M #:**    616 / 0

### *Appearances:*

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana
# Minute Entry/Order

(continue)...    10-93039-BHL-11         THURSDAY, AUGUST 25, 2011 11:00 AM

DAVID CANTOR- ATTORNEY FOR KENTUCKIANA MEDICAL CENTER  10-93039
NEIL BORDY - ATTORNEY FOR KENTUCKIANA MEDICAL CENTER  10-93039
COURTNEY CHILCOTE-ATTORNEY FOR KMC REAL ESTATE INVESTORS,LLC.
LAURA DUVALL-ATTORNEY FOR US TRUSTEE

Phone Appearances: with Kristen due to phone issues
Jeff Heller - ATTORNEY FOR CREDITORS COMM.
Tracy Ohm- ATTORNEY FOR CERNER CORPORATION
Herb Ryder - ATTORNEY FOR CARDINAL HEALTH
David Kaplan - ATTORNEY FOR SHAWN GLISSON, ABDUL BIRIDI, ETC
Gene McQuown - ATTORNEY IRONPOINT
Andrew Stosberg - ATTORNEY FOR MED ONE CAPITAL FUNDING AND HEME MANAGEMENT
Elizabeth Alphin - ATTORNEY FOR THE LEASING GROUP
Jim Moloy - ATTORNEY FOR RLBB FINANCIAL
Mike Hicks - ATTORNEY FOR DIVLEND EQUIPMENT LEASING
Kevin Yam - ATTORNEY FOR IRONPOINT
John Egan - ATTORNEY FOR SHAWN GLISSON AND IASYS GROUP

## *Proceedings:*

*Disposition: Hearings held.
All Matter Continued to 9/14/11 at 1:30 p.m.  Room 103 Federal Building, New Albany Indiana. Debtor hopes to be able to set forth the terms in near future, however, they have not yet received permission to divulge the terms.  The court will check status of this matter on 9/14/11.  Court to review Motion on Partial Relief from Order, if court has not made a ruling before 9/14/11 hearing, then this matter will also be heard on 9/14/11

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**