# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF Southern Indiana

## Minute Entry/Order

### Hearing Information:

| | |
|---|---|
| **Debtor:** | KENTUCKIANA MEDICAL CENTER LLC |
| **Case Number:** | 10-93039-BHL-11        **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, SEPTEMBER 14, 2011 01:30 PM   IP 310 |
| **Bankruptcy Judge:** | BASIL H. LORCH |
| **Courtroom Clerk:** | KRISTIN GOSS |
| **Reporter / ECR:** | AMY BRUCKERT |

### Matters:

1) Continued Hearing Re:   Motion to Dismiss Case filed by Laura A DuVall on behalf of U.S. Trustee  [478] with an Objection to Motion to Dismiss Case filed by David M. Cantor on behalf of Debtor Kentuckiana Medical Center LLC [508]
   **R / M #:**     0 / 0

2) Continued Hearing Re:   Motion to Convert to Chapter 7 filed by Andrew D Stosberg on behalf of Creditor Med One Capital Funding LLC  [466]  with an Objection to Motion to Convert filed by David M. Cantor on behalf of Debtor Kentuckiana Medical Center LLC  [506]
   **R / M #:**     0 / 0

3) Continued Hearing Re:   Second Motion to Compel Debtor to Comply with Court Order and Direct Immediate Payment of Past Due Administrative Expense Claim or alternative related relief filed by Andrew D Stosberg on behalf of Creditor Midwest Heme Management, Inc. dba Heme Management [498]
   **R / M #:**     0 / 0

4) Continued Hearing Re:    Motion for Adequate Protection filed by Elizabeth Alphin on behalf of Creditor The Leasing Group, LLC  [311] with an Objection to Motion for Adequate Protection filed by David M. Cantor on behalf of Debtor Kentuckiana Medical Center LLC  [337]
   **R / M #:**     0 / 0

5) Continued Hearing Re:   Motion to Convert to Chapter 7 filed by Jeffrey M. Heller on behalf of Other Professional Official Committee of Unsecured Creditors  [470]
   **R / M #:**     0 / 0

6) Continued Hearing on Motion for Partial Relief from Order  filed by Neil C. Bordy on behalf of Debtor Kentuckiana Medical Center LLC  [616, 464, 360, 384]
   **R / M #:**     616 / 0

7) Hearing Re:  Affidavit of Default filed by Elizabeth Alphin on behalf of Creditor The Leasing Group, LLC [613]
   **R / M #:**     0 / 0

8) Emergency Hearing Re:   Emergency Motion to Enter Into An Insurance Premium Finance Agreement filed by Neil C. Bordy on behalf of Debtor Kentuckiana Medical Center LLC [625]
   **R / M #:**     0 / 0

### Appearances:

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana
# Minute Entry/Order

(continue)...   10-93039-BHL-11          WEDNESDAY, SEPTEMBER 14, 2011 01:30 PM

In Court Appearances:
DAVID M. CANTOR, ATTORNEY FOR KENTUCKIANA MEDICAL CENTER LLC
NEIL C. BORDY, ATTORNEY FOR KENTUCKIANA MEDICAL CENTER LLC
ANDREW D STOSBERG, ATTORNEY FOR MED ONE CAPITAL FUNDING LLC, MIDWEST HEME MANAGEMENT, INC. DBA HEME M
ELIZABETH ALPHIN, ATTORNEY FOR THE LEASING GROUP, LLC

Phone Appearances:
LAURA A DUVALL, ATTORNEY FOR U.S. TRUSTEE
MICHAEL D. HICKS, ATTORNEY FOR DIVLEND EQUIPMENT LEASING, L.L.C.
HERBERT K. RYDER, ATTORNEY FOR CARDINAL HEALTH, INC.
DAVID SETH KAPLAN, ATTORNEY FOR ABDUL BURIDI, ALEX DIGENIS, BRIAN P. THORNTON, SAMEIR HUSSEIN, SHAWN GLISSON
JEFF HELLER - ATTORNEY FOR CREDITORS' COMM.
COURTNEY CHILCOTE - ATTORNEY FOR KMC/REI
TRACY OHM - ATTORNEY FOR CERNER CORPORATION
DAVID ROSENDORF - ATTORNEY FOR RLBB FINANCIAL
KEVIN YAM -  ATTORNEY FOR IRONPOINT

## *Proceedings:*

* Disposition:  Hearing held.
(1) Matter continued to Hearing on 10/17/11 @ 1:30 p.m.  (EDT).  Notice given in open court.
(2) Matter continued to Hearing on 10/17/11 @ 1:30 p.m.  (EDT).  Notice given in open court.
(3) Matter continued to Hearing on 10/17/11 @ 1:30 p.m.  (EDT).  Notice given in open court.
(4) Matter continued to Hearing on 10/17/11 @ 1:30 p.m.  (EDT).  Notice given in open court.
(5) Matter continued to Hearing on 10/17/11 @ 1:30 p.m.  (EDT). Notice given in open court.
(6) Motion Moot.
(7) Affidavit Withdrawn in open court.
(8) Motion Granted.  Order to be entered.

Note:  Affidavit to be filed within 7 days by  CRO addressing the 9/23/11 deadline.

Note:  October 7th Omnibus hearing date has been changed to October 17th @ 1:30 p.m. (EDT) in New Albany.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**