# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

## Minute Entry/Order

### Hearing Information:

| | |
|---|---|
| **Debtor:** | KENTUCKIANA MEDICAL CENTER LLC |
| **Case Number:** | 10-93039-BHL-11    **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, OCTOBER 17, 2011 01:30 PM   NA 103 |
| **Bankruptcy Judge:** | BASIL H. LORCH |
| **Courtroom Clerk:** | KRISTIN GOSS |
| **Reporter / ECR:** | AMY BRUCKERT |

### Matters:

1) Continued Hearing Re:   Motion to Dismiss Case filed by Laura A DuVall on behalf of U.S. Trustee [478] with an Objection to Motion to Dismiss Case filed by David M. Cantor on behalf of Debtor Kentuckiana Medical Center LLC [508]
   **R / M #:**   0 / 0

2) Continued Hearing Re:   Motion to Convert to Chapter 7 filed by Andrew D Stosberg on behalf of Creditor Med One Capital Funding LLC [466] with an Objection to Motion to Convert filed by David M. Cantor on behalf of Debtor Kentuckiana Medical Center LLC [506]
   **R / M #:**   0 / 0

3) Continued Hearing Re:   Second Motion to Compel Debtor to Comply with Court Order and Direct Immediate Payment of Past Due Administrative Expense Claim or alternative related relief filed by Andrew D Stosberg on behalf of Creditor Midwest Heme Management, Inc. dba Heme Management [498]
   **R / M #:**   0 / 0

4) Continued Hearing Re:    Motion for Adequate Protection filed by Elizabeth Alphin on behalf of Creditor The Leasing Group, LLC [311] with an Objection to Motion for Adequate Protection filed by David M. Cantor on behalf of Debtor Kentuckiana Medical Center LLC [337]
   **R / M #:**   0 / 0

5) Continued Hearing Re:   Motion to Convert to Chapter 7 filed by Jeffrey M. Heller on behalf of Other Professional Official Committee of Unsecured Creditors [470]
   **R / M #:**   0 / 0

6) Hearing Re:   Application for Compensation and/or Reimbursement of Expenses Pursuant to Sec. 330 for Mark A. Robinson as Creditor Comm. Aty (Fee: $2793) filed by Mark A. Robinson on behalf of Other Professional Official Committee of Unsecured Creditors [634]
   **R / M #:**   0 / 0
   **VACATED:**   No objections to application. Order entered.

7) Hearing Re:   Application for Compensation and/or Reimbursement of Expenses Pursuant to Sec. 330 for Jeffrey M. Heller as Creditor Comm. Aty (Fee: $23794, Expense: $199.35) filed by Jeffrey M. Heller on behalf of Other Professional Official Committee of Unsecured Creditors [645]
   **R / M #:**   0 / 0
   **VACATED:**   No objections filed.  Order entered

8) Hearing Re:   Application for Compensation and/or Reimbursement of Expenses Pursuant to Sec. 330 for The Arlow Group, Ltd. as Financial Advisor (Fee: $4060) filed by Attorney Jeffrey M. Heller, Other Professional The Arlow Group, Ltd. [648]
   **R / M #:**   0 / 0
   **VACATED:**   No objections filed.  Order entered

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

(continue)...   10-93039-BHL-11          MONDAY, OCTOBER 17, 2011 01:30 PM

9) Hearing Re:   Application for Payment of Administrative Expenses Pursuant to Sec. 503 for Cerner Corporation in the amount of $1,390,469.19 filed by Whitney L Mosby on behalf of Creditor Cerner Corporation  [656]  with an Objection to Application for Payment of Administrative Expenses Pursuant to Sec. 503 filed by David M. Cantor on behalf of Debtor Kentuckiana Medical Center LLC  [663]
   R / M #:    0 / 0

10) Status Hearing Re:   Motion to Quash Notice to Take Deposition filed by James P Moloy on behalf of Creditor RL BB Financial, LLC  [662]
    R / M #:    0 / 0

## *Appearances:*

In Court Appearances:
DAVID M. CANTOR, ATTORNEY FOR KENTUCKIANA MEDICAL CENTER LLC
NEIL C. BORDY, ATTORNEY FOR KENTUCKIANA MEDICAL CENTER LLC
LAURA A DUVALL, ATTORNEY FOR U.S. TRUSTEE
ANDREW D STOSBERG, ATTORNEY FOR MED ONE CAPITAL FUNDING LLC, MIDWEST HEME MANAGEMENT, INC. DBA HEME M
ELIZABETH ALPHIN, ATTORNEY FOR THE LEASING GROUP, LLC
MARK ROBINSON -  LOCAL COUNSEL FOR CREDITORS' COMMITTEE
MIKE MCCLAIN - ATTORNEY FOR GUARANTORS
COURTNEY CHILCOTE - ATTORNEY FOR KMC/REI

Phone Appearances:
JAMES P MOLOY, ATTORNEY FOR RL BB FINANCIAL, LLC
MICHAEL D. HICKS, ATTORNEY FOR DIVLEND EQUIPMENT LEASING, L.L.C.
DARRELL WILLIAM CLARK, ATTORNEY FOR CERNER CORPORATION
DAVID SETH KAPLAN, ATTORNEY FOR ABDUL BURIDI, ALEX DIGENIS, BRIAN P. THORNTON, SAMEIR HUSSEIN, SHAWN GLISSON\
JEFF HELLER - ATTORNEY FOR CREDITORS' COMMITEE
DAVID ROSENDORF - ATTORNEY FOR RLBB FINANCIAL
GENE MCEWEN/KEVIN YAM - ATTORNEY FOR IRONPOINT

## *Proceedings:*

*Disposition:  Hearing held.
(1 thru 5)   Matter continued to Hearing on 11/16/11 @ 10:00 A.M (EDT).  Notice given in open court.
(6)  Vacated:  No objections filed.  Order entered.
(7)  Vacated:  No objections filed.  Order entered.
(8)  Vacated:  No objections filed.  Order entered.
(9)  Matter continued to Hearing on 11/16/11 @ 10:00 A.M. (EDT) .  Notice given in open court.
(10)  Matter continued to Hearing on 11/16/11 @ 10:00 A.M. (EDT).  Notice given in open court.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**