# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

### Hearing Information:

**Debtor:** KENTUCKIANA MEDICAL CENTER LLC
**Case Number:** 10-93039-BHL-11  **Chapter:** 11
**Date / Time / Room:** WEDNESDAY, NOVEMBER 16, 2011 09:59 AM  NA 103
**Bankruptcy Judge:** BASIL H. LORCH
**Courtroom Clerk:** KRISTIN GOSS
**Reporter / ECR:** AMY BRUCKERT

### Matters:

1) Hearing Re:  Motion to Reject Executory Contract with Siemens Medical Solutions USA Inc filed by Neil C. Bordy on behalf of Debtor Kentuckiana Medical Center LLC  [659]
   **R / M #:**  0 / 0
   **VACATED:  No objections filed.  Motion to be granted.**

2) Continued Hearing Re:  Motion to Dismiss Case filed by Laura A DuVall on behalf of U.S. Trustee  [478] with an Objection to Motion to Dismiss Case filed by David M. Cantor on behalf of Debtor Kentuckiana Medical Center LLC  [508]
   **R / M #:**  0 / 0

3) Continued Hearing Re:  Motion to Convert to Chapter 7 filed by Andrew D Stosberg on behalf of Creditor Med One Capital Funding LLC  [466]  with an Objection to Motion to Convert filed by David M. Cantor on behalf of Debtor Kentuckiana Medical Center LLC  [506]
   **R / M #:**  0 / 0

4) Continued Hearing Re:  Second Motion to Compel Debtor to Comply with Court Order and Direct Immediate Payment of Past Due Administrative Expense Claim or alternative related relief filed by Andrew D Stosberg on behalf of Creditor Midwest Heme Management, Inc. dba Heme Management [498]
   **R / M #:**  0 / 0

5) Continued Hearing Re:   Motion for Adequate Protection filed by Elizabeth Alphin on behalf of Creditor The Leasing Group, LLC  [311] with an Objection to Motion for Adequate Protection filed by David M. Cantor on behalf of Debtor Kentuckiana Medical Center LLC  [337]
   **R / M #:**  0 / 0

6) Continued Hearing Re:  Motion to Convert to Chapter 7 filed by Jeffrey M. Heller on behalf of Other Professional Official Committee of Unsecured Creditors  [470]
   **R / M #:**  0 / 0

7) Status Hearing Re:   Application for Payment of Administrative Expenses Pursuant to Sec. 503 for Cerner Corporation in the amount of $1,390,469.19 filed by Whitney L Mosby on behalf of Creditor Cerner Corporation  [656]  with an Objection to Application for Payment of Administrative Expenses Pursuant to Sec. 503 filed by David M. Cantor on behalf of Debtor Kentuckiana Medical Center LLC  [663]
   **R / M #:**  0 / 0

8) Continued Status Hearing Re:   Motion to Quash Notice to Take Deposition filed by James P Moloy on behalf of Creditor RL BB Financial, LLC  [662]
   **R / M #:**  0 / 0

### Appearances:

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

## Minute Entry/Order

(continue)...　　10-93039-BHL-11　　　　　　　WEDNESDAY, NOVEMBER 16, 2011 09:59 AM

In Court Appearances:
DAVID M. CANTOR, ATTORNEY FOR KENTUCKIANA MEDICAL CENTER LLC
NEIL C. BORDY, ATTORNEY FOR KENTUCKIANA MEDICAL CENTER LLC
LAURA A DUVALL, ATTORNEY FOR U.S. TRUSTEE
ANDREW D STOSBERG, ATTORNEY FOR MED ONE CAPITAL FUNDING LLC, MIDWEST HEME MANAGEMENT, INC. DBA HEME M
ELIZABETH ALPHIN, ATTORNEY FOR THE LEASING GROUP, LLC
MARK ROBINSON - LOCAL ATTORNEY FOR CREDITORS COMM.
MIKE MCCLAIN - ATTORNEY FOR "GUARANTORS"

Phone Appearances:
JAMES P MOLOY, ATTORNEY FOR RL BB FINANCIAL, LLC
MICHAEL D. HICKS, ATTORNEY FOR DIVLEND EQUIPMENT LEASING, L.L.C.
DAVID SETH KAPLAN, ATTORNEY FOR ABDUL BURIDI, ALEX DIGENIS, BRIAN P. THORNTON, SAMEIR HUSSEIN, SHAWN GLISSON
COURTNEY CHILCOTE - ATTORNEY FOR KMCREI  (11-90930)
JEFF HELLER - ATTORNEY FOR CREDITORS COMMITTEE
DAVID ROSENDORF - ATTORNEY FOR RLBB FINANCIAL
JIM MOLOY - ATTORNEY FOR RLBB FINANCIAL
TRACY OHM - ATTORNEY FOR CERNER CORPORATION

## *Proceedings:*

*Disposition:  Hearing held.   Testimony of Mark
(1)  VACATED:   No objections filed.  Motion to be granted.
(2 thru 8)  Matters continued to Hearing on 12/12/11 @ 1:30 p.m. (EST) in New Albany.  Notice given in open court.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**