## Post BK Claim
## Jeffrey Campbell

| | Campbell Compensation | Campbell Other | Interest @ 6% | Running Total |
|---|---|---|---|---|
| Sep-10 | 3,600.00 | 12,500.00 A | | 16,100.00 |
| Oct-10 | 0.00 | 500.00 B | 80.50 | 16,680.50 |
| Nov-10 | 6,000.00 | | 83.40 | 22,763.90 |
| Dec-10 | 4,800.00 | | 113.82 | 27,677.72 |
| Jan-11 | 13,200.00 | | 138.39 | 41,016.11 |
| Feb-11 | 21,600.00 | | 205.08 | 62,821.19 |
| Mar-11 | 20,400.00 | 3,431.00 C | 314.11 | 86,966.30 |
| Apr-11 | 15,600.00 | 53,504.00 D | 434.83 | 156,505.13 |
| May-11 | 12,000.00 | | 782.53 | 169,287.65 |
| Jun-11 | 7,200.00 | | 846.44 | 177,334.09 |
| Jul-11 | 8,400.00 | | 886.67 | 186,620.76 |
| Aug-11 | 8,400.00 | | 933.10 | 195,953.87 |
| Sep-11 | 6,000.00 | | 979.77 | 202,933.64 |
| Oct-11 | 9,600.00 | | 1,014.67 | 213,548.30 |
| Nov-11 | 8,400.00 | | 1,067.74 | 223,016.05 |
| Dec-11 | 10,800.00 | | 1,115.08 | 234,931.13 |
| Jan-12 | 7,200.00 | | 1,174.66 | 243,305.78 |
| Feb-12 | 8,400.00 | | 1,216.53 | 252,922.31 |
| Mar-12 | 6,000.00 | | 1,264.61 | 260,186.92 |
| Apr-12 | 6,000.00 | | 1,300.93 | 267,487.86 |
| May-12 | 6,000.00 | | 1,337.44 | 274,825.30 |
| Jun-12 | 3,600.00 | | 1,374.13 | 279,799.42 |
| Jul-12 | 4,800.00 | | 1,399.00 | 285,998.42 |
| Aug-12 | 2,400.00 | | 1,429.99 | 289,828.41 |
| Sep-12 | 2,400.00 | | 1,449.14 | 293,677.55 |
| Oct-12 | 4,800.00 | | 1,468.39 | 299,945.94 |
| Nov-12 | 6,000.00 | | 1,499.73 | 307,445.67 |
| Dec-12 | 2,400.00 | | 1,537.23 | 311,382.90 |
| Jan-13 | | | 1,556.91 | 312,939.81 |
| Feb-13 | | | 1,564.70 | 314,504.51 |
| Mar-13 | | | 1,572.52 | 316,077.04 |
| Apr-13 | | | 1,580.39 | 317,657.42 |
| May-13 | 3,600.00 | | 1,588.29 | 322,845.71 |
| Jun-13 | 2,400.00 | | 1,614.23 | 326,859.94 |
| Thru Jul 9 | 1,200.00 | | 1,634.30 | 329,694.24 |
| Totals | 223,200.00 | 69,935.00 | 36,559.24 | |

**Campbell without Interest**   $ 293,135.00

**Campbell with Interest**   $ 329,694.24

A  CK #1558 $10,000 and CK #1559 $2,500;  B  CK# 1560;  C  CK#1647;  D  CK # 1655 $5,000 and IRS IRA Penalty $48,504



EXHIBIT A

# J.P.Morgan

...232
JEFFREY A CAMPBELL

Primary Account: ...232
For the Period 8/21/10 to 9/22/10

## Deposits & Credits

| Date | Description | | Amount |
|---|---|---|---|
| 08/23 | Deposit | 727675373 | 6,000.00 |
| 08/26 | Deposit | 753157255 | 10,000.00 |
| 08/27 | Deposit | 692746433 | 1,000.00 |
| 08/30 | Deposit | 727675374 | 5,000.00 |
| 09/03 | Deposit | 727675377 | 550.00 |
| 09/10 | Deposit | 692746421 | 10,000.00 |
| 09/13 | Deposit | 263073255 | 1,450.00 |
| 09/17 | Deposit | 727675375 | 12,500.00 |
| **Total Deposits & Credits** | | | **$46,500.00** |

## Checks Paid

| Check Number | Date Paid | Amount |
|---|---|---|
| 1539 | 08/23 | 40.06 |
| 1540 | 08/27 | 790.00 |
| 1557 | 09/13 | 250.00 |
| 1558 | 09/21 | 10,000.00 |
| 1559 | 09/21 | 2,500.00 |
| **Total Checks Paid** | | **($13,580.06)** |

*You can view images of the checks above at jpmorganonline.com. To enroll in JPMorgan Online, please contact your J.P. Morgan Team or visit jpmorganonline.com.*

