## Post BK Claim
### Physicians Primary Care PLLC

|  | PPC Advances | Interest @ 6% | Running Total |
|---|---|---|---|
| Sep-10 | | | |
| Oct-10 | | | |
| Nov-10 | | | |
| Dec-10 | | | |
| Jan-11 | | | |
| Feb-11 | | | |
| Mar-11 | | | |
| Apr-11 | | | |
| May-11 | | | |
| Jun-11 | | | |
| Jul-11 | | | |
| Aug-11 | | | |
| Sep-11 | | | |
| Oct-11 | 18,000.00 A | 0.00 | 18,000.00 |
| Nov-11 | | 90.00 | 18,090.00 |
| Dec-11 | 50,000.00 B | 90.45 | 68,180.45 |
| Jan-12 | | 340.90 | 68,521.35 |
| Feb-12 | | 342.61 | 68,863.96 |
| Mar-12 | | 344.32 | 69,208.28 |
| Apr-12 | 40,000.00 C | 346.04 | 109,554.32 |
| May-12 | | 547.77 | 110,102.09 |
| Jun-12 | 15,000.00 D | 550.51 | 125,652.60 |
| Jul-12 | | 628.26 | 126,280.87 |
| Aug-12 | | 631.40 | 126,912.27 |
| Sep-12 | | 634.56 | 127,546.83 |
| Oct-12 | | 637.73 | 128,184.57 |
| Nov-12 | | 640.92 | 128,825.49 |
| Dec-12 | | 644.13 | 129,469.62 |
| Jan-13 | 35,400.00 * | 647.35 | 165,516.96 |
| Feb-13 | 48,600.00 * | 827.58 | 214,944.55 |
| Mar-13 | 54,000.00 * | 1,074.72 | 270,019.27 |
| Apr-13 | 54,000.00 * | 1,350.10 | 325,369.37 |
| May-13 | 48,600.00 * | 1,626.85 | 375,596.21 |
| Jun-13 | 46,800.00 * | 1,877.98 | 424,274.20 |
| Thru Jul 9 | 14,400.00 * | 2,121.37 | 440,795.57 |
| Totals | 424,800.00 | 15,995.57 | |

**PPC without Interest**     $ 424,800.00

**PPC with Interest**     $ 440,795.57

A CK #14765;  B CK # 15042;  C CK# 15454;  D CK#15709;   * These items were supposed to be paid before the plan was submitted and represent PPC supplying Nurse Practitioners to KMC beginning with the middle of January.



EXHIBIT A

**Commercial Checking**
7209   PHYSICIANS PRIMARY CARE PLLC






JPMorgan

Primary Account: 7209
For the Period 10/1/11 to 10/31/11

A

0072703666623 OCT 25 #0000014758 $100.00
0099805044590 OCT 26 #0000014761 $500.00
0086904355951 OCT 31 #0000014765 $18,000.00
0072703666629 OCT 25 #0000014759 $1,325.00
0099805115029 OCT 26 #0000014762 $200.00
0018902154644 OCT 28 #0000014766 $79.76
0072703666611 OCT 25 #0000014760 $322.50
0013909339203 OCT 28 #0000014763 $1,000.00
0036804774481 OCT 31 #0000014767 $382.14

Please note that you can view your historical check images online and easily enroll in eDelivery by going to www.MorganOnline.com.

JPMorgan

Page 25 of 28

JPMorgan

Please note that you can view your historical check images online and easily enroll in eDelivery by going to www.MorganOnline.com.

B

Commercial Checking
000000614697209   PHYSICIANS PRIMARY CARE PLLC

Primary Account: 000000614697209
For the Period 12/31/11 to 1/31/12

0018904222200 JAN 04 #000015042 $50,000.00
0074906193950 JAN 24 #000015045 $300.00
0070907902269 JAN 20 #000015048 $4,910.36
0045702070006 JAN 17 #000015043 $5,000.00
0029706208874 JAN 20 #000015046 $2,100.00
0036703574403 JAN 19 #000015049 $3,065.00
0070904545981 JAN 20 #000015044 $130.00
0073907748334 JAN 26 #000015047 $5,000.00
0064930505650 JAN 13 #000015050 $833.33



**Commercial Checking**
0000061469720 9   PHYSICIANS PRIMARY CARE PLLC

Primary Account: 000006146972 09
For the Period 6/1/12 to 6/29/12

| Check # | Date | Amount |
|---|---|---|
| 015709 | JUN 08 | $15,000.00 |
| 015712 | JUN 11 | $10,000.00 |
| 015716 | JUN 11 | $220.00 |
| 015710 | JUN 08 | $300.00 |
| 015713 | JUN 13 | $29.00 |
| 015717 | JUN 18 | $124.00 |
| 015711 | JUN 12 | $5,000.00 |
| 015715 | JUN 13 | $8,124.00 |
| 015718 | JUN 20 | $516.59 |

Please note that you can view your historical check images online and easily enroll in eDelivery by going to www.MorganOnline.com.

JPMorgan

Page 23 of 40