UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| KENTUCKIANA MEDICAL CENTER, LLC ) | CHAPTER 11 |
| ) | |
| Debtor ) | CASE NO. 10-93039-BHL-11 |
| ) | |

**UPDATED AND FINAL SCHEDULES OF**
**ALLOWED ADMINISTRATIVE CLAIMS**
✼ ✼ ✼   ✼ ✼ ✼   ✼ ✼ ✼

Comes the Debtor, Kentuckiana Medical Center, LLC, by counsel, and pursuant to Paragraph J.vi of the Order Confirming Third Amended Plan of Reorganization as Immaterially Modified [Document No. 1330] (the "Confirmation Order"), hereby submits the following:

1. Administrative Claims entitled to treatment in accordance with Paragraph J.ii of the Confirmation Order are as follows:

| Claimant | Claim Amount |
|---|---|
| A-Tech Mechanical, LLC | $ 472.29 |
| Better Quality Business Systems | $ 1,819.00 |
| Byron Electric Co. | $ 427.59 |
| Carstens | $ 141.73 |
| Clark Memorial Hospital | $ 2,667.78 |
| CPA Lab | $ 498.00 |
| CT Corporation | $ 639.10 |
| C-Tech Medical Services | $ 3,383.81 |
| D&D Medical, Inc. | $ 325.39 |
| Datcard Systems | $ 246.14 |
| Dell Sonicwall Service | $ 219.35 |
| Dept. of Homeland Security | $ 50.00 |
| Dietary Consultants Inc. | $ 3,319.56 |
| Dr. Eugene Giles | $ 3,500.00 |
| EcoLab Food Safety | $ 166.99 |
| FortecMedical | $ 2,140.00 |
| Greater Louisville | $ 2,165.00 |
| Healthland | $ 350.00 |
| Hopewell Healthcare | $ 3,306.00 |
| Infolab Inc. | $ 92.73 |
| Innerspace Strategies | $ 170.00 |
| Integrated Rental Services | $ 107.00 |

1

| Claimant | Claim Amount |
|---|---:|
| Interlight | $ 45.84 |
| Interstate Imaging | $ 2,547.69 |
| J2S Medical | $ 428.00 |
| Jewish Hospital & St. Mary's Healthcare | $ 167.06 |
| Kwantek | $ 691.00 |
| Landauer, Inc. | $ 700.64 |
| Louisville Mechanical | $ 500.00 |
| M&M Office Products | $ 2,842.00 |
| Maine Standards Company LLC | $ 1,541.00 |
| Med Allicance Group, Inc. | $ 205.66 |
| MSDS Online, Inc. | $ 449.00 |
| North American Medical | $ 1,225.00 |
| Physicians Medical Center | $ 1,415.19 |
| Precision Dynamics Corp. | $ 123.41 |
| Rauch Inc. | $ 3,808.75 |
| Rural/Metro of Indiana | $ 4,012.56 |
| S&J Lighting | $ 30.95 |
| SCM True Air | $ 68.90 |
| Siemens Healthcare Diagnostics | $ 1,322.19 |
| St. Catherine Regional Hospital | $ 982.20 |
| Stericycle, Inc. | $ 2,064.12 |
| Stryker Hospital Beds | $ 806.53 |
| Vistalab Technologies | $ 553.08 |
| Volcano | $ 30.63 |
| Waste Management | $ 1,362.09 |
| W.T. Farley Inc. | $ 287.37 |

2. Administrative Claims entitled to treatment in accordance with Paragraph J.iii of the Confirmation Order are identified as follows:

| Claimant | Claim Amount |
|---|---:|
| AT&T Corp. | $ 40,936.08 |
| Bio-Medical Applications of Kentucky, Inc. | $ 59,941.10 |
| Boston Scientific Corp. | $ 64,285.00 |
| C.R. Bard, Inc. | $ 8,164.55 |
| Cardinal Health | $ 416,014.25 |
| Cardiovascular Systems Inc. | $ 8,354.10 |
| Cerner Corp. | $ 1,390,469.19 |
| Clarksville Wastewater Dept. | $ 11,243.37 |
| Dr. George Alcorn | $ 38,400.00 |
| Dr. Renato LaRocca | $ 300,000.00 |
| Dr. Zaka Rahman | $ 13,200.00 |
| Duke Energy | $ 319,143.72 |
| Dyan L. Sefton C.R.N.A. | $ 9,850.00 |

| Claimant | Claim Amount |
|---|---:|
| Endo Technologies, Inc. | $ 30,691.57 |
| Floyd Memorial Hospital | $ 238,006.33 |
| Hadrotes Property CPC #3 | $ 123,450.00 |
| Hall Robb LLC | $ 46,000.00 |
| Horizons Medical Staffing | $ 9,294.25 |
| Investors - Diversified | $ 61,300.00 |
| Investors - Steris | $ 56,000.00 |
| K&L Gates LLP | $ 10,000.00 * |
| Medrad Inc. | $ 6,000.00 |
| Neal Harding | $ 250,000.00 |
| Norton Healthcare, Inc. | $ 17,620.42 |
| Olympus America Inc. | $ 19,068.23 |
| Perot Systems Revenue Cycle Solutions, Inc. | $ 173,526.35 |
| Press Ganey Associates | $ 6,916.40 |
| Prosoft MEDantex | $ 45,692.99 |
| Seiller Waterman LLC | $ 420,000.00 * |
| Siemens Medical | $ 142,517.60 |
| SimplexGrinnell | $ 9,180.10 |
| South Bend Medical Foundation | $ 48,764.10 |
| St. Jude Medical, Inc. | $ 174,810.88 |
| Sunorah Hospitality Mgmt. Services, Inc. | $ 18,229.63 |
| Sysco/Louisville Food Services Co. | $ 10,571.11 |
| Sysmex America, Inc. | $ 48,914.40 |
| Universal Hospital Services, Inc. | $ 247,729.28 |
| Vaco Resources | $ 157,000.00 |
| Valenti Hanley & Robinson, PLLC | $ 10,000.00 * |
| W.L. Gore & Associates Inc. | $ 20,788.00 |
| Walnut Ridge Nursery & Garden Center | $ 5,680.60 |
| Yellow Ambulance | $ 7,338.85 |

\* Estimated amount; subject to Court approval of final fee application.

Respectfully submitted,

/s/ David M. Cantor
DAVID M. CANTOR
NEIL C. BORDY
SEILLER WATERMAN LLC
Meidinger Tower – 22nd Floor
462 S. Fourth Street
Louisville, Kentucky 40202
Telephone: (502) 584-7400
Facsimile: (502) 583-2100
E-mail: cantor@derbycitylaw.com
E-mail: bordy@derbycitylaw.com
*Counsel for Debtor*

## CERTIFICATE OF SERVICE

It is hereby certified that on August 23, 2013, a true and correct copy of the foregoing Updated and Final Schedules of Allowed Administrative Claims was (a) mailed electronically through the U.S. Bankruptcy Court's ECF system to the electronic addresses as set forth in the ECF system to the U.S. Trustee and all other persons receiving electronic notifications in this case, and (b) mailed, first-class, postage prepaid, to all other persons, if any, identified in the Court's Notice of Electronic Filing who do not receive electronic notice but are entitled to be served.

/s/ David M. Cantor
DAVID M. CANTOR
NEIL C. BORDY

G:\doc\DMC\Kentuckiana Medical Center, LLC\Pldgs\Ord Confirmation - 3rd Amd Plan - Scheds J.ii & J.iii.doc