SO ORDERED: April 7, 2014.



*/s/ Basil H. Lorch III*

Basil H. Lorch III
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE: ) <br> ) <br> KENTUCKIANA MEDICAL CENTER, LLC, ) <br> ) <br> Debtor ) <br> ) <br> _____ ) | CHAPTER 11 <br><br> CASE NO. 10-93039-BHL-11 |

## ORDER

Following a telephonic hearing on April 4, 2014 on the Motion of Falcon Investments, LLC, Jeffrey Campbell, Charles Oates, John Rumisek, Chris Stavens and Eli Hallal, to Compel Steris Corporation to transfer its proof of claim (Claim No. 103) to Falcon Investments, LLC, and the Court, having reviewed the Motion, now ORDERS as follows:

Claim No. 103, filed by Steris Corporation, is hereby deemed to be transferred to Falcon Investments, LLC and as of the entry of this ORDER, Falcon Investments, LLC shall be the owner and holder of such claim, inclusive of all of Steris Corporation's rights as a creditor against the Debtor and any guarantor, and shall be entitled to receive all distributions on account of such claim by the Debtor and to otherwise enforce all right held by Steris Corporation in and associated with the claim.

###