# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0756−4 | User: brgoesel | Date Created: 4/7/2014 |
| Case: 10−93039−BHL−11 | Form ID: pdfOrder | Total: 5 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Charity B Neukomm | neukomm@derbycitylaw.com |
| aty | David M. Cantor | cantor@derbycitylaw.com |
| aty | Michael W. McClain | mmcclain@mcclaindewees.com |
| aty | Neil C. Bordy | bordy@derbycitylaw.com |
| aty | Tyler R. Yeager | yeager@derbycitylaw.com |

TOTAL: 5