## Payments & Transfers

| Date | Description | Amount |
|---|---|---|
| 08/23 | 08/22 Online Payment 894861474 To Business Card | 1,000.00 |
| 08/23 | 08/22 Online Transfer To Bac Xxxxxxxxxxx3432 Transaction#: 524711665 | 55.47 |
| 08/23 | 08/23 Online Transfer To Chk Xxxxx2841 Transaction#: 528772223 | 850.00 |
| 08/23 | 08/23 Online Transfer To Chk Xxxxx7345 Transaction#: 531572262 | 2,800.00 |

# J.P.Morgan

JEFFREY A CAMPBELL
.../232

B

Primary Account .32
For the Period 9/23/10 to 10/29/10

## Deposits & Credits

| Date | Description | | Amount |
|---|---|---|---|
| 09/24 | Deposit | 727675376 | 10,000.00 |
| 09/28 | Deposit | 753157256 | 9,500.00 |
| 10/08 | Deposit | 727675379 | 60,000.00 |
| 10/15 | Deposit | 727675380 | 14,000.00 |
| 10/20 | Deposit | 727675381 | 20,000.00 |
| 10/22 | Deposit | 263073253 | 10,012.08 |
| 10/29 | Deposit | 263073261 | 9,500.00 |
| **Total Deposits & Credits** | | | **$133,012.08** |

## Checks Paid

| Check Number | Date Paid | Amount | Check Number | Date Paid | Amount |
|---|---|---|---|---|---|
| 1541 | 10/18 | 60,000.00 | 1553 | 09/29 | 118.68 |
| 1542 | 10/27 | 5,984.62 | 1554 | 10/01 | 77.15 |
| 1543 | 10/28 | 408.71 | 1555 | 10/04 | 1,200.00 |
| 1544 | 10/27 | 900.00 | 1556 | 09/28 | 59.00 |
| 1551 | 09/29 | 2,413.80 | 1560 | 10/20 | 500.00 |
| 1552 | 09/28 | 64.41 | | | |
| | | | 1561 | 10/20 | 3,872.00 |
| | | | 1562 | 10/25 | 1,305.00 |
| | | | 1564 | 10/28 | 75.51 |
| | | | 1565 | 10/27 | 321.00 |
| | | | 1566 | 10/28 | 162.87 |
| **Total Checks Paid** | | | | | **($77,462.75)** |

*You can view images of the checks above at jpmorganonline.com. To enroll in JPMorgan Online, please contact your J.P. Morgan Team or visit jpmorganonline.com.*

## Payments & Transfers

| Date | Description | Amount |
|---|---|---|
| 09/23 | 09/23 Online Transfer To Chk Xxxxx2841 Transaction#: 7259l2012 | 833.33 |
| 09/27 | 09/27 Debit Memorandum Ref: Interest Payment On Loan Trn: 0093775246Dm | 3,170.69 |
| 09/27 | 09/27 Debit Memorandum Ref: Principal Payment On Loan Trn: 0093775249Dm | 2,798.33 |

# J.P.Morgan

**JEFFREY A CAMPBELL**

Primary Account: 232
For the Period 3/1/11 to 3/31/11

## Deposits & Credits

| Date | Description | | Amount |
|---|---|---|---|
| 03/02 | Deposit | 263073343 | 1,000.00 |
| 03/04 | Deposit | 263073346 | 6,000.00 |
| 03/04 | Deposit | 263073348 | 100.00 |
| 03/08 | Deposit | 263073344 | 20,000.00 |
| 03/14 | Deposit | 263073350 | 15,000.00 |
| 03/16 | Deposit | 263073356 | 6,000.00 |
| 03/23 | Deposit | 263073351 | 8,000.00 |
| 03/25 | Deposit | 263073353 | 8,000.00 |
| **Total Deposits & Credits** | | | **$64,100.00** |

## Checks Paid

| Check Number | Date Paid | Amount | Check Number | Date Paid | Amount |
|---|---|---|---|---|---|
| 1613 | 03/29 | 165.00 | 1636 | 03/17 | 995.00 |
| 1615 | 03/03 | 374.14 | 1637 | 03/23 | 3,600.00 |
| 1634 | 03/17 | 65.00 | 1640 | 03/17 | 315.00 |
| 1635 | 03/18 | 2,765.84 | 1641 | 03/16 | 1,337.42 |
| | | | 1642 | 03/30 | 145.67 |
| | | | 1644 | 03/15 | 1,010.03 |
| | | | 1645 | 03/15 | 981.19 |
| | | | 1647 | 03/25 | 3,431.00 |
| **Total Checks Paid** | | | | | **($15,185.29)** |

You can view images of the checks above at jpmorganonline.com. To enroll in JPMorgan Online, please contact your J.P. Morgan Team or visit jpmorganonline.com.

## Payments & Transfers

| Date | Description | Amount |
|---|---|---|
| 03/01 | Chasehomefinance Paid ACH 1080607598   PPD ID: 1000008113 | 673.72 |
| 03/02 | United Fin Cas Ins Prem Pol #06642156 Tel ID: 9038800871 | 421.47 |
| 03/03 | 03/03 Online Payment 1022368028 To Metlife Auto& Home | 431.18 |
| 03/04 | 03/04 Online Transfer To Chk Xxxxx2841 Transaction#: 2016877430 | 833.33 |

Page 2 of 6

D-1

# J.P.Morgan

JEFFREY A CAMPBELL    232

Primary Account: 232
For the Period 4/1/11 to 4/29/11

## Deposits & Credits

| Date | Description | | Amount |
|---|---|---|---:|
| 04/01 | Deposit | 263073360 | 10,000.00 |
| 04/06 | Deposit | 263073364 | 20,000.00 |
| 04/11 | Funds Transferred From DDA Ac# 00000061469720 To DDA Ac# 0000000707847232 As Requested | | 1,000.00 |
| 04/13 | Deposit | 263073357 | 10,000.00 |
| 04/19 | Insufficient Funds Fee Refund | | 34.00 |
| 04/20 | Deposit | 263073369 | 3,000.00 |
| 04/20 | Credit Memorandum Ref: Advance On Loan Trn: 0099876099Dm | | 47,000.00 |
| 04/22 | Deposit | 263073370 | 8,000.00 |
| 04/25 | Deposit | 263073371 | 10,000.00 |
| 04/29 | Deposit | 263073373 | 7,000.00 |

Total Deposits & Credits    $116,034.00

## Checks Paid

| Check Number | Date Paid | Amount | Check Number | Date Paid | Amount |
|---|---|---:|---|---|---:|
| 1618 | 04/28 | 100.00 | 1649 | 04/04 | 50.00 |
| 1633 | 04/04 | 70.00 | 1650 | 04/11 | 100.00 |
| 1646 | 04/01 | 480.00 | 1651 | 04/18 | 300.00 |
| 1648 | 04/04 | 720.00 | 1652 | 04/20 | 550.00 |
| | | | 1654 | 04/22 | 40,000.00 |
| | | | 1655 | 04/25 | 5,000.00 |

Total Checks Paid    ($47,370.00)

You can view images of the checks above at jpmorganonline.com. To enroll in JPMorgan Online, please contact your J.P. Morgan Team or visit jpmorganonline.com.

## Payments & Transfers

| Date | Description | Amount |
|---|---|---:|
| 04/01 | 04/01 Online Transfer To  Chk Xxxxx2841 Transaction#: 2035881702 | 833.33 |
| 04/01 | 04/01 Online Transfer To  Bcc Xxxxxxxxxx6006 Transaction#: 2035899226 | 5,000.00 |

# J.P.Morgan

Page 2 of 6

PHILADELPHIA IRS CENTER
70046-1412
CAMP A022  09/10/2012

## 3. Changes to your Return

*Note: We only show the items that have been affected by the information we received in the following chart. All other items are correct as shown on your return. Unless noted, line numbers always refer to the line number on your tax return.*

003409

| Changes to Your Income and Deductions | Shown on Return | Reported to IRS, or as Corrected | Difference |
|---|---|---|---|
| RETIREMENT INCOME TAXABLE | $ 0 | $ 485,044 | $ 485,044 |
| Income Net Difference | | | $ 485,044 |
| MEDICAL DEDUCTION | $ 14,621 | $ 0 | $ -14,621 |
| (*1)Deductions Net Difference | | | $ -14,621 |
| Total Change to Taxable Income | | | $ 499,665 |

| Changes to Your Tax Computation | Shown on Return | As Corrected By IRS | Difference |
|---|---|---|---|
| Taxable Income, line 43 | $ 552,125 | $ 1,051,790 | $ 499,665 |
| Tax, line 44 | $ 163,552 | $ 338,435 | $ 174,883 |
| Alternative minimum tax, line 45 | $ 15,036 | $ 0 | $ -15,036 |
| Self-Employment Tax, line 56 | $ 25,626 | $ 25,626 | $ 0 |
| Tax on qualified plans, including IRAs, and other tax-favored accounts, line 58 | $ 0 | $ 48,504 | $ 48,504 |
| Total Tax, line 60 | $ 204,214 | $ 412,565 | $ 208,351 |
| Net Tax Increase | | | $ 208,351 |

| Summary of Proposed Changes | |
|---|---|
| Amount of Tax Increase | $ 208,351 |
| Accuracy-Related Penalty, IRC Section 6662(a) | $ 41,670 |
| Interest, IRC Section 6601, From 04/18/2011 To 10/10/2012 | $ 10,443 |
| Total Amount You Owe | $ 260,464 |

(*1)Decreases to Deductions result in an increase to Taxable Income.

{EX20}   Page 9   CP2000 (REV. 11/2004